| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JRV Group USA L.P., a Delaware limited partnership** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Erwin Hymer Group USA L.P.** **DBA  American Fastbacks, Inc.** **DBA  American Pride** **DBA  American Built** **DBA  Cliffride** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4805218** |
| 4. | **Debtor's address** | **Principal place of business** **1945 Burgundy Place** **Ontario, CA 91761** Number, Street, City, State & ZIP Code  **San Bernardino** County  **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.erwinhymergroup.com** |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **JRV Group USA L.P., a Delaware limited partnership**    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __3362__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **JRV Group USA L.P., a Delaware limited partnership**            Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
                             Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| Debtor | JRV Group USA L.P., a Delaware limited partnership | Case number (if known) | |
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/13/2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   By: Mark Weigel, President and Sole Director

JRV Group USA Management Corporation, General Partner
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   05/13/2019
MM / DD / YYYY

Colin R. Robinson
Printed name

Pachulski Stang Ziehl & Jones LLP
Firm name

919 N. Market Street
17th Floor
Wilmington, DE 19899
Number, Street, City, State & ZIP Code

Contact phone   302-652-4100     Email address   crobinson@pszjlaw.com

5524 DE
Bar number and State

# JRV GROUP USA L.P.
# WRITTEN CONSENT OF THE GENERAL PARTNER

The undersigned, JRV Group USA Management Corporation, a Delaware corporation (the "Corporation") being the sole general partner (the "General Partner") of JRV GROUP USA L.P., a Delaware limited partnership (the "Limited Partnership") does hereby (i) approve of the following resolutions which in the judgment of the General Partner are desirable and in the best interests of the Limited Partnership; (ii) consent to the adoption of the resolutions without a meeting, as though said resolutions were adopted at a duly convened meeting of the General Partner and the Limited Partnership; and (iii) waive all requirement of notice, whether statutory or otherwise:

**WHEREAS**, the General Partner has determined that it is desirable and in the best interests of the General Partner and the Limited Partnership and its creditors, employees, and other interested parties that a petition be filed by the Limited Partnership seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT**

**RESOLVED**, that Mark Weigel, President of the General Partner (the "GP Authorized Officer," and with the LP Authorized Officer, defined below, the "Authorized Officers" and each an "Authorized Officer") is authorized and is directed on behalf of the Corporation in its capacity as General Partner of the Limited Partnership to execute and verify a petition in the name of the Limited Partnership under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in any United States Bankruptcy Court where venue is proper under the Bankruptcy Code in such form and at such time as Authorized Officer shall determine (the "Petition");

**FURTHER RESOLVED**, that any Authorized Officer is authorized to execute and to file or cause to be executed and to be filed (or direct others to do so on his behalf as provided

here) motions to obtain postpetition financing and obtain permission to use existing cash collateral according to the terms which may be negotiated by the management of the Limited Partnership and/or the General Partner on behalf of the Limited Partnership, and enter into any pledge and grant liens on any or all of its assets as may be contemplated by or required under the terms of such postpetition financing or cash collateral agreement, and in connection therewith;

**FURTHER RESOLVED**, that the LP Authorized Officer shall be, and is, authorized to (1) execute, deliver and perform under any necessary, appropriate, desirable or advisable loan documents, cash collateral agreements and related ancillary documents (including letters, notices, instruments and certificates), (2) borrow up to the full amount of any such postpetition financing (and assumption of all obligations in connection therewith), (3) pay all principal, interest, expenses and other amounts as may from time to time be owing thereunder and (4) perform any and all obligations and consummate any and all transactions contemplated thereby or in connection therewith (including the making of all representations and warranties and compliance with covenants thereunder, and use of proceeds thereof);

**FURTHER RESOLVED**, that the LP Authorized Officer is authorized to execute and to file or to cause to be executed and to be filed (or direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all affidavits, declarations, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the Chapter 11 case;

**FURTHER RESOLVED**, that any Authorized Officer be, and hereby is, authorized to employ and retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as bankruptcy counsel for the Limited Partnership in the Chapter 11 case, subject to Bankruptcy Court

2

approval, solely to represent and assist the Limited Partnership in carrying out its duties under Chapter 11 of the Bankruptcy Code, and any Authorized Officer (whomever he or she may be at the time) is hereby authorized and directed to execute an appropriate retention agreement, pay appropriate retainers prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of PSZJ, and the LP Authorized Officer is authorized and empowered to designate additional counsel in such case if appropriate;

**FURTHER RESOLVED**, that any Authorized Officer be, and hereby is, authorized to employ and retain the law firm of Barnes & Thornburg LLP as counsel in connection with certain corporate, litigation, labor, regulatory and general non-bankruptcy matters for the Limited Partnership under such retainer arrangement as any Authorized Officer may agree, in the Chapter 11 case, subject to Bankruptcy Court approval, with such roles in such matters as any Authorized Officer may determine in his or her sole discretion;

**FURTHER RESOLVED**, that any Authorized Officer is authorized, empowered and directed to employ the firm of BMC Group, Inc. as notice and claims agent to represent and assist the Limited Partnership in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Limited Partnership's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of BMC Group, Inc.

