IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] | ) ) | Case No. 19-11095 (CSS) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MAY 15, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[2]**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petition:

    A. JRV Group USA L.P.

2. Declaration of Andrew De Camara in Support of First Day Motions [Docket No. 2] [Filed: 5/13/19].

    **Status:** The Declaration will be relied upon as evidentiary support for the first day matters listed below.

    **First Day Administrative Motion**

3. Debtor's Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) Approving the Retention and Appointment of BMC Group, Inc. as Claims and Noticing Agent for the Debtor, *Nunc Pro Tunc* to the Petition Date [Docket No. 4] [Filed: 5/13/19].

    **Status:** This matter is going forward.

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

2

### First Day Motions Pertaining to Business Operations

4. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests  [Docket No. 5] [Filed: 5/13/19].

    **Status:** This matter is going forward with respect to an interim order.

5. Debtor's Motion for Interim and Final Orders (A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Docket No. 6] [Filed: 5/13/19].

    **Status:** This matter is going forward with respect to an interim order.

### First Day Motion Pertaining to Financing

6. Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Docket No. 7] [Filed: 5/13/19].

    **Status:** This matter is going forward with respect to an interim order.

| | |
|---|---|
| Dated:   May 14, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Colin R. Robinson* |
| | Jeffrey W. Dulberg (CA Bar No. 181200) |
| | Robert M. Saunders (CA Bar No. 226172) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 N. Market Street, 17th Floor |
| | P O Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:     jdulberg@pszjlaw.com |
| |               rsaunders@pszjlaw.com |
| |               crobinson@pszjlaw.com |
| | |
| | Proposed Attorneys for Debtor and Debtor in Possession |