IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV Group USA L.P., a Delaware limited partnership,[1] | ) | Case No.: 19-11095 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

JRV Group USA L.P., as a debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Andrew De Camara has signed the Schedules and Statement. Mr. De Camara serves as the Chief Restructuring Officer of the Debtor. In reviewing and signing the Schedules and Statement, Mr. De Camara has necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Beginning on February 19, 2019, the Debtor hired Sherwood Partners Inc. ("Sherwood") as its financial advisor to prepare the Debtor for an assignment for the benefit of creditors for which a Sherwood affiliate would be assignee. After due diligence by Sherwood, with the assistance of counsel, during late February and March 2019, the Debtor determined in late March that filing a voluntary petition to commence a chapter 11 case would be more favorable. While Mr. De Camara and Sherwood have worked closely with the Debtor's management and other professionals since Sherwood was retained in February 2019, and have become well acquainted with the Debtor's operations, debt structure, creditors, business, and related matters, Mr. De Camara has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, or its professionals are advised of the possibility of such damages.

**Global Notes and Overview of Methodology**

1. **Description of Case**. On May 13, 2019, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of the Debtor's Schedules and Statement and should be referenced in connection with any review thereof. In the event that the Schedules and Statement conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and Statement as may be necessary or appropriate. Nothing contained in the Schedules and Statement constitutes a waiver of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a.      **No Admission**.  Nothing contained in the Schedules and Statement is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

b.      **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.      **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

d.      **Claims Description**.  Any failure to designate a claim on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statement on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed.  The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.      **Estimates and Assumptions**.  The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f.      **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been

abandoned, have not been terminated or otherwise expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.     **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. As the Debtor is a limited partnership that had no appointed officers prepetition, the Debtor has listed payments from the Debtor to persons and entities in the year prior to the Petition Date who may have had roles and responsibilities similar to an officer and/or were otherwise in control of the Debtor.

4.     **Methodology**.

a.     **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

b.     **Duplication**.  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statement.  To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities and prepetition payments once.

c.     **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor.  Accordingly, unless otherwise indicated, the Schedules and Statement reflect estimates of net book values as of the Petition Date.  Market values may fluctuate, often materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all its property. Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined.  Amounts ultimately

realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and Statement or are listed with a zero-dollar value, as such assets have no net book value.

d.  **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statement. Nothing in the Schedules and Statement is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

e.  **Allocation of Liabilities**.  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f.  **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g.  **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

h.  **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.  **Paid Claims**.  The Debtor has authority to pay certain outstanding prepetition payables pursuant to Bankruptcy Court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables. Where and to the extent such liabilities have been satisfied, they may not be included in the Schedules and Statement.

To the extent the Debtor later pays any amount of the claims listed in the Schedules and Statement pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

j.  **Intercompany Claims**.  Receivables and payables among the Debtor and its non-Debtor affiliates are reported on Schedule A/B per the Debtor's books and

records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  The Debtor is investigating its intercompany receivables and payables between itself and its non-Debtor affiliates.  The amount reflected in the Schedules and Statement is from the Debtor's records and is unverified.

k.      **Guarantees and Other Secondary Liability Claims**.  The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedules G and Schedule H.  The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as it continues its review of its books and records and contractual agreements.  The Debtor reserves its rights to amend the Schedules and Statement if additional guarantees are identified.

l.      **Excluded Assets and Liabilities**.  The Debtor may have excluded the following categories of assets and liabilities from the Schedules and Statement: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  Other immaterial assets and liabilities may also have been excluded.

m.      **Liens**.  The value of inventories, property and equipment listed in the Schedules and Statement are presented without consideration of the effect of any lien upon the net value to the estates.

n.      **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

o.      **Setoffs**.  On occasion, the Debtor incurs setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtor and its customers and/or suppliers.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts; however, such setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statement.  In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.  The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.      **Specific Schedules Disclosures**.

a.      **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  The Bankruptcy Court, pursuant to the *Interim Order (A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future*

*Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief.* [Docket No. 27], has authorized the Debtor to provide adequate assurance of payment for future utility services. Deposits, if required and made pursuant thereto, are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b.     **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**. Dollar amounts are presented net of accumulated depreciation and other adjustments.

c.     **Schedule A/B, Part 11 - All Other Assets**. Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtor may receive refunds income tax refunds or other sales tax refunds at various times throughout its fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtor, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*** In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with its customers and suppliers. Because certain of these claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

d.     **Schedule D - Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief* [Docket No. 29] (the "Interim DIP Order"), or other stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary reference to the applicable agreements and other related relevant documents is

necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

e.  **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim Order Authorizing the Debtor to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 26] (the "Wage Order"), the Debtor received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.  The Debtor believes that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied.  Such prepetition amounts owed as of the Petition Date are listed on Schedule E/F. To the extent the Debtor later pays such amounts pursuant to the Wage Order, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statement.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtor reserves its rights to amend Schedules D and E/F if and as it receives such invoices.

f.    **Schedule G - Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract.  The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

6.    **Specific Statement Disclosures.**

a.    **Statement, Part 5, Question 10 – Certain Losses**.  Miscellaneous Missing and Stolen Jeeps (14 Jeeps as follows):

- The Debtor believes that approximately six Jeeps should have been transferred to the Debtor pursuant to the Asset Purchase Agreements through which the Debtor acquired its principal operating assets prepetition from January 2018 through November 2018.

