IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV Group USA L.P., a Delaware limited partnership,[1] | ) | Case No.: 19-11095 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY
AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

JRV Group USA L.P., as a debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Andrew De Camara has signed the Schedules and Statement. Mr. De Camara serves as the Chief Restructuring Officer of the Debtor. In reviewing and signing the Schedules and Statement, Mr. De Camara has necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Beginning on February 19, 2019, the Debtor hired Sherwood Partners Inc. ("Sherwood") as its financial advisor to prepare the Debtor for an assignment for the benefit of creditors for which a Sherwood affiliate would be assignee. After due diligence by Sherwood, with the assistance of counsel, during late February and March 2019, the Debtor determined in late March that filing a voluntary petition to commence a chapter 11 case would be more favorable. While Mr. De Camara and Sherwood have worked closely with the Debtor's management and other professionals since Sherwood was retained in February 2019, and have become well acquainted with the Debtor's operations, debt structure, creditors, business, and related matters, Mr. De Camara has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtor or its officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, or its professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Case**.  On May 13, 2019, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of the Debtor's Schedules and Statement and should be referenced in connection with any review thereof.  In the event that the Schedules and Statement conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.  Nothing contained in the Schedules and Statement constitutes a waiver of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a.     **No Admission**.  Nothing contained in the Schedules and Statement is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

b.     **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.     **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

d.     **Claims Description**.  Any failure to designate a claim on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statement on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed.  The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.     **Estimates and Assumptions**.  The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.     **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been

abandoned, have not been terminated or otherwise expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.   **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. As the Debtor is a limited partnership that had no appointed officers prepetition, the Debtor has listed payments from the Debtor to persons and entities in the year prior to the Petition Date who may have had roles and responsibilities similar to an officer and/or were otherwise in control of the Debtor.

4.   **Methodology**.

a.   **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

b.   **Duplication**.  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statement.  To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities and prepetition payments once.

c.   **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor.  Accordingly, unless otherwise indicated, the Schedules and Statement reflect estimates of net book values as of the Petition Date.  Market values may fluctuate, often materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all its property. Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined.  Amounts ultimately

realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and Statement or are listed with a zero-dollar value, as such assets have no net book value.

d.     **Property and Equipment**.   Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statement.  Nothing in the Schedules and Statement is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

e.     **Allocation of Liabilities**.  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f.     **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g.     **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

h.     **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.     **Paid Claims**.  The Debtor has authority to pay certain outstanding prepetition payables pursuant to Bankruptcy Court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent such liabilities have been satisfied, they may not be included in the Schedules and Statement.

To the extent the Debtor later pays any amount of the claims listed in the Schedules and Statement pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

j.     **Intercompany Claims**.  Receivables and payables among the Debtor and its non-Debtor affiliates are reported on Schedule A/B per the Debtor's books and

records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  The Debtor is investigating its intercompany receivables and payables between itself and its non-Debtor affiliates.  The amount reflected in the Schedules and Statement is from the Debtor's records and is unverified.

k.    **Guarantees and Other Secondary Liability Claims**.  The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedules G and Schedule H.  The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as it continues its review of its books and records and contractual agreements.  The Debtor reserves its rights to amend the Schedules and Statement if additional guarantees are identified.

l.    **Excluded Assets and Liabilities**.  The Debtor may have excluded the following categories of assets and liabilities from the Schedules and Statement: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  Other immaterial assets and liabilities may also have been excluded.

m.    **Liens**.  The value of inventories, property and equipment listed in the Schedules and Statement are presented without consideration of the effect of any lien upon the net value to the estates.

n.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

o.    **Setoffs**.  On occasion, the Debtor incurs setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtor and its customers and/or suppliers.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts; however, such setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statement.  In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.  The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures**.

a.    **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  The Bankruptcy Court, pursuant to the *Interim Order (A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future*

*Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief.* [Docket No. 27], has authorized the Debtor to provide adequate assurance of payment for future utility services.  Deposits, if required and made pursuant thereto, are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b.    **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

c.    **Schedule A/B, Part 11 - All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtor may receive refunds income tax refunds or other sales tax refunds at various times throughout its fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtor, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.***  In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with its customers and suppliers.  Because certain of these claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

d.    **Schedule D - Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief* [Docket No. 29] (the "Interim DIP Order"),  or other stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary reference to the applicable agreements and other related relevant documents is

necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

e.  **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim Order Authorizing the Debtor to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 26] (the "Wage Order"), the Debtor received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.  The Debtor believes that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied.  Such prepetition amounts owed as of the Petition Date are listed on Schedule E/F. To the extent the Debtor later pays such amounts pursuant to the Wage Order, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statement.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtor reserves its rights to amend Schedules D and E/F if and as it receives such invoices.

f.   **Schedule G - Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract.  The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

6.   **Specific Statement Disclosures.**

a.   **Statement, Part 5, Question 10 – Certain Losses**.  Miscellaneous Missing and Stolen Jeeps (14 Jeeps as follows):

- The Debtor believes that approximately six Jeeps should have been transferred to the Debtor pursuant to the Asset Purchase Agreements through which the Debtor acquired its principal operating assets prepetition from January 2018 through November 2018.

- The Debtor believes that five Jeeps were stolen prepetition (one in December 2018, three in February 2019 and one on or about March 7, 2019), for which the Debtor made police reports and insurance claims.

- The Debtor received a police report from the State of Indiana that an ex-employee of a Canadian affiliate was in an accident in a Jeep that may belong to the Debtor.  The Debtor made a police report and insurance claim for such Jeep.

- On account of its prepetition claims, an auto transporter is refusing to return the Debtor's two Jeeps.  The Debtor has filed a police report and insurance claim for the Jeeps held by this transporter.

- Additional investigation is required to determine if turnover should be sought for any or all of the above-referenced Jeeps.

b.    **Statement, Part 13, Questions 4 and 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Certain of the Debtor's directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

| Fill in this information to identify the case: |
| --- |
| Debtor name __JRV Group USA L.P., a Delaware limited partnership__ |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  __19-11095 (CSS)__ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **9/01/2018** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$8,766,880.00** |
| **For prior year:** From  **9/01/2017** to **8/31/2018** | ■ Operating a business ☐ Other _____ | **$2,820,991.00** |
| **For year before that:** From  **9/01/2016** to  **8/31/2017** | ■ Operating a business ☐ Other _____ | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **9/01/2019** to **Filing Date** | **Insurance claim payments and other miscellaneous income** | **$24,638.00** |
| **For prior year:** From  **9/01/2018** to **Filing Date** | **Sale of OEM parts removed** | **$30,754.00** |
| **For year before that:** From  **9/01/2017** to  **8/31/2018** | **Interest income** | **$59,398.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | | Case number *(if known)* **19-11095 (CSS)** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See SoFA Attachment 3** | | **$1,913,723.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☒ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See SoFA Attachment 4** | | **$22,601,425.53** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **JRV Group USA L.P., a Delaware limited partnership**

Case number *(if known)* **19-11095 (CSS)**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CA Labor Claim - Gabriel Sanchez**<br>**WC-CM-676222** | **Labor dispute** | State of California<br>Dept. of Industrial Relations<br>Labor Commissioner's Office<br>464 W 4th Street, Rm. 348<br>San Bernardino, CA 92401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **CA Labor Claim - David Maxwell**<br>**WC-CM-676800** | **Labor dispute** | State of California<br>Dept. of Industrial Relations<br>Labor Commissioner's Office<br>464 W 4th Street, Rm. 348<br>San Bernardino, CA 92401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **CA Labor Claim - Kenneth Mitchell**<br>**WC-CM-694181** | **Labor dispute** | State of California<br>Dept. of Industrial Relations<br>Labor Commissioner's Office<br>464 W 4th Street, Rm. 348<br>San Bernardino, CA 92401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Pacific Lift Equipment Company v.**<br>**CIVDS1912456** | **Breach of Contract/Warranty** | Superior Court of California<br>County of San Bernardino<br>247 W. 3rd Street<br>San Bernardino, CA 92415 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **American Fastbacks Inc.**<br>**CIVDS1914027** | **Breach of Contract/ Warranty** | Superior Court of California<br>San Bernardino County<br>247 W. 3rd Street<br>San Bernardino, CA 92415 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Pro Enterprise, LLC v. Erwin Hymer Group USA L.P., et al.**<br>**COC1905483** | **Unlawful Detainer** | Superior Court of California<br>Riverside County<br>505 S. Buena Vista Ave.<br>Suite 201<br>Corona, CA 92882 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Rising Hill, LLC dba Miller's RV**<br>**2018-032; 2019-030** | **Dealer Action** | Louisiana Motor Vehicle Commission<br>3519 12th Street<br>Metairie, LA 70002-3247 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Sean Oliver dba Thermoair Spray Booths v. EHG Holding Management Corp., et al.**<br>**CIVDS1913997** | **Breach of Contract. Debtor is not a defendant in the Complaint, however, post-petition a TRO was entered, in violation of the automatic stay, against Debtor in this action.** | Superior Court of California<br>San Bernardino County<br>247 W. 3rd Street<br>San Bernardino, CA 92415 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Michael G. Cutchshaw**<br>**30-2019-01054963-SC-SC-WJC** | **Judgment** | Orange County Superior Court<br>751 W. Santa Ana Blvd.<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* **19-11095 (CSS)** |
|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

See Global Notes Item 6(a)

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barnes & Thornburg**<br>**One North Wacker Ddrive**<br>**Suite 400**<br>**Chicago, IL 60606-2833** | | 03/14/19 -<br>$385,052<br>04/01/19 -<br>$100,000<br>04/30/19 -<br>$66,388 | **$551,440.00** |
| | **Email or website address**<br>**www.btlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **JRV Group USA L.P., a Delaware limited partnership**                    Case number *(if known)* **19-11095 (CSS)**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Pachulski Stang Ziehl & Jones LLP** **10100 Santa Monica Blvd.** **13th Floor** **Los Angeles, CA 90067** | | **03/14/19** **04/30/19** | **$100,000** **$194,312** **$294,312.00** |

**Email or website address**
**www.pszjlaw.com**

**Who made the payment, if not debtor?**
**The payment on 3/14 was a pass through from Sherwood Partners**

| | | | |
|---|---|---|---|
| 11.3. **Sherwood Partners** **3945 Freedom Circle** **Suite 560** **Santa Clara, CA 95054** | On 03/14/19 $100,000 of the total $200,0000 amount was passed through to Pachulski as retainer for pre-petition services | 03/14/19 04/01/19 04/08/19 04/30/19 05/01/19 | $200,000 $42,672 $47,424 $67,825 $77,175 $435,096.00 |

**Email or website address**
**www.shrwood.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)*  **19-11095 (CSS)** |
|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank 1070 N. Mountain Ave. Ontario, CA 91762** | **XXXX-0080** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **01/04/19** | **$760.09** |
| 18.2. | **Landesbank Baden-Wurttembergische Bank Kleiner Schlossplatz 11 70173 Suggart, Germany** | **XXXX-6178** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **08/22/18** | **$235,075.09** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* **19-11095 (CSS)** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Van City/Wagon Trail**<br>**6385 Arville Street**<br>**Las Vegas, NV 89118** | **Unknown** | **3 Modified Jeeps were paid for by Dealer, and then returned to the Debtor.  The 3 Modified Jeeps were reported stolen by the Debtor to the Ontario CA Police Department.** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RCD Sales**<br>**10176 Lynns Road**<br>**Pataskala, OH 43062** | **4502 Brickell Privado**<br>**Ontario, CA 91761** | **1 Modified Jeep paid for by Dealer, and then returned to the Debtor.** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **JRV Group USA L.P., a Delaware limited partnership**                Case number *(if known)* **19-11095 (CSS)**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Best Time RV**<br>**6950 Boulder Hwy**<br>**Las Vegas, NV 89122** | **RV Dealership** | EIN:  **47-3315109**<br><br>From-To  **February 21, 2017 - August 31, 2017** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Henry Cruz**<br>**1945 Burgundy Place**<br>**Ontario, CA 91761** | **06/04/18 - current** |
| 26a.2.  **Morgan Nissel**<br>**1114 Silver Eagle Circle**<br>**Corona, CA 92881** | **February 2017 - June 2018** |
| 26a.3.  **Lihn Nahm**<br>**615 Helmsdale Ave.**<br>**La Puente, CA 91744** | **August 2018 - April 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Rödl Langford de Kock LLP**<br>**Certified Public Accountants**<br>**Wirtschaft, Steuerberater**<br>**55 West Monroe Street, Suite 2900**<br>**Chicago, IL 60603** | **August 2017 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **JRV Group USA L.P., a Delaware limited partnership** | Case number *(if known)* **19-11095 (CSS)** |
|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Henry Cruz**<br>**1945 Burgundey Place**<br>**Ontario, CA 91761** | |
| 26c.2. | **Erwin Hymer Group NA Inc.**<br>**15 Reuter Drive**<br>**Cambridge ON N3E 1A9**<br>**Canada** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Rödl Langford de Kock LLP**<br>**Certified Public Accountants**<br>**Wirtschaftsprüfer, Steuerberater**<br>**55 West Monroe Street, Suite 2900**<br>**Chicago, IL 60603** |
| 26d.2. | **Erwin Hymer Group NA Inc.**<br>**15 Reuter Drive**<br>**Cambridge ON N3E 1A9**<br>**Canada** |
| 26d.3. | **Erwin Hymer Group AG & CO KG**<br>**n/k/a Erwin Hymer Group SE**<br>**Holzstrasse 19, Bad Waldsee**<br>**Baden-Wurttenberg Germany 88339** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Henry Cruz** | **01/31/2019** | **15,903,466  Cost Basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **JRV Group USA L.P.**<br>**1945 Burgundy Place**<br>**Ontario, CA 91761** | | |

Debtor  **JRV Group USA L.P., a Delaware limited partnership**                    Case number *(if known)* **19-11095 (CSS)**

| | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Name of the person who supervised the taking of the inventory**<br>**Henry Cruz** | **08/31/18** | **$23,335,341 Cost Basis** |
| | **Name and address of the person who has possession of inventory records**<br>**JRV Group USA L.P.**<br>**1945 Burgundy Place**<br>**Ontario, CA 91761** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JRV Group Holding USA L.P.** | **c/o Richard J. Laski**<br>**Wilshire Partners, LLC**<br>**470 Maylin Street**<br>**Pasadena, CA 91105** | **Limited Partner** | **1%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **JRV Group USA Management Corporation** | **c/o Richard J. Laski**<br>**Wilshire Partners, LLC**<br>**470 Maylin Street**<br>**Pasadena, CA 91105** | **General Partner** | **99%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Mark Weigel** | **4 Grouse Trail**<br>**Guelph, ON N1C 1A9**<br>**Canada** | **President, JRV Group USA Management Corporation** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kenneth Mitchell** | **160 W Foothill Pkwy S105-247**<br>**Corona, CA 92882** | **Managing Director** | **October 26, 2018 - March 18, 2019** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Mark Weigel** | **4 Grouse Trail**<br>**Guelph ON N1C 1A9**<br>**Canada** | **President, JRV Group USA Management Corporation** | **January 16, 2012 - May 13, 2019** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **JRV Group USA L.P., a Delaware limited partnership**    Case number *(if known)*   **19-11095 (CSS)**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **See SoFA Attachment 4** | **$22,601,425.53** | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **JRV Group USA L.P., a Delaware limited partnership**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11095 (CSS)**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**   **Signature and Declaration**

    **WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   JUNE 22, 2019

_____       **Andrew De Camara**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments To Creditors Within 90 Days Prior to the Petition Date**
**Part 2 Item 3**

| Date | Party | Category | Amount | Address | City | State | Zip |
|------|-------|----------|--------|---------|------|-------|-----|
| 2/15/2019 | 3 Steps Ahead Media, Inc. | Suppliers or Vendors | $ 7,083.34 | | | | |
| | **3 Steps Ahead Media, Inc. Total** | | $ 7,083.34 | 18340 Yorba Linda Blvd Ste 107 - 120 | Yorba Linda | CA | 92886 |
| 3/14/2019 | Barnes & Thornburg LLP | Services | $ 385,051.61 | | | | |
| 3/21/2019 | Barnes & Thornburg LLP | Services | $ - | | | | |
| 3/22/2019 | Barnes & Thornburg LLP | Services | $ - | | | | |
| 3/22/2019 | Barnes & Thornburg LLP | Services | $ - | | | | |
| 4/1/2019 | Barnes & Thornburg LLP | Services | $ 100,000.00 | | | | |
| 4/30/2019 | Barnes & Thornburg LLP | Services | $ 66,388.00 | | | | |
| | **Barnes & Thornburg LLP Total** | | $ 551,439.61 | 11 South Meridian Street | Indianapolis | IN | 46204 |
| 3/31/2019 | Brand Makers | Services | $ 17,613.51 | | | | |
| | **Brand Makers Total** | | $ 17,613.51 | 464 South Main Street | Spanish Forks | UT | 84660 |
| 4/3/2019 | CA Dept of Tax & Fee Administration | Other Taxes | $ 3,017.25 | | | | |
| 4/29/2019 | CA Dept of Tax & Fee Administration | Other Taxes | $ 5,637.00 | | | | |
| | **CA Dept of Tax & Fee Administration Total** | | $ 8,654.25 | 450 N St. | Sacramento | CA | 95814 |
| 2/14/2019 | California Choice | Services | $ 87,653.09 | | | | |
| 3/7/2019 | California Choice | Services | $ 92,416.78 | | | | |
| 4/2/2019 | California Choice | Services | $ 24,753.43 | | | | |
| | **California Choice Total** | | $ 204,823.30 | Benefits Administrators Attn: A/R PO Bo 7088 | Orange | CA | 92863-7088 |
| 2/14/2019 | Choice Builder | Services | $ 9,249.98 | | | | |
| 3/7/2019 | Choice Builder | Services | $ 10,498.23 | | | | |
| 4/3/2019 | Choice Builder | Services | $ 8,998.97 | | | | |
| | **Choice Builder Total** | | $ 28,747.18 | Attn: A/R PO Box 7405 | Orange | CA | 92863-7405 |
| 4/3/2019 | Corner Flag LLC | Secured Debt | $ 12,112.50 | | | | |
| 4/3/2019 | Corner Flag LLC | Secured Debt | $ 5,833.56 | | | | |
| 4/8/2019 | Corner Flag LLC | Secured Debt | $ 659.72 | | | | |
| 4/30/2019 | Corner Flag LLC | Secured Debt | $ 3,960.42 | | | | |
| 4/30/2019 | Corner Flag LLC | Secured Debt | $ 593.75 | | | | |
| 4/30/2019 | Corner Flag LLC | Secured Debt | $ 3,897.64 | | | | |
| 4/30/2019 | Corner Flag LLC | Secured Debt | $ 13,496.69 | | | | |
| | **Corner Flag LLC Total** | | $ 40,554.28 | 36 Summit Ave. | Bronxville | NY | 10708 |
| 3/9/2019 | David Martinez | Services | $ 5,359.31 | | | | |
| 3/9/2019 | David Martinez | Services | $ 1,300.00 | | | | |
| 3/9/2019 | David Martinez | Services | $ 2,572.98 | | | | |
| | **David Martinez Total** | | $ 9,232.29 | 3631 Citrus | Highland | CA | 92346 |
| 2/21/2019 | Frontier Communications | Suppliers or Vendors | $ 4,567.86 | | | | |
| 3/18/2019 | Frontier Communications | Suppliers or Vendors | $ 2,318.75 | | | | |
| 3/20/2019 | Frontier Communications | Suppliers or Vendors | $ 2,284.89 | | | | |
| 4/8/2019 | Frontier Communications | Suppliers or Vendors | 0 $ 2,250.00 | | | | |
| | **Frontier Communications Total** | | $ 11,421.50 | P.O Box 740407 | Cincinnati | OH | 45274-0407 |
| 3/21/2019 | GHD Services Inc. | Suppliers or Vendors | $ 104,336.99 | | | | |
| 4/1/2019 | GHD Services Inc. | Suppliers or Vendors | $ 4,500.00 | | | | |
| | **GHD Services Inc. Total** | | $ 108,836.99 | PO Box 392237 | Pittsburgh | PA | 15251-9237 |
| 2/15/2019 | Henry Cruz | Other Reimbursed Expenses | $ 319.13 | | | | |
| 3/9/2019 | Henry Cruz | Other Reimbursed Expenses | $ 3,732.87 | | | | |
| 3/21/2019 | Henry Cruz | Other Reimbursed Expenses | $ 2,212.52 | | | | |
| 4/1/2019 | Henry Cruz | Other Reimbursed Expenses | $ 2,200.00 | | | | |
| 4/4/2019 | Henry Cruz | Other Reimbursed Expenses | $ 4,515.58 | | | | |
| 4/4/2019 | Henry Cruz | Other Reimbursed Expenses | $ 701.16 | | | | |
| 4/12/2019 | Henry Cruz | Other Reimbursed Expenses | $ 2,181.39 | | | | |
| 4/30/2019 | Henry Cruz | Other Reimbursed Expenses | $ 1,606.31 | | | | |
| 5/10/2019 | Henry Cruz | Other Reimbursed Expenses | $ 2,941.32 | | | | |
| | **Henry Cruz Total** | | $ 20,410.28 | 1708 Newcrest Dr. | West Covina | CA | 91791 |
| 5/9/2019 | JLT Specialty Ins Services, Inc. | Suppliers or Vendors | $ 125,000.00 | | | | |
| 5/9/2019 | JLT Specialty Ins Services, Inc. | Suppliers or Vendors | $ 2,346.00 | | | | |
| 5/10/2019 | JLT Specialty Ins Services, Inc. | Suppliers or Vendors | $ 12,500.00 | | | | |
| 5/10/2019 | JLT Specialty Ins Services, Inc. | Suppliers or Vendors | $ 52,382.76 | | | | |
| 5/13/2019 | JLT Specialty Ins Services, Inc. | Suppliers or Vendors | $ 75,000.00 | | | | |
| | **JLT Specialty Ins Services, Inc. Total** | | $ 267,228.76 | 555 W 5th St Suite | Los Angeles | CA | 90017 |
| 2/15/2019 | Juan Antonio Gonzalez | Other Reimbursed Expenses | $ 3,630.05 | | | | |
| 2/15/2019 | Juan Antonio Gonzalez | Other Reimbursed Expenses | $ 3,660.05 | | | | |
| 3/9/2019 | Juan Antonio Gonzalez | Other Reimbursed Expenses | $ 3,566.72 | | | | |
| 4/1/2019 | Juan Antonio Gonzalez | Other Reimbursed Expenses | $ 3,681.60 | | | | |
| 4/12/2019 | Juan Antonio Gonzalez | Other Reimbursed Expenses | $ 3,573.93 | | | | |
| 5/10/2019 | Juan Antonio Gonzalez | Other Reimbursed Expenses | $ 3,500.00 | | | | |
| | **Juan Antonio Gonzalez Total** | | $ 21,612.35 | 11646 Manor Park Drive. | Houston | TX | 77077 |
| 3/20/2019 | Knowles Security, Inc. | Services | $ 24,016.00 | | | | |

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments To Creditors Within 90 Days Prior to the Petition Date**
**Part 2 Item 3**

| Date | Party | Category | Amount | Address | City | State | Zip |
|------|-------|----------|--------|---------|------|-------|-----|
| 3/22/2019 | Knowles Security, Inc. | Services | $ 21,168.00 | | | | |
| 4/1/2019 | Knowles Security, Inc. | Services | $ 21,168.00 | | | | |
| 4/9/2019 | Knowles Security, Inc. | Services | $ 21,168.00 | | | | |
| 4/11/2019 | Knowles Security, Inc. | Services | $ 21,168.00 | | | | |
| 4/23/2019 | Knowles Security, Inc. | Services | $ 20,664.00 | | | | |
| 4/30/2019 | Knowles Security, Inc. | Services | $ 21,168.00 | | | | |
| 5/9/2019 | Knowles Security, Inc. | Services | $ 42,336.00 | | | | |
| | **Knowles Security, Inc. Total** | | $ 192,856.00 | 335 S. State College Blvd | Fullerton | CA | 92831 |
| 5/9/2019 | Mapletree Transportation, Inc. | Services | $ 7,368.96 | | | | |
| | **Mapletree Transportation, Inc. Total** | | $ 7,368.96 | 423 North Main St., BLDG. 250 | Middlebury | IN | 46540 |
| 2/15/2019 | Niels Torring | Services | $ 5,000.00 | | | | |
| 2/15/2019 | Niels Torring | Services | $ 2,251.49 | | | | |
| | **Niels Torring Total** | | $ 7,251.49 | 679 Shasta Drive | Corona | CA | 92881 |
| 2/15/2019 | Ontario Municipal Utilities Company | Suppliers or Vendors | $ 1,632.00 | | | | |
| 3/7/2019 | Ontario Municipal Utilities Company | Suppliers or Vendors | $ 5,185.66 | | | | |
| | **Ontario Municipal Utilities Company Total** | | $ 6,817.66 | 1333 S. Bon View Avenue P.O. Box 8000 | Ontario | CA | 91761-1076 |
| 3/1/2019 | Pro Enterprises, LLC | Suppliers or Vendors | $ 17,438.00 | | | | |
| 3/31/2019 | Pro Enterprises, LLC | Suppliers or Vendors | $ 1,743.80 | | | | |
| 4/1/2019 | Pro Enterprises, LLC | Suppliers or Vendors | $ 17,438.00 | | | | |
| | **Pro Enterprises, LLC Total** | | $ 36,619.80 | 12885 Wildflower Ln | Riverside | CA | 92503 |
| 4/1/2019 | Rodl Langford de Kock | Services | $ 6,668.08 | | | | |
| 5/10/2019 | Rodl Langford de Kock | Services | $ 8,787.50 | | | | |
| | **Rodl Langford de Kock Total** | | $ 15,455.58 | 225 Peachtree Street NE 1100 South Tower | Atlanta | GA | 30303 |
| 2/21/2019 | Southern California Edison | Suppliers or Vendors | $ 375.05 | | | | |
| 3/13/2019 | Southern California Edison | Suppliers or Vendors | $ 2,292.10 | | | | |
| 3/14/2019 | Southern California Edison | Suppliers or Vendors | $ 2,125.35 | | | | |
| 3/21/2019 | Southern California Edison | Suppliers or Vendors | $ 2,382.90 | | | | |
| 3/31/2019 | Southern California Edison | Suppliers or Vendors | $ 1,846.47 | | | | |
| 4/8/2019 | Southern California Edison | Suppliers or Vendors | $ 767.03 | | | | |
| 5/8/2019 | Southern California Edison | Suppliers or Vendors | $ 706.31 | | | | |
| 5/8/2019 | Southern California Edison | Suppliers or Vendors | $ 1,436.22 | | | | |
| | **Southern California Edison Total** | | $ 11,931.43 | P.O Box 600 | Rosemead | CA | 91771-0001 |
| 5/9/2019 | State Compensation Ins Fund | Services | $ 96,859.28 | | | | |
| | **State Compensation Ins Fund Total** | | $ 96,859.28 | P.O Box 8192 | Pleasanton | CA | 94588 |
| 3/13/2019 | Time Warner Cable | Suppliers or Vendors | $ 8,712.43 | | | | |
| 3/28/2019 | Time Warner Cable | Suppliers or Vendors | $ 1,999.00 | | | | |
| 4/8/2019 | Time Warner Cable | Suppliers or Vendors | $ 1,999.00 | | | | |
| | **Time Warner Cable Total** | | $ 12,710.43 | Box 223085 | Pittsburg | PA | 15251-2085 |
| 2/28/2019 | TPG Insurance Services | Suppliers or Vendors | $ 59,661.00 | | | | |
| | **TPG Insurance Services Total** | | $ 59,661.00 | 10373 Trademark Street Suite F & G | Rancho Cucamonga | CA | 91730 |
| 3/1/2019 | Vogel Engineers, Inc. | Others - Rent | $ - | | | | |
| 3/7/2019 | Vogel Engineers, Inc. | Others - Rent | $ 30,875.28 | | | | |
| 4/1/2019 | Vogel Engineers, Inc. | Others - Rent | $ 29,905.69 | | | | |
| 5/10/2019 | Vogel Engineers, Inc. | Others - Rent | $ 29,905.69 | | | | |
| | **Vogel Engineers, Inc. Total** | | $ 90,686.66 | 300 Paseo Tesoro | Walnut | CA | 91789 |
| 2/19/2019 | Vogel Family Properties, LLC | Others - Rent | $ 2,961.73 | | | | |
| 3/1/2019 | Vogel Family Properties, LLC | Others - Rent | $ - | | | | |
| 3/7/2019 | Vogel Family Properties, LLC | Others - Rent | $ 26,709.35 | | | | |
| 4/1/2019 | Vogel Family Properties, LLC | Others - Rent | $ 24,088.20 | | | | |
| 5/10/2019 | Vogel Family Properties, LLC | Others - Rent | $ 24,088.20 | | | | |
| | **Vogel Family Properties, LLC Total** | | $ 77,847.48 | 300 Paseo Tesoro | Walnut | CA | 91789 |
| | **Grand Total** | | **$ 1,913,723.41** | | | | |

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments or Other Transfers of Property Made Within One Year Before Filing this Case That Benefited any Insider**
**Part 2 item 4**

| Date | Party | Relationship to Debtor | Purpose | Amount | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 6/30/2018 | Erwin Hymer Group NA Inc. | Affiliate | Transfer | $ 9,000,000.00 | 25 Reuter Drive | Cambridge | Ontario | N3E1A9 |
| 7/31/2018 | Erwin Hymer Group NA Inc. | Affiliate | Transfer | $ 10,000,000.00 | 25 Reuter Drive | Cambridge | Ontario | N3E1A9 |
| 8/31/2018 | Erwin Hymer Group NA Inc. | Affiliate | Transfer | $ 2,000,000.00 | 25 Reuter Drive | Cambridge | Ontario | N3E1A9 |
| | **Erwin Hymer Group NA Inc. Total** | | | **$ 21,000,000.00** | | | | |
| 6/15/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 6/30/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 7/15/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 7/31/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 8/15/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 8/31/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 9/15/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 9/30/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 10/15/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 10/31/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 11/30/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 12/15/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 12/31/2018 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 1/15/2019 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 1/31/2019 | Hobson, David | Former Employee | Payroll | $ 1,979.17 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 2/1/2019 | Hobson, David | Former Employee | Payroll | $ 1,979.17 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 2/15/2019 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 2/28/2019 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 3/8/2019 | Hobson, David | Former Employee | Payroll | $ 7,931.62 | 6432 High Country Circle | Eastvale | CA | 92880 |
| 11/15/2019 | Hobson, David | Former Employee | Payroll | $ 3,958.33 | 6432 High Country Circle | Eastvale | CA | 92880 |
| | **Hobson, David Total** | | | **$ 79,181.67** | | | | |
| 5/25/2018 | LaLusa Investment | Landlord Affiliate | Rent | $ 20,833.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
| 7/2/2018 | LaLusa Investment | Landlord Affiliate | Rent | $ 20,833.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
| 8/1/2018 | LaLusa Investment | Landlord Affiliate | Rent | $ 20,833.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
| 9/1/2018 | LaLusa Investment | Landlord Affiliate | Rent | $ 20,833.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
| 10/2/2018 | LaLusa Investment | Landlord Affiliate | Rent | $ 20,833.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
| 11/6/2018 | LaLusa Investment | Landlord Affiliate | Rent | $ 20,833.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
| | **LaLusa Investment  Total** | | | **$ 124,998.00** | | | | |
| 5/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 5/31/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 6/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 6/30/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 7/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 7/31/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 8/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 8/31/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 9/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 9/30/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 10/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 10/31/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 11/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 11/30/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 12/15/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 12/31/2018 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 1/15/2019 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 1/31/2019 | Larios, Carlos | Former Employee | Payroll | $ 1,562.50 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 2/1/2019 | Larios, Carlos | Former Employee | Payroll | $ 1,562.50 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 2/15/2019 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 2/28/2019 | Larios, Carlos | Former Employee | Payroll | $ 3,125.00 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| 3/8/2019 | Larios, Carlos | Former Employee | Payroll | $ 7,452.20 | 2439 S. Hope Pl. | Ontario | CA | 91761 |
| | **Larios, Carlos Total** | | | **$ 69,950.20** | | | | |
| 5/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 5/31/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 6/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 6/30/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 7/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 7/31/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 8/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 8/31/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 9/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 9/30/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 10/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 10/31/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 11/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 11/30/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 12/15/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 12/31/2018 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 1/15/2019 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 1/31/2019 | Larios, Enrique | Former Employee | Payroll | $ 1,354.17 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 2/1/2019 | Larios, Enrique | Former Employee | Payroll | $ 1,354.17 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 2/15/2019 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 2/28/2019 | Larios, Enrique | Former Employee | Payroll | $ 2,708.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| 3/8/2019 | Larios, Enrique | Former Employee | Payroll | $ 6,458.33 | 15719 Dove Ln. | Fontana | CA | 92337 |
| | **Larios, Enrique Total** | | | **$ 60,624.94** | | | | |
| 5/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 5/31/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 6/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 6/30/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 4,761.50 | 372 N. 4th Street | Colton | CA | 92324 |
| 7/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 7/31/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 3,898.72 | 372 N. 4th Street | Colton | CA | 92324 |
| 8/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 8/31/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 9/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments or Other Transfers of Property Made Within One Year Before Filing this Case That Benefited any Insider**
**Part 2 item 4**

| Date | Party | Relationship to Debtor | Purpose | Amount | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 9/30/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 10/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 10/31/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 11/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 11/30/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 12/15/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 12/31/2018 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 1/15/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 1/31/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 1,354.17 | 372 N. 4th Street | Colton | CA | 92324 |
| 2/1/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 1,354.17 | 372 N. 4th Street | Colton | CA | 92324 |
| 2/15/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 2/28/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 3/15/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 3/31/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 4/30/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 4/30/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 2,708.33 | 372 N. 4th Street | Colton | CA | 92324 |
| 5/15/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 3,114.58 | 372 N. 4th Street | Colton | CA | 92324 |
| 5/15/2019 | Larios,Sergio Jr. | Employee | Payroll | $ 862.56 | 372 N. 4th Street | Colton | CA | 92324 |
| | **Larios,Sergio Jr. Total** | | | **$ 72,220.63** | | | | |
| 6/30/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 7/15/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 7/31/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 8/15/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 8/31/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 9/15/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 9/30/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 10/15/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 10/31/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 11/15/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 11/30/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 12/15/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 12/31/2018 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 1/15/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 1/31/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 1,875.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 2/1/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 1,875.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 2/15/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 2/28/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 3/15/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 3/31/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 4/15/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 4/30/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 3,750.00 | 960 S. Jacobs St | Colton | CA | 92324 |
| 5/15/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 4,312.50 | 960 S. Jacobs St | Colton | CA | 92324 |
| 5/15/2019 | Larios. Sergio Sr. | Employee | Payroll | $ 1,194.24 | 960 S. Jacobs St | Colton | CA | 92324 |
| | **Larios. Sergio Sr.  Total** | | | **$ 84,256.74** | | | | |
| 5/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 5/31/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 6/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 6/30/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 7/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 7/31/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 8/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 8/31/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 9/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 9/30/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 10/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 10/31/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/30/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 12/15/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 12/31/2018 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 1/15/2019 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 1/31/2019 | Mitchell, Cynthia | Former Employee | Payroll | $ 1,770.84 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 2/1/2019 | Mitchell, Cynthia | Former Employee | Payroll | $ 1,770.84 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 2/15/2019 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 2/28/2019 | Mitchell, Cynthia | Former Employee | Payroll | $ 3,541.67 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 3/8/2019 | Mitchell, Cynthia | Former Employee | Payroll | $ 7,873.89 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| | **Mitchell, Cynthia Total** | | | **$ 78,707.30** | | | | |
| 5/15/2018 | Mitchell, Ken | Former Employee | Commission | $ 36,550.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 6/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 30,050.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 7/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 23,550.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 8/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 29,950.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 8/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 727.81 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 8/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 4,354.44 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 8/29/2018 | Mitchell, Ken | Former Employee | Expense Reimbursement | $ 202.85 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 9/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 25,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 9/28/2018 | Mitchell, Ken | Former Employee | Expense Reimbursement | $ 1,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 10/9/2018 | Mitchell, Ken | Former Employee | Expense Reimbursement | $ 10,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 10/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 40,300.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/9/2018 | Mitchell, Ken | Former Employee | Expense Reimbursement | $ 2,308.46 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/15/2018 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/18/2018 | Mitchell, Ken | Former Employee | Commission | $ 22,100.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/30/2018 | Mitchell, Ken | Former Employee | Expense Reimbursement | $ 2,185.77 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 11/30/2018 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 12/15/2018 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 12/31/2018 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 1/15/2019 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 1/31/2019 | Mitchell, Ken | Former Employee | Payroll | $ 7,500.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments or Other Transfers of Property Made Within One Year Before Filing this Case That Benefited any Insider**
**Part 2 item 4**

| Date | Party | Relationship to Debtor | Purpose | Amount | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 2/1/2019 | Mitchell, Ken | Former Employee | Payroll | $ 7,500.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 2/15/2019 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 2/28/2019 | Mitchell, Ken | Former Employee | Payroll | $ 15,000.00 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| 3/8/2019 | Mitchell, Ken | Former Employee | Payroll | $ 56,539.20 | 160 W. Foothill Pkwy. S105-247 | Corona | CA | 92882 |
| | **Mitchell, Ken Total** | | | $ 404,818.53 | | | | |
| 6/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 6/30/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 7/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 7/31/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 8/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 1,478.46 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 9/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 9/30/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 10/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 10/31/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 11/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 11/30/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 12/15/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 12/31/2018 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 1/15/2019 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 1/31/2019 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 2/15/2019 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 2/28/2019 | Mitchell, Scott | Former Employee | Payroll | $ 3,125.00 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| 3/8/2019 | Mitchell, Scott | Former Employee | Payroll | $ 4,206.80 | 400 N. Kodiak St. Apt. A | Anaheim | CA | 92807 |
| | **Mitchell, Scott Total** | | | $ 55,685.26 | | | | |
| 5/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 5/31/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 6/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 6/30/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 7/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 7/31/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 8/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 8/31/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 9/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 9/30/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 10/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 10/31/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 11/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 11/30/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 12/15/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 12/31/2018 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 1/15/2019 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 1/31/2019 | Nissel, Morgan | Former Employee | Payroll | $ 1,250.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 2/1/2019 | Nissel, Morgan | Former Employee | Payroll | $ 1,250.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 2/15/2019 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 2/28/2019 | Nissel, Morgan | Former Employee | Payroll | $ 2,500.00 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| 3/8/2019 | Nissel, Morgan | Former Employee | Payroll | $ 5,471.55 | 1114 Silver Eagle Circle | Corona | CA | 92881 |
| | **Nissel, Morgan Total** | | | $ 55,471.55 | | | | |
| 3/19/2019 | Perley, Peter | Consultant | Consultant Fee | $ 14,283.47 | c/o Canadian Treasury Management 3500 Lakeshore Rd. W. Unit 724 | Oakville | Ontario | L6L 0B4 |
| | **Perley, Peter Total** | | | $ 14,283.47 | | | | |
| 5/29/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 2,100.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 7/2/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 8/1/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 9/1/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 10/3/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 11/6/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 12/5/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 12/6/2018 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 150.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| 1/4/2019 | Property Management, Positive Moves | Landlord Affiliate | Rent | $ 3,000.00 | 11762 De Palma Rd, Ste 1-C215 | Corona | CA | 92883 |
| | **Property Management, Positive Moves  Total** | | | $ 23,250.00 | | | | |
| 5/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,547.48 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 5/31/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,644.50 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 6/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 2,029.45 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 6/30/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,257.38 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 7/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,302.90 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 7/31/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,323.60 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 8/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,382.55 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 8/31/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,104.08 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 9/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,308.68 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 9/30/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,294.58 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 10/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,110.75 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 10/31/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,533.68 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 11/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,630.80 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 11/30/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,216.05 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 12/15/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,380.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 12/31/2018 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,380.30 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 1/15/2019 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,443.45 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 1/31/2019 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,367.70 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 2/1/2019 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 602.70 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 2/15/2019 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 590.55 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 2/28/2019 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 1,278.68 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 3/8/2019 | Quezada, Anthony Jr. | Former Employee | Payroll | $ 2,293.88 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| | **Quezada, Anthony Jr.  Total** | | | $ 30,024.14 | | | | |
| 5/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 5/31/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments or Other Transfers of Property Made Within One Year Before Filing this Case That Benefited any Insider**
**Part 2 item 4**

| Date | Party | Relationship to Debtor | Purpose | Amount | Address | City | State | Zip |
|------|-------|------------------------|---------|--------|---------|------|-------|-----|
| 6/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 6/30/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 7/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 7/31/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 8/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 8/31/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 9/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 9/30/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 10/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 10/31/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 11/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 11/30/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 12/15/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 12/31/2018 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 1/15/2019 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 1/31/2019 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 3,125.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 2/1/2019 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 3,125.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 2/15/2019 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 2/28/2019 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 6,250.00 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
| 3/8/2019 | Quezada, Anthony Sr. | Former Employee | Payroll | $ 23,558.80 | 12750 Baltic CT. | Rancho Cucamonga | CA | 91739 |
|  | **Quezada, Anthony Sr. Total** |  |  | $ 148,558.80 |  |  |  |  |
| 5/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 5/31/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 6/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 6/30/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 7/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 7/31/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 8/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 8/31/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 9/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 9/30/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 10/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 10/31/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 11/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 11/30/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 12/15/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 12/31/2018 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 1/15/2019 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 1/31/2019 | Sanders, Floyd | Former Employee | Payroll | $ 1,562.50 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 2/1/2019 | Sanders, Floyd | Former Employee | Payroll | $ 1,562.50 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 2/15/2019 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 2/28/2019 | Sanders, Floyd | Former Employee | Payroll | $ 3,125.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 3/8/2019 | Sanders, Floyd | Former Employee | Payroll | $ 7,452.20 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
|  | **Sanders, Floyd Total** |  |  | $ 69,952.20 |  |  |  |  |
| 5/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 5/31/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 6/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 6/30/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 7/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 7/31/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 8/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 8/31/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 9/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 9/30/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 10/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 10/31/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 11/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 11/30/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 12/15/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 12/31/2018 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 1/15/2019 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 1/31/2019 | Sanders, Nathan | Former Employee | Payroll | $ 1,875.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 2/1/2019 | Sanders, Nathan | Former Employee | Payroll | $ 1,875.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 2/15/2019 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 2/28/2019 | Sanders, Nathan | Former Employee | Payroll | $ 3,750.00 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
| 3/8/2019 | Sanders, Nathan | Former Employee | Payroll | $ 8,596.24 | 27479 Diane Marie Circle | Saugus | CA | 91350 |
|  | **Sanders, Nathan Total** |  |  | $ 83,596.24 |  |  |  |  |
| 5/25/2018 | Shadowbrook Mgmt | Landlord Affiliate | Rent | $ 5,000.00 | 27479 Diane Marie Circle | Santa Clarita | CA | 91350 |
|  | **Shadowbrook Mgmt Total** |  |  | $ 5,000.00 |  |  |  |  |
| 5/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 5/31/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 6/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 6/30/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 7/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 7/31/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 8/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 8/31/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 9/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 9/30/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 10/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 10/31/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 11/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 11/30/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 12/15/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 12/31/2018 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 1/15/2019 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 1/31/2019 | Thaler, Erich | Former Employee | Payroll | $ 3,125.00 | 7110 Luane Trail | Colton | CA | 92324 |

**JRV Group USA L.P.**
**Statement of Financial Affairs**
**Payments or Other Transfers of Property Made Within One Year Before Filing this Case That Benefited any Insider**
**Part 2 item 4**

| Date | Party | Relationship to Debtor | Purpose | Amount | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 2/1/2019 | Thaler, Erich | Former Employee | Payroll | $ 3,125.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 2/15/2019 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 2/28/2019 | Thaler, Erich | Former Employee | Payroll | $ 6,250.00 | 7110 Luane Trail | Colton | CA | 92324 |
| 3/8/2019 | Thaler, Erich | Former Employee | Payroll | $ 15,841.96 | 7110 Luane Trail | Colton | CA | 92324 |
| | **Thaler, Erich Total** | | | $ 140,841.96 | | | | |
| | **Grand Total** | | | $ 22,601,423.53 | | | | |