**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] | ) ) | Case No. 19-11095 (CSS) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 11, 2019, AT 2:00 P.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF BANKRUPTCY
JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR,
<u>COURTROOM NO. 6, WILMINGTON, DELAWARE 19801</u>[2]**

**<u>ADJOURNED MATTERS</u>:**

1. Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/13/19] (Docket No. 7)

    <u>Response Deadline</u>: June 13, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee ("UST") and the Official Committee of Unsecured Creditors (the "Committee") to July 5, 2019 at 4:00 p.m. (ET).

    <u>Response(s) Received</u>:

    A. United States Trustee's Objection to Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V)

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA  91761.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

      Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 6/13/19] (Docket No. 61)

Related Documents:

A. [Signed] Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/15/19] (Docket No. 29)

B. Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/17/19] (Docket No. 35)

C. United States Trustee's Objection to Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 6/13/19] (Docket No. 61)

Status: By agreement of the Debtor, Committee, and DIP Lender, this matter is being adjourned to the next scheduled omnibus hearing date. The UST does not object to the adjournment.

2. Debtor's Application Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Barnes & Thornburg LLP as Special Government Services, Employment, and Real Estate Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Filed 5/21/10] (Docket No. 39)

Response Deadline: June 13, 2019 at 4:00 p.m. (ET). Extended for the UST and the Committee to July 5, 2019 at 4:00 p.m. (ET).

Response(s) Received: Informal comments from the UST.

Related Documents: None at this time.

Status: By agreement of the Debtor and Committee, this matter is being adjourned to the next scheduled omnibus hearing date. The UST does not object to the adjournment.

**UNCONTESTED MATTERS UNDER CNO:**

3. Application of the Official Committee of Unsecured Creditors of JRV Group USA L.P. for Order Authorizing Employment and Retention of Rock Creek Advisors, LLC as Financial Advisor *Nunc Pro Tunc* to June 4, 2019 [Filed 6/20/19] (Docket No. 83)

    Response Deadline: July 5, 2019 at 4:00 p.m. (ET)

    Response(s) Received: Informal comments from the UST

    Related Documents:

    A. Supplemental Declaration in Support of Application of the Official Committee of Unsecured Creditors of JRV Group USA L.P. for Order Authorizing Employment and Retention of Rock Creek Advisors, LLC as Financial Advisors *Nunc Pro Tunc* to June 4, 2019 [Filed 7/5/19] (Docket No. 102)

    B. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of JRV Group USA L.P. for Order Authorizing Employment and Retention of Rock Creek Advisors, LLC as Financial Advisors *Nunc Pro Tunc* to June 4, 2019 [Filed 7/9/19] (Docket No. 104)

    Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the convenience of the Court. No hearing will be necessary unless the Court has questions.

4. Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as *Nunc Pro Tunc* to June 4, 2019 [Filed 6/20/19] (Docket No. 84)

    Response Deadline: July 5, 2019 at 4:00 p.m. (ET)

    Response(s) Received: Informal comments from the UST

    Related Documents:

    A. Supplemental Declaration of Matthew P. Ward in Support of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and

  Retention of Womble Bond Dickinson (US) LLP as Counsel *Nunc Pro Tunc* to June 4, 2019 [Filed 7/8/19] (Docket No. 103)

 B. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Counsel *Nunc Pro Tunc* to June 4, 2019 [Filed 7/9/19] (Docket No. 105)

Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the convenience of the Court.  No hearing will be necessary unless the Court has questions.

**UNCONTESTED MATTERS:**

5. Debtor's Motion for Order Under 11 U.S.C. Sections 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory in Preparation for a Sale of Parts *Nunc Pro Tunc* to the Authorization Effective Date [Filed 5/30/19] (Docket No. 50)

Response Deadline: June 13, 2019 at 4:00 p.m. (ET).  Extended for the UST, Committee and Vogel Family Properties, LLC ("Vogel") to July 5, 2019 at 4:00 p.m. (ET).

Response(s) Received:

 A. Informal comments from the UST

 B. Informal comments from the Committee

 C. Limited Objection of Lessors Vogel Family Properties, LLC, and VIP Brickell, LLC, to Debtors Motion for an Order under 11 U.S.C. §§ 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory [Filed 7/3/19] (Docket No. 101)

Related Documents:

 A. Declaration of Andrew De Camara in Support of (I) Debtor's Motion for an Order Under 11 U.S.C. Section 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory in Preparation for a Sale of the Parts *Nunc Pro Tunc* to the Authorization Effective Date; and (II) Debtor's Motion for an Order (A) Authorizing, but Not Directing, the Debtor to Repurchase Certain Recalled Vehicles From Consumers and (B) Approving Related Repurchase Procedures [Filed 5/30/19] (Docket No. 52)

 B. Declaration of J. Antonio Gonzalez in Support of (I) Debtor's Motion for an Order Under 11 U.S.C. Section 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory in Preparation for a Sale of the Parts *Nunc Pro Tunc* to the Authorization Effective Date; and (II) Debtor's Motion for an Order (A)

   Authorizing, but Not Directing, the Debtor to Repurchase Certain Recalled Vehicles From Consumers and (B) Approving Related Repurchase Procedures [Filed 5/30/19] (Docket No. 53)

  C. Notice of Hearing on (I) Debtor's Motion for Order Under 11 U.S.C. Section 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory in Preparation for a Sale of Parts *Nunc Pro Tunc* to the Authorization Effective Date; (II) Debtor's Motion for an Order (A) Authorizing, But Not Directing, the Debtor to Repurchase Certain Recalled Vehicles From Consumers and (B) Approving Related Repurchase Procedures; and (III) Debtor's Motion for the Entry of an Order Authorizing the Debtor to (A) Reject an Unexpired Nonresidential Real Property Lease for Premises Located at 5867 Jasmine Street, Riverside, California as of the Rejection Effective Date Pursuant to 11 U.S.C. Section 365; (B) Abandon Any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. Section 554; and (C) Fix a Bar Date for Claims of Counterparty [Filed 5/30/19] (Docket No. 54)

  D. [Signed] (Interim) Order (A) Granting in Part Debtor's Motion for Order Under 11 U.S.C. Sections 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory in Preparation for a Sale of Parts *Nunc Pro Tunc* to the Authorization Effective Date and (B) Continuing Hearing on the Remainder of the Relief Requested [Filed 6/20/19] (Docket No. 80)

  E. Certification of Counsel Regarding Debtor's Motion for Order Under 11 U.S.C. Sections 105(a) and 363(b) Granting Authority to the Debtor to Dismantle Jeep Inventory in Preparation for a Sale of Parts *Nunc Pro Tunc* to the Authorization Effective Date [To be filed]

 Status: The Debtors anticipate filing a certification of counsel with a revised proposed order prior to the hearing which will resolve the informal comments received from the UST and the Committee as well as resolving the Vogel limited objection.  No hearing will be necessary unless the Court has questions.

6. Motion for Order (I) Authorizing Sale of Certain Assets Free and Clear of Liens, Claims and Encumbrances and (II) Approving Retention of Onyx Asset Advisors, LLC and Great American Global Partners, LLC as Consultant in Connection Therewith [Filed 6/20/19] (Docket No. 85)

 Response Deadline: July 3, 2019 at 4:00 p.m. (ET)

 Response(s) Received:

  A. Informal comments from the UST

  B. Informal comments from the Committee

  C. Informal comments from American Fastbacks, Inc./Thaler Designs, LLC

Related Documents:

A. Certification of Counsel Regarding Order Authorizing the Retention and Employment of Onyx Asset Advisors, LLC and Great American Global Partners, LLC as Consultant [To be Filed]

B. Certification of Counsel Regarding Order Granting, in Part, Motion for Order (I) Authorizing Sale of Certain Assets Free and Clear of Liens, Claims and Encumbrances and (II) Approving Retention of Onyx Asset Advisors, LLC and Great American Global Partners, LLC as Consultant in Connection Therewith [To be Filed]

Status: The Debtors anticipate filing certifications of counsel with revised proposed orders approving the Motion prior to the hearing which will resolve the informal comments received from the UST, the Committee and American Fastbacks, Inc./Thaler Designs, LLC. No hearing will be necessary unless the Court has questions.

Dated: July 9, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Jeffrey W. Dulberg (CA Bar No. 181200)
Robert M. Saunders (CA Bar No. 226172)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail: jdulberg@pszjlaw.com
           rsaunders@pszjlaw.com
           crobinson@pszjlaw.com

Attorneys for Debtor and Debtor in Possession