**FURTHER RESOLVED**, that any Authorized Officer be, and hereby is, authorized to employ and retain the firm of Sherwood Partners Inc. to provide the services of Andrew De Camara as Chief Restructuring Officer of the Limited Partnership along with additional

personnel under such retainer arrangement as any Authorized Officer may agree, in the Chapter 11 case, subject to Bankruptcy Court approval, with such roles in such matters as any Authorized Officer may determine;

**FURTHER RESOLVED**, that upon filing of the Petition, Andrew De Camara shall be, and hereby is, appointed as the Chief Restructuring Officer of the Limited Partnership and its sole LP Authorized Officer;

**FURTHER RESOLVED**, that upon filing of the Petition, Mark Weigel shall resign as President, Director, and Authorized Officer of the General Partner, the General Partner shall accept such resignation, and Richard J. Laski shall be, and hereby is, appointed as the sole GP Authorized Officer effective upon filing of the Petition; following such appointment, all references herein to "GP Authorized Officer" shall be deemed a reference to Richard J. Laski;

**FURTHER RESOLVED**, that the officers of the Limited Partnership, including without limitation, the Chief Restructuring Officer, shall be indemnified and held harmless by the Limited Partnership in the manner and scope as provided for officers of the General Partner, as set forth in Section 1, Article XIV of the Bylaws of the General Partner; provided that the rights to indemnification pursuant to this resolution are not exclusive of any other right which any officer may have or hereafter acquire under any agreement.

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by each Authorized Officer or the General Partner in relation to the Limited Partnership seeking relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Limited Partnership;

**FURTHER RESOLVED**, that the Limited Partnership, as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and hereby is, authorized and directed to take such action, including, but not limited to, the filing a Chapter 11 plan or seeking another suitable exit from its expected Chapter 11 case;

**FURTHER RESOLVED**, that the LP Authorized Officer is authorized and empowered to execute and deliver for and on behalf of the Limited Partnership, as a debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions;

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon an Authorized Officer, the GP Authorized Officer is authorized and directed to take or to cause to be taken all such further actions, to execute and to deliver or cause to be executed and to be delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Corporation, in its capacity as General Partner of the Limited Partnership, and to incur all such fees, expenses and other amounts as in his judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions and each of them;

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon an Authorized Officer, the LP Authorized Officer is authorized and directed to take or to cause to be taken all such further actions, to execute and to deliver or cause to be executed and to be delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Limited Partnership, and to incur all such fees, expenses and other amounts as in his judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions and each of them;

5

**FURTHER RESOLVED**, that any actions taken by the Authorized Officer prior to the date set forth below with respect to the matters contemplated by the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being the President of the General Partner, has signed this Consent as May 13, 2019.

JRV Group USA Management Corporation, a Delaware Corporation,
General Partner

By: _____
Name:    Mark Weigel
Its:     President

**Fill in this information to identify the case:**

Debtor name  JRV GROUP USA L.P.

United States Bankruptcy Court for the:   District of Delaware                    (State)

Case number (If known): 19-

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Diversified Machine Systems LLC<br>1068 Elkton Dr.<br>Colorado Springs, CO 80907 | Frank Cabanski Sr.<br>Tel: 719-226-5066<br>Mobile: 817-559-4301<br>Frank@DMS-router.com | Trade | Disputed | | | $131,548.87 |
| 2 | Revchem Composites<br>PO Box 333<br>Bloomington, CA 92316 | Chrisy Loswego<br>Tel: 909-316-6597<br>Mobile: 909-753-5961<br>Closwego@revchem.com | Trade | | | | $81,551.67 |
| 3 | Ayvar Security Services, Inc.<br>4424 Santa Anita Ave, Ste 205<br>El Monte CA 91731 | Rosana Ayvar<br>Tel: 626-758-1434<br>rosana@ayvarsecurityservices.com | Trade | Disputed | | | $75,915.32 |
| 4 | Bestop<br>Lock Box 26638<br>c/o JP Morgan Chase<br>26638 Network Place<br>Chicago IL 60673 | Shelly Gonzales<br>Tel: 303-464-2553<br>Shelly.Gonzales@bestop.com | Trade | | | | $75,805.25 |
| 5 | Fastenal Company<br>PO Box 769<br>Winona, MN 55987 | William Han<br>Tel: 909-673-0127<br>CAONT@stores.Fastenal.com<br>Whan@fastenal.com | Trade | | | | $75,007.17 |
| 6 | Omnisource USA<br>3810 Garner Rd<br>Riverside, CA 92501 | Laura Bullard<br>Tel: 469-535-6664 ext 2001<br>lbullardl@omnisourceusa.com | Trade | | | | $61,563.00 |
| 7 | Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travelers CL Remittance Center<br>Tel: 800-252-2266 /68<br>CLdirectbill@Travelers.com | Professional Services | Disputed | | | $37,534.35 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1
DOCS_LA:321511.3

Debtor  JRV GROUP USA L.P.
Name

Case Number (*if known*)  19-

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | TPG Insurance Services<br>10373 Trademark Street<br>Suite F & G<br>Rancho Cucamonga, CA 91730 | Troy Hefner<br>Tel: 909-786-1770<br>Mobile:909-200-6043<br>Troy@MyTPG.com | Trade | Disputed | | | $37,361.00 |
| 9 | Mercedes-Benz USA, LLC<br>1 Mercedes Drive<br>Montvale, NJ 07645 | Mirek Kozieo<br>Tel: 201-505-4630<br>Mirek.Kozieo@mbusa.com | Trade | Disputed | | | $36,770.64 |
| 10 | Laser Tech<br>7400 Jurupa Ave<br>Riverside, CA 92504 | Chuck Markley<br>Tel: 951-354-7141<br>chuck@lasertech911.com | Trade | | | | $30,122.65 |
| 11 | Brand Makers<br>464 South Main Street<br>Spanish Forks, UT 84660 | Auzzy Jensen<br>Tel: 801-798-6470<br>Accounting@Brandmakers.com<br>auzzy@brandmakers.com | Trade | | | | $28,224.32 |
| 12 | TJ Technologies<br>31919 Rancho California Rd<br>Ste 200-442<br>Temecula, CA 92591 | Tim Jones<br>Tel: 760-415-7862<br>Tjones@TJTechlowvolt.com | Trade | | | | $27,923.70 |
| 13 | Allied Nationwide Security, Inc.<br>7247 Hayvenhurst Ave<br>Suite A-7<br>Van Nuys, CA 91406 | Jamal Nomair<br>Tel: 310-752-4870<br>Jamal@AlliedNationwide.com | Trade | | | | $23,979.90 |
| 14 | Family Events<br>838 N. Delaware Street<br>Indianapolis IN, 46204 | Accounting<br>Tel: 317-236-6515<br>Accountingdept@Familyevents.com | Trade | | | | $23,332.00 |
| 15 | V1 Motor Specialist Inc<br> 449 W. Foothill Blvd. # 168<br>Glendora, CA 91741 | Ming Su<br>Tel: 626-377-8883<br>ming@V1motor.com | Trade | | | | $22,595.00 |
| 16 | Foothill Auto Body<br>9777 Foothill Blvd.<br>Rancho Cucamonga, CA 91730 | Dennis Carrillo<br>Tel: 909-987-4609<br>dennis.carrillo@foothillautobody.com | Trade | | | | $21,730.00 |
| 17 | Westcoast Haulers<br>41690 Ivy St, Ste B<br>Murrieta, CA 92562 | Scott Thompson<br>Tel: 951-757-9100<br>wchaulers@gmail.com | Trade | | | | $21,215.00 |
| 18 | Ontario Reign<br>901 Via Piemonte<br>Ste 370<br>Ontario, CA 91764 | Katie Miller<br>Tel: 909-912-1084<br>Kmiller@Ontarioreign.com | Trade | Disputed | | | $21,000.00 |

Debtor   JRV GROUP USA L.P.                                                         Case Number (*if known*)  19-_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 19 National Coatings & Supplies<br>PO Box 204383<br>Dallas, TX 75320-4383 | William Scroggins<br>Tel: 951-335-0027<br>william.scroggins@NCS-coating.com | Trade | | | | $19,934.88 |
| 20 Dub Publishing, Inc.<br>11803 Smith Avenue<br>Santa Fe Springs, CA 90670 | Kiani Tran<br>Tel: 562-228-1737<br>Kiani@DubMagazine.com | Trade | | | | $19,000.00 |

# United States Bankruptcy Court
### District of Delaware

In re: **JRV Group USA L.P., a Delaware limited partnership**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JRV Group Holding USA L.P.<br>55 West Monroe Street<br>Suite 2900<br>Chicago, IL 60603 | | | 99% Partnership Interest |
| JRV Group USA Management Corporation<br>55 West Monroe Street<br>Suite 2900<br>Chicago, IL 60603 | | | 1% Partnership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, **Mark Weigel, President and Sole Director of the General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 13, 2019

Signature: /s/ Mark Weigel
JRV Group USA Management Corporation, General Partner
By: Mark Weigel, President and Sole Director

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JRV GROUP USA L.P., a Delaware limited partnership,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

    Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

  Name:  JRV Group Holding USA L.P.
  Address: 55 West Monroe Street, Suite 2900
       Chicago, IL  60603

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JRV GROUP USA L.P., a Delaware limited partnership<br><br>Debtor. | Chapter 11<br><br>Case No. 19-_____ (___) |

**CERTIFICATION OF CREDITOR MATRIX**

    Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor (the "Debtor") hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

    The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Fill in this information to identify the case:

Debtor name: **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement and Creditor Matrix Certification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 13, 2019       X _____
                                    Signature of individual signing on behalf of debtor

**JRV Group USA Management Corporation, General Partner**
Printed name

**By: Mark Weigel, President and Sole Director**
Position or relationship to debtor