- The Debtor believes that five Jeeps were stolen prepetition (one in December 2018, three in February 2019 and one on or about March 7, 2019), for which the Debtor made police reports and insurance claims.

- The Debtor received a police report from the State of Indiana that an ex-employee of a Canadian affiliate was in an accident in a Jeep that may belong to the Debtor.  The Debtor made a police report and insurance claim for such Jeep.

- On account of its prepetition claims, an auto transporter is refusing to return the Debtor's two Jeeps.  The Debtor has filed a police report and insurance claim for the Jeeps held by this transporter.

- Additional investigation is required to determine if turnover should be sought for any or all of the above-referenced Jeeps.

b.  **Statement, Part 13, Questions 4 and 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Certain of the Debtor's directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

**Fill in this information to identify the case:**

Debtor name **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-11095 (CSS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2019    x _____
Signature of individual signing on behalf of debtor

**Andrew De Camara**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **19-11095 (CSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................ $     22,024,922.26

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $     22,024,922.26

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     3,440,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $     83,437.10

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     1,418,510.66

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b      $     4,941,947.76

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11095 (CSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$2,370.31** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.    **City National Bank** | **Operating** | **9531** | **$96,321.95** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$98,692.26**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **Utility Deposit - Ontario Municipal Utilities Company** | **$2,137.00** |
| --- | --- |

| 7.2.    **Utility Deposit - Southern California Edison** | **$13,060.00** |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(If known)* **19-11095 (CSS)** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.3. | **Vogel Family Properties LLC - Security Deposit (Burgundy)** | $26,000.00 |
| 7.4. | **Vogel Engineers Inc. - Security Deposit (Brickell)** | $32,000.00 |
| 7.5. | **William L. and Alice Marie Mitchell - Security Deposit (Four Corners)** | $3,100.00 |
| 7.6. | **Pro Enterprises LLC - Security Deposit (Jasmine)** | $19,627.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Insurance** | $364,088.00 |
| 8.2. | **Prepaid Interest** | $3,013.00 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$463,025.00

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable - The Debtor is investigating its intercompany receivables and payables between itself and affiliates. The amount shown below is from the Debtor's records and is unverified**

| 11b. Over 90 days old: | **2,826,601.00** - | **Unknown** =.... | **Unknown** |
|---|---|---|---|
| | face amount | doubtful or uncollectible accounts | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Unknown**

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **JRV Group USA L.P., a Delaware limited partnership**    Case number *(If known)* **19-11095 (CSS)**
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **After Market OEM Parts** * **Raw materials represent never-installed manufactured or aftermarket purchased parts that were used prepetition to modify Jeeps and other Debtor purchased OEM parts.** 01.31.19 | | **TBD** | **TBD** | **TBD** |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Modified Jeeps**    01.31.19 | | **TBD** | **TBD** | **TBD** |
| **Other Finished Goods**    01.31.19 | | **TBD** | **TBD** | **TBD** |
| 22. **Other inventory or supplies** **Total book value of inventory referenced above.** | | **$15,903,466.00** | | **$15,903,466.00** |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$15,903,466.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    **JRV Group USA L.P., a Delaware limited partnership**          Case number *(If known)* **19-11095 (CSS)**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.     **Office furniture** | | | |
| 40.     **Office fixtures** | | | |
| 41.     **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment, furniture, fixtures and furnishings.** | Unknown | Book value | $42,848.00 |
| **Computer hardware** | Unknown | Book value | $104,229.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                    | $147,077.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.     **Other vehicles** | Unknown | Book value | $213,945.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **Plant machinery and molds** | Unknown | Book value | $1,566,314.00 |

51.     **Total of Part 8.**                                                                    | $1,780,259.00 |
Add lines 47 through 50.  Copy the total to line 87.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **JRV Group USA L.P., a Delaware limited partnership**                     Case number *(if known)* **19-11095 (CSS)**
_____
Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **5867 Jasmine St., Unit B, Riverside CA dated April 3, 2018, as amended. Note: an order approving rejection of this lease was entered on June 18, 2019 [Docket No. 73]** | Lessee | $0.00 | | $0.00 |
| 55.2.  **4502 Brickell Privado, Ontario CA dated May 14, 2018, as amended** | Lessee | $0.00 | | $0.00 |
| 55.3.  **1945 S. Burgundy Place, Ontario, CA dated September 18, 2017, as amended** | Lessee | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                          | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   **JRV Group USA L.P., a Delaware limited partnership**
Name

Case number *(If known)* **19-11095 (CSS)**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>**Various** | **TBD** | **TBD** | **TBD** |

| 61. | Internet domain names and websites |
| 62. | Licenses, franchises, and royalties |
| 63. | Customer lists, mailing lists, or other compilations |
| 64. | Other intangibles, or intellectual property |
| 65. | Goodwill |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

| 71. | **Notes receivable**<br>Description (include name of obligor) | | | |
|---|---|---|---|---|
| | **See Attachment B.11** | Total face amount | doubtful or uncollectible amount | **Unknown** |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 6

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(If known)* **19-11095 (CSS)** |
|---|---|---|
| | Name | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Leasehold improvements** | **$805,802.00** |

| 78. | **Total of Part 11.** | **$805,802.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **JRV Group USA L.P., a Delaware limited partnership**          Case number *(If known)* **19-11095 (CSS)**
         Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $98,692.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $463,025.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,826,601.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,903,466.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $147,077.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,780,259.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $805,802.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,024,922.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,024,922.26 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**JRV Geoup USA L.P.**
**Attachment B.11**
**Intercompany Receivables**

| Name of Affiliate | GL Account | Due From Affiliate | Due To Affiliate | Net Receivable/(Payable) | Net Total |
|---|---|---|---|---|---|
| Best Time RV | 12000 · Account Receivable Related-BTRV | $ 20,074.47 | | $ 20,074.47 | |
| | 12710 · Accounts Receivable - Best Time | $ 395,000.00 | | $ 395,000.00 | |
| | 16001 · Note Receivable Related Party | $ 6,655,000.00 | | $ 6,655,000.00 | |
| | 21100 · Accounts Payable related Party | | $ (13,080.93) | $ (13,080.93) | $ 7,056,993.54 |
| JRV Group Holding USA LP | 12981 · Due from EHG Holding USA LP | $ 71,293.00 | | $ 71,293.00 | |
| | 24160 · Short Term Loan-EHG Holding NA LP | | $ (2,965,000.00) | $ (2,965,000.00) | $ (2,893,707.00) |
| | 32453 · Interest payable- EHG Holding NA LP | $ - | | $ - | |
| JRV Group USA Mgmt Corp | 12982 · Due from EHG USA Mngt Corp | $ 4,280.00 | | $ 4,280.00 | $ 4,280.00 |
| JRV Group Holding Mgmt Corp | 12983 · Due from EHG Holding Mngt Corp | $ 14,287.41 | | $ 14,287.41 | $ 14,287.41 |
| Erwin Hymer Group SE (Germany) | 24150 · Short Term Loan R/P-EHG Germany | | $ (9,039,478.60) | $ (9,039,478.60) | |
| | 32451 · Interest payable-German loan | | $ (310,365.80) | $ (310,365.80) | $ (9,349,844.40) |
| Corner Flag LLC | 24165 · Short Term loan from Corner Flag | | $ (490,000.00) | $ (490,000.00) | |
| | 32452 · Interest payable-Corner Flag | | $ - | $ - | $ (490,000.00) |
| Erwin Hymer Group NA (Canada) | 41116 · Due to EHG NA | | $ (14,687,084.57) | $ (14,687,084.57) | $ (14,687,084.57) |

*The Debtor is investigating its intercompany receivables and payables between itself and affiliates. The amount shown above is from the Debtor's records and is unverified

**Fill in this information to identify the case:**

Debtor name   **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11095 (CSS)**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Beaver Motors Inc.** | | $0.00 | $0.00 |

Creditor's Name

**19689 Rt. 522**
**P.O. Box 126**
**Beaver Springs, PA 17812**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Bailment filing; Property returned prepetition**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Corner Flag LLC** | | $490,000.00 | Unknown |

Creditor's Name

**36 Summit Ave.**
**Bronxville, NY 10708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**February Note (as defined in the DIP Motion)**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | | Case number (if know) | **19-11095 (CSS)** |
|---|---|---|---|---|
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**

**JRV Group Holding USA L.P.**
Creditor's Name

**1945 Burgundy Place Ontario, CA 91761**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien
**March 4 Note (as defined in the DIP Motion)**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500,000.00**        **Unknown**

---

**2.4**

**JRV Group Holding USA L.P.**
Creditor's Name

**1945 Burgundy Ave. Ontario, CA 91761**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien
**March 26 Note (as defined in the DIP Motion)**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500,000.00**        **Unknown**

---

**2.5**

**JRV Group Holding USA L.P.**
Creditor's Name

**1945 Burgundy Ave. Ontario, CA 91761**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien
**April 25 Note (as defined in the DIP Motion)**

**$450,000.00**        **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | JRV Group USA L.P., a Delaware limited partnership | Case number (if know) | 19-11095 (CSS) |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

Is the creditor an insider or related party?

☐ No

■ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **JRV Group Holding USA L.P.** | Describe debtor's property that is subject to a lien | $500,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1945 Burgundy Ave.
Ontario, CA 91761**

Creditor's mailing address

**All assets of the Debtor**

**Describe the lien**

**May 8 Note (as defined in the DIP Motion)**

Is the creditor an insider or related party?

☐ No

■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$3,440,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) **19-11095 (CSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arayssi, Fouad**<br>**4055 Sedgwick Avenue**<br>**Riverside, CA 92507** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,188.84 | $407.62 |
| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Arayssi, Mohamed (Zouheir)**<br>**6770 Condor Dr.**<br>**Riverside, CA 92509** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,440.48 | $446.50 |
| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,163.46** | **$8,514.42** |
|---|---|---|---|---|
| | **Cachua, Ralph** | Check all that apply. | | |
| | **7863 Elmhurst Ave.** | ☐ Contingent | | |
| | **Rancho Cucamong, CA 91730** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,973.50** | **$1,089.80** |
|---|---|---|---|---|
| | **Connor, Susan** | Check all that apply. | | |
| | **1111 Portofino Court #102** | ☐ Contingent | | |
| | **Corona, CA 92881** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,504.27** | **$677.10** |
|---|---|---|---|---|
| | **Cortez, Carlos** | Check all that apply. | | |
| | **243 N. Meridian Ave. #75** | ☐ Contingent | | |
| | **San Bernardino, CA 92410** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,230.77** | **$4,615.38** |
|---|---|---|---|---|
| | **Cruz, Henry** | Check all that apply. | | |
| | **1708 Newcrest Dr.** | ☐ Contingent | | |
| | **West Covina, CA 91791** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$673.04** | **$0.00** |
|---|---|---|---|---|
| | **Dorantes, Tony**<br>**1267 Willowspring Lane**<br>**Corona, CA 92882** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$861.98** | **$172.67** |
|---|---|---|---|---|
| | **Evans, Zachary**<br>**18298 Laurel Cherry Ln**<br>**San Bernardino, CA 92407** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,205.60** | **$516.29** |
|---|---|---|---|---|
| | **Galvez Reyes, Cesar**<br>**4435 Elizabeth St. Apt F**<br>**Cudahy, CA 90201** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,921.72** | **$1,485.66** |
|---|---|---|---|---|
| | **Galvez, Adrian**<br>**6231 1/2 Flora Ave.**<br>**Bell, CA 90201** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,560.05** | **$4,722.74** |
| --- | --- | --- | --- | --- |
| | **Gonzalez, Antonio** | Check all that apply. | | |
| | **15920 Pomona Rincon Dr.** | ☐ Contingent | | |
| | **Chino Hills, CA 91709** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$583.22** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Guerrero, Jesse** | Check all that apply. | | |
| | **9963 Feron Blvd. Apt. C** | ☐ Contingent | | |
| | **Rancho Cucamonga, CA 91730** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,241.48** | **$552.17** |
| --- | --- | --- | --- | --- |
| | **Jones, Nicholas** | Check all that apply. | | |
| | **1380 W. 48Th St #8** | ☐ Contingent | | |
| | **San Bernardino, CA 92407** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,601.71** | **$1,723.78** |
| --- | --- | --- | --- | --- |
| | **Krangnes, Jeff** | Check all that apply. | | |
| | **32039 Via Bunilla** | ☐ Contingent | | |
| | **Temecula, CA 92592** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation/PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,492.19** | **$2,335.94** |
|---|---|---|---|---|
| | **Larios, Sergio**<br>**372 N. 4th Street**<br>**Colton, CA 92324** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,473.56** | **$2,487.98** |
|---|---|---|---|---|
| | **Larios, Sr., Sergio**<br>**960 S. Jacobs St**<br>**Colton, CA 92324** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$822.65** | **$133.34** |
|---|---|---|---|---|
| | **Lopez, Alfredo**<br>**1343 W. Agnes St.**<br>**Corona, CA 92882** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,727.19** | **$670.24** |
|---|---|---|---|---|
| | **Martinez, Antonio**<br>**12210 Morehouse APT C**<br>**El Monte, CA 91732** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.19 | Priority creditor's name and mailing address<br>**Mauri, Gustavo**<br>**171 W. Redwood Ct.**<br>**Covina, CA 91723** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,316.06** | **$1,659.07** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>**Medina, Rommel**<br>**7317 Haskell Ave. #104**<br>**Van Nuys, CA 91406** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,685.58** | **$2,139.06** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>**Navarro, Alfredo**<br>**465 Via Norte**<br>**Montebello, CA 90640** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$402.10** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>**Oros, Manuel**<br>**4116 Elrovia Ave.**<br>**El Monte, CA 91732** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,758.51** | **$2,101.51** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation/PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,113.63 | $1,677.56 |
|---|---|---|---|---|

**Reyes, Mark**
**17280 Upland Ave.**
**Fontana, CA 92335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation/PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,752.05 | $924.88 |
|---|---|---|---|---|

**Sarabia, Victor**
**18755 4th Street**
**Bloominton, CA 92316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation/PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.04 | $0.00 |
|---|---|---|---|---|

**Vargas Damian, Victor**
**160 S Eucalyptus Ave Space 7**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation/PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,111.42 | $785.64 |
|---|---|---|---|---|

**Yamamoto, Adaline (Gina)**
**15427 Regalado St**
**Hacienda Heights, CA 91745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation/PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **JRV Group USA L.P., a Delaware limited partnership**            Case number (if known)    **19-11095 (CSS)**
           Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,448.81 |
|---|---|---|---|

**1 Stop Auto Body Supplies, Inc.**
**570 E. La Cadena Drive Suite 1H**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,002.20 |
|---|---|---|---|

**Able Industrial Products, Inc.**
**2006 S. Baker Avenue**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,015.36 |
|---|---|---|---|

**Accurate Personnel Services**
**33 S. Roselle Rd**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,873.93 |
|---|---|---|---|

**Airgas, Inc.**
**9950 4th Street**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,307.00 |
|---|---|---|---|

**Alea Leather Specialist, Inc.**
**46981 Liberty Drive**
**Wixom, MI 43893**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,979.90 |
|---|---|---|---|

**Allied Nationwide Security, Inc.**
**7247 Hayvenhurst Ave Suite A-7**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Fastbacks, Inc,**
**c/o Allan E. Perry, Esq.**
**Law Offices of Allan E. Perry**
**242 South Orange Ave.**
**Brea, CA 92821**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,319.70 |
|---|---|---|---|

**American Tire Distributors**
**307 Rancho Cucamonga 11680 Dayton Dr.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**ANDONGENUITY**
**2210 Newgate Dr.**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.42 |
|---|---|---|---|

**Andy Gump Inc.**
**26954 Ruether Ave**
**Santa Clarita, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.12 |
|---|---|---|---|

**ARCO**
**PO Box 70887**
**Charlotte, NC 28272-0887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **General Administrative**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Astro Display Company**
**4247 E. Airport Drive**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.00 |
|---|---|---|---|

**Autotronica**
**13534 Shallow Brook Ct.**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**Avec Lighting**
**2053 S. Baker**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **JRV Group USA L.P., a Delaware limited partnership**          Case number (if known)    **19-11095 (CSS)**
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,915.32 |
|---|---|---|---|

**Ayvar Security Services, Inc.**
**4424 Santa Anita Ave, Ste 205**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**Backwoods Promotions**
**PO Box 376**
**Ridgeway, ON L0S 1N0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Bailey Chapman**
**3254 Grand ave**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.06 |
|---|---|---|---|

**Barton International**
**Six Warren Street**
**Glens Falls, NY 12801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Beaver Motors, Inc.**
**19689 Route 522**
**Beaver Springs, PA 17812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,805.25 |
|---|---|---|---|

**Bestop**
**Lock Box 26638 c/o JP Morgan Chase 26638**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.41 |
|---|---|---|---|

**Borla Exhaust**
**PO Box 890911**
**Charlotte, NC 28289-0911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,224.32** |
|---|---|---|---|
| | **Brand Makers**<br>**464 South Main Street**<br>**Spanish Forks, UT 84660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|
| | **Brian McGee / IJB Visuals**<br>**4321 Ohio St**<br>**Yorba Linda, CA 92886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$502.66** |
|---|---|---|---|
| | **Bullyan RV**<br>**4956 Miller Trunk hwy**<br>**Duluth, MN 55811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  General Administrative** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.71** |
|---|---|---|---|
| | **Byson Manufacturing, Inc**<br>**1845 Sampson Avenue**<br>**Corona, CA 92879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.24** |
|---|---|---|---|
| | **Cintas**<br>**636525 PO Box 636525**<br>**Cincinatti, OH 45263-6525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Utilities** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.85** |
|---|---|---|---|
| | **Cintas Fire Protection**<br>**636525 PO Box 636525**<br>**Cincinatti, OH 45263-6525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Utilities** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Cipollo Modeling**<br>**14092 Utt Dr.**<br>**Tustin, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,320.00 |
| | **Commercial Lumber & Pallet** | ☐ Contingent | |
| | **135 Long Lane** | ☐ Unliquidated | |
| | **City of Industry, CA 91746** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,199.50 |
| | **Coverking** | ☐ Contingent | |
| | **900 E. Arlee Place** | ☐ Unliquidated | |
| | **Anaheim, CA 92805** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,653.80 |
| | **David Maxwell** | ☐ Contingent | |
| | **16778 Bayview Drive** | ☐ Unliquidated | |
| | **Sunset Beach, CA 90742** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CA Deptartment of Industrial Relations Wage Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,396.00 |
| | **Dealer Socket Inventory** | ☐ Contingent | |
| | **PO Box 843876** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-3876** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **General Administrative** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,548.87 |
| | **Diversified Machine Systems LLC** | ☐ Contingent | |
| | **1068 Elkton Dr.** | ☐ Unliquidated | |
| | **Colorado Springs,, CO 80907** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **General Administrative** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
| | **Dub Publishing, Inc.** | ☐ Contingent | |
| | **11803 Smith Avenue** | ☐ Unliquidated | |
| | **Santa Fe Springs, CA 90670** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,870.45 |
| | **Duran's Quality Paint** | ☐ Contingent | |
| | **1849 Puente Ave.** | ☐ Unliquidated | |
| | **Baldwin Park, CA 91706** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|
| | **Engaged Media, Inc.**<br>**PO Box 975384**<br>**Dallas, TX 75397-5384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,332.00 |
|---|---|---|---|
| | **Family Events**<br>**838 N. Delaware Street**<br>**Indianapolis, IN 46204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,007.17 |
|---|---|---|---|
| | **Fastenal Company**<br>**PO Box 769**<br>**Winona, MN 55987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.64 |
|---|---|---|---|
| | **FedEx**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Shipping** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,730.00 |
|---|---|---|---|
| | **Foothill Auto Body**<br>**9777 Foothill Blvd.**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,852.30 |
|---|---|---|---|
| | **Gabriel Sanchez**<br>**18340 Yorba Linda Blvd.**<br>**Suite 107-120**<br>**Yorba Linda, CA 92886** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **CA Department of Industrial Relations Wage Claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.68 |
|---|---|---|---|
| | **GeoLinks**<br>**251 Camarillo Ranch Rd**<br>**Camarillo, CA 93012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,300.00** |
|---|---|---|---|
| | **Icon Internet Media, Inc.**<br>**5140 East La Palma Avenue Suite 107**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Professional Services__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,304.58** |
|---|---|---|---|
| | **Industrial Metal Supply**<br>**301 Main Street**<br>**Riverside, CA 92501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,645.00** |
|---|---|---|---|
| | **Industrial Process | Lasernut**<br>**1700 Industrial Avenue**<br>**Norco, CA 92860** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.79** |
|---|---|---|---|
| | **Inland Paper Company**<br>**P.O. Box 3940**<br>**Ontario, CA 91761-0987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00** |
|---|---|---|---|
| | **Innovative Metal Designs**<br>**12691 Monarch Street**<br>**Garden Grove, CA 92841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,650.00** |
|---|---|---|---|
| | **Jose Torres**<br>**5867 Jasmine Street**<br>**Riverside, CA 92504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,700.00** |
|---|---|---|---|
| | **JPF Glass Stone Inc**<br>**560 N. Waterman Avenue**<br>**San Bernardino, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |
|---|---|---|---|

**JRL Transport LLC**
**7732 Bright Ave**
**Whittier, CA 90602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,509.47** |
|---|---|---|---|

**Kenneth Mitchell**
**160 W. Foothill Parkway S105-247**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **General Administrative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.00** |
|---|---|---|---|

**Koa Built Transport**
**1090 E. Washington St, Ste A**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,122.65** |
|---|---|---|---|

**Laser Tech**
**7400 Jurupa Ave**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,832.00** |
|---|---|---|---|

**Lloyd Mats**
**19731 Nordhoff St**
**Northridge, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,600.00** |
|---|---|---|---|

**Lozano Counter Tops**
**1091 A St**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **General Administrative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.73** |
|---|---|---|---|

**Main Freight Inc.**
**1400 Glenn Curtiss St**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.04** |
|---|---|---|---|

**MAP Communications, Inc.**
**P.O. Box 639236**
**Cincinnati, OH 45263-9236**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,680.00** |
|---|---|---|---|

**Mark Reyes Auto Grooming**
**17280 Upland Ave**
**Fontana, CA 92335**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Professional Servcices__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,770.64** |
|---|---|---|---|

**Mercedes-Benz USA, LLC**
**1 Mercedes Drive**
**Montvale, NJ 07645**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __General Administrative__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,090.15** |
|---|---|---|---|

**Metal Marker Manufacturing**
**6225 Lear Nagle Road North**
**Ridgeville, OH 44039**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**MHT Luxury Alloy**
**19200 S Reyes Ave**
**Rancho Dominquez, CA 90221**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Cutchshaw**
**15562 Sunburst Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Small Claims Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Mora's RV Upholstery**
**5178 Coonen Drive**
**Riverside, CA 92503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.97** |
|---|---|---|---|

**Nameplate, Inc.**
**16502 Marquardt Avenue**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Administrative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,934.88** |
|---|---|---|---|

**National Coatings & Supplies**
**PO Box 204383**
**Dallas, TX 75320-4383**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,563.00** |
|---|---|---|---|

**Omnisource USA**
**3810 Garner Rd**
**Riverside, CA 92501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00** |
|---|---|---|---|

**Ontario Reign**
**901 Via Piemonte, Ste 370**
**Ontario, CA 91764**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.63** |
|---|---|---|---|

**Pacific Coast Propane**
**539 W. Main Street**
**Ontario, CA 09176**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,752.85** |
|---|---|---|---|

**Pacific Lift & Equipment**
**61 W. Mountain Street**
**Pasadena, CA 91103-3030**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194.45** |
|---|---|---|---|

**Patton Sales Corp.**
**PO Box 273**
**Ontario, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,837.37** |
|---|---|---|---|

**Plastic Materials, Inc. (PMI)**
**4202 East Brickell Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pro Enterprise, LLC**
**James M. Blucker, Esq.**
**3800 E. Concours Street**
**Suite 300**
**Monterey Park, CA 91754**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,051.28** |
|---|---|---|---|

**Raymond Handling Solutions**
**4602 Brickell Privado**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RCD Sales Company Ltd.**
**Joanne S. Beasy, Esq.**
**Isaacs Wiles Burkholter & Teetor LLP**
**Two Miranova Place, Suite 700**
**Columbus, OH 43215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81,551.67** |
|---|---|---|---|

**Revchem Composites**
**PO Box 333**
**Bloomington, CA 92316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rising Hill, LLC**
**d/b/a Miller's RV**
**Gregory F. Reggie, Commision Counsel**
**3519 12th Street**
**Metairie, LA 70002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,265.00** |
|---|---|---|---|

**Rontex America, Inc.**
**1 Caldwell Drive**
**Amherst, NH 03031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157,000.00** |
|---|---|---|---|

**Sean Oliver**
**d/b/a Thermoair Spray Booths**
**9320 Glenoaks**
**Sun Valley, CA 91352**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Sei Cho**
**15932 Del Prado Drive**
**Haciendo Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,880.00** |
|---|---|---|---|

**Sierra Pacific**
**PO Box 102056**
**Pasadena, CA 91189-2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,634.79** |
|---|---|---|---|

**Sign Methods Inc.**
**2895 Arabian Dr.**
**Lake Havasu City, AZ 86404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **General Administrative**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$602.82** |
|---|---|---|---|

**Snap-On**
**10158 Kings Court**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **General Administrative**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Stanley Endo**
**106 N. Kodiak St. Unit D**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,662.11** |
|---|---|---|---|

**Staples Business Credit**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **General Administrative**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,465.00** |
|---|---|---|---|

**Straight Garage Customz**
**16102 Maplegrove Street**
**La Puente, CA 91744**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,470.87** |
|---|---|---|---|

**Techni-Glass, Inc**
**916 Phipps Bend Road**
**Surgoinsville, TN 37873**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,923.70** |
|---|---|---|---|

**TJ Technologies**
**31919 Rancho California Rd Ste 200-442**
**Temecula, CA 92591**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Administrative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tony Quezada**
**12750 Baltic Court**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Royalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,386.20** |
|---|---|---|---|

**Totally Wired**
**PO Box 2108**
**Lake Elsinore, CA 92531**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,361.00** |
|---|---|---|---|

**TPG Insurance Services**
**10373 Trademark Street Suite F & G**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **General Administrative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,472.83** |
|---|---|---|---|

**Transamerican Auto Parts Co**
**400 West Artesia Blvd.**
**Compton, CA 90220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,534.35 |
|---|---|---|---|
| | **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **General Administrative** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|
| | **TSW**<br>**3172 Nasa St**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **General Administrative** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,227.24 |
|---|---|---|---|
| | **U-Line**<br>**P.O. Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.49 |
|---|---|---|---|
| | **UPS/UPS Freight**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Shipping** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,595.00 |
|---|---|---|---|
| | **V1 Motor Specialist Inc**<br>**449 W. Foothill Blvd. # 168**<br>**Glendora, CA 91741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **WageWorks, Inc.**<br>**PO Box 870725**<br>**Kansas City, MO 64187-0725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **General Administrative** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.82 |
|---|---|---|---|
| | **WARN**<br>**12900 SE Capps Rd**<br>**Clackamas, OR 97015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number (if known) | **19-11095 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$282.66**

**Waste Management**
**PO Box 541008**
**Los Angeles, CA 90054-1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,215.00**

**Westcoast Haulers**
**41690 Ivy St, Ste B**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Shipping**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$401.96**

**Western Exterminator Company**
**305 N. Crescent Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **General Administrative**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,901.00**

**Whistler Design**
**20245 Tonia Ct**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 83,437.10 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,418,510.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,501,947.76 |

**Fill in this information to identify the case:**

Debtor name   **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11095 (CSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Broadvoice Service Order Dated 10/25/2018**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Broadvoice**<br>**9221 Corbin Avenue,  Suite 155**<br>**Northridge, CA 91324** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **36 Month Agreement Dated 10/25/2018**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Broadvoice**<br>**9221 Corbin Ave, Ste 155**<br>**Northridge, CA 91324** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Master Services Agreement Dated 08/21/2018**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Dealer Socket Inventory**<br>**PO Box 843876**<br>**Los Angeles, CA 90084-3876** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Specifications for the Maintenance Services To Be Performed Dated 07/20/2018**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Executive Cleaning Services**<br>**460 New York Ave**<br>**Huntington, NY 11743** |

| Debtor 1 | **JRV Group USA L.P., a Delaware limited partnership** | | | Case number (*if known*) | **19-11095 (CSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 04/27/2018** | |
|---|---|---|---|
| | State the term remaining | | **Frontier Communications** |
| | List the contract number of any government contract | | **P.O Box 740407 Cincinnati, OH 45274-0407** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 06/21/2018** | |
|---|---|---|---|
| | State the term remaining | | **GeoLinks** |
| | List the contract number of any government contract | | **251 Camarillo Ranch Rd Camarillo, CA 93012** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Terms for Professional Services Dated 06/19/2018** | |
|---|---|---|---|
| | State the term remaining | | **GHD Services Inc.** |
| | List the contract number of any government contract | | **PO Box 392237 Pittsburgh, PA 15251-9237** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 03/07/2019** | |
|---|---|---|---|
| | State the term remaining | | **Knowles Security, Inc.** |
| | List the contract number of any government contract | | **335 S. State College Blvd Fullerton, CA 92831** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Money Security Agreement Dated 01/23/2018** | |
|---|---|---|---|
| | State the term remaining | | **LVD Strippit, Inc.** |
| | List the contract number of any government contract | | **12975 Clarence Ctr. Rd. Akron, NY 14001-9902** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement Dated 11/30/2018** | |
|---|---|---|---|
| | State the term remaining | | **Mitchell Family Trust** |
| | List the contract number of any | | **160 W. Foothill Pkwy. S105-247 Corona, CA 92882** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **JRV Group USA L.P., a Delaware limited partnership** | | Case number *(if known)* | **19-11095 (CSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial / Commercial Multi-Tenant Lease - Gross Dated 04/03/2018 for 5867 Jasmine St., Unit B, Riverside CA dated April 3, 2018, as amended. Note: an order approving rejection of this lease was entered on June 18, 2019 [Docket No. 73]** | |
|---|---|---|---|
| | State the term remaining | | **Pro Enterprise, LLC** |
| | List the contract number of any government contract | | **Alex Danze 12885 Wildflower Lane Riverside, CA 92503** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement Dated 11/30/2018** | |
|---|---|---|---|
| | State the term remaining | | **Quezada Family Trust** |
| | List the contract number of any government contract | | **12750 Baltic CT. Rancho Cucamonga, CA 91739** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement Agreement Dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | | **Quinton Rampage Jackson** |
| | List the contract number of any government contract | | **19 Whistling Isle Irvine, CA 92614** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement Agreement Dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | | **Ray Beltran** |
| | List the contract number of any government contract | | **679 Shasta Drive Corona, CA 92881** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Triple Net (NNN) Lease Agreement Dated 03/13/2018** | |
|---|---|---|---|
| | State the term remaining | | **Spyglass Lalusa Investments 27479 Diane Marie Circle Santa Clarita, CA 91350** |

Debtor 1 **JRV Group USA L.P., a Delaware limited partnership**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* **19-11095 (CSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement Dated 03/13/2018** | |
|  | State the term remaining | | **Spyglass Moulded Products, Inc.** |
|  | List the contract number of any government contract | | **1341 Brooks Street Suite C** **Ontario, CA 91762** |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement Dated 01/15/2018** | |
|  | State the term remaining | | **Thaler Design, Action Camper** |
|  | List the contract number of any government contract | | **7110 Luane Trail** **Colton, CA 92324** |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 06/11/2018, Service Agreement Dated 06/19/2018** | |
|  | State the term remaining | | **Time Warner/Spectrum** |
|  | List the contract number of any government contract | | **Box 223085** **Pittsburg, PA 15251-2085** |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 11/20/2018** | |
|  | State the term remaining | | **Ultimate Internet Access** |
|  | List the contract number of any government contract | | **3633 Inland Empire Blvd., Suite 890** **Ontario, CA 91764** |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial /Commercial Single - Tenant Lease - Gross Dated 05/09/2018 for 4502 Brickell Privado, Ontario CA dated May 14, 2018, as amended** | |
|  | State the term remaining | | **Vogel Engineers, Inc.** |
|  | List the contract number of any government contract | | **William D. Vogel, II** **300 Paseo Tesoro** **Walnut, CA 91789** |

| Debtor 1 | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* | **19-11095 (CSS)** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial /Commercial Single - Tenant Lease - Gross Dated 09/18/2017 for 1945 S. Burgundy Place, Ontario, CA dated September 18, 2017, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Vogel Family Properties, LLC William D. Vogel, II 300 Paseo Tesoro Walnut, CA 91789** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **19-11095 (CSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Henry Cruz** | **1945 Burgundy Place**<br>**Ontario, CA 91761**<br>**The Debtor is informed that the co-debtor relationship is disputed.** | **Industrial Metal Supply** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |