UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re : JRV Group USA LP

**Case No.**   19-11095
**Reporting Period:** 6/1/19-6/30/19

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Exhibit A | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Exhibit B | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | Exhibit C | | |
| Cash disbursements journals | | Exhibit D | | |
| Statement of Operations | MOR-2 | Exhibit E | | |
| Balance Sheet | MOR-3 | Exhibit F | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | N/A | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor    CHIEF RESTRUCTURING OFFICER

Date   7/15/19

Signature of Joint Debtor

Date

Signature of Authorized Individual*

Date

Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re : **JRV Group USA LP**
Debtor

Case No.  19-11095
Reporting Period: ___ 6/1/19-6/30/19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | *This form is not used. Please refer to  Exhibit "A" instead.* | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

FORM MOR-1
(04/07)

In re : JRV Group USA LP

Debtor

**Case No.** 19-11095

Reporting Pe 6/1/19-6/30/19

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | **This form is not used. Please refer to Exhibit "B" instead.** | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)

In re : JRV Group USA LP  
Debtor

**Case No.** 19-11095  
Reporting Period: 6/1/19-6/30/19

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|------|------|------|----------|------|----------|
| | | | | | | | | | |
| | | **No professional fees were paid during the Reporting Period.** | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b  
(04/07)

In re : JRV Group USA LP
           Debtor

Case No.   19-11095
Reporting Period.:      6/1/19-6/30/19

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | |
| Less:  Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

**This form is not used. Please refer to  Exhibit "E" instead.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re : JRV Group USA LP

Debtor

Case No.  19-11095
Reporting Period: 6/1/19-6/30/19

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | This form is not used. Please refer to Exhibit "F" instead. | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | | |
| | | |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| | | |
| *TOTAL LIABILITIES* | | |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | | |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re : JRV Group USA LP                                           **Case No.**  19-11095
                    Debtor                                          Reporting Period  6/1/19-6/30/19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | $ 38,403.33 | $ 38,403.33 | 6/14 & 6/27/201 | E-Check 121/132 | $ - |
| FICA-Employee | 0 | | | | | |
| FICA-Employer | 0 | | | | | |
| Unemployment | 0 | $ - | $ - | 6/14 & 6/27/201 | E-Check 121/132 | $ - |
| Income | 0 | | | | | |
| Other:_____ | | | | | | |
|    Total Federal Taxes | **0** | $ 38,403.33 | $ 38,403.33 | | | $ - |
| **State and Local** | | | | | | |
| Withholding | 0 | $ 5,832.32 | $ 5,832.32 | 6/14 & 6/27/201 | E-Check 121/132 | $ - |
| Sales | 0 | | | | | |
| Excise | 0 | | | | | |
| Unemployment | 0 | $ 1,538.86 | $ 1,538.86 | 6/14 & 6/27/201 | E-Check 121/132 | $ - |
| Real Property | 0 | | | | | |
| Personal Property | 0 | | | | | |
| Other:_____ | | | | | | |
|    Total State and Local | **0** | $ 7,371.18 | $ 7,371.18 | | | $ - |
| **Total Taxes** | **0** | **$ 45,774.51** | **$ 45,774.51** | | | **$ -** |

(a) - Debtor has provided the above noted payroll tax withholding amounts to its payroll provider, The Platinum Group ("TPG").  Note: the Debtor has received IRS notices regarding certain withholdings that have not been received by the IRS. The debtor is currently clarifying the status with TPG.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building (a) | | $10,428.97 | | | | $10,428.97 |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: 401K Employer Match (b) | | $1,920.96 | | | | $1,920.96 |
| **Total Postpetition Debts** | | $12,349.93 | | | | $12,349.93 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
(a)  Reflects unpaid rent at Jasmine facility for the period May 14-31, 2019; amount will be stipulated and offset in full against security deposit held by landlord.

(b) Total amount paid in full on July 12, 2019.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re :  JRV Group USA LP
Debtor

**Case No.**  19-11095
Reporting Period:  6/1/19-6/30/19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $2,826,601 | NOTE A |
| + Amounts billed during the period | 0 | |
| - Amounts collected during the period | 0 | |
| Total Accounts Receivable at the end of the reporting period | $2,826,601 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | $2,826,601 | |
| Total Accounts Receivable | $2,826,601 | |
| Amount considered uncollectible (Bad Debt) | **TBD** | |
| Accounts Receivable (Net) | **TBD** | |

**NOTE A:** The Debtor is investigating its intercompany receivables and payables between itself and affiliates. The amount shown above is from the Debtor's records and is unverified.

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | √ |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | √ |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | √ | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | √ | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | √ |

In re : JRV Group USA LP
**Debtor**

| **EXHIBIT A Page 1 of 2 In Lieu of MOR-1** | Case No. __ 19-11095 |

**CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: 5-14-19 through 8-31-19**

| | Budget Month 5/31/2019 | Actual Month 5/31/2019 | Budget Month 6/30/2019 | Actual Month 6/30/2019 | Budget Month 7/31/2019 | Budget Month 8/31/2019 | Budget Month 9/30/2019 | Month 10/31/2019 | Month 11/30/2019 | Month 12/31/2019 | Month 1/31/2020 | Month 2/29/2020 | Month 3/31/2020 | Month 4/30/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | 0 | 0 | 0 | 1,579,388 | 0 | 0 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 0 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | | | 0 |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | | 0 |
| LOANS AND ADVANCES | 1,037,401 | 1,631,119 | 2,163,828 | 0 | 77,474 | | | | | | | | | | 3,278,702 |
| SALE OF ASSETS | | | | | 1,131,900 | 2,298,100 | | | | | | | | | 3,430,000 |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | | | 0 |
| -Transfer of Cash Balances- Pre-petition | | 98,692 | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | 1,037,401 | 1,729,811 | 2,163,828 | 0 | 1,209,374 | 2,298,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,708,702 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| NET PAYROLL | 89,444 | 60,399 | 209,486 | 182,726 | 209,486 | 331,716 | | | | | | | | | 840,133 |
| PAYROLL TAXES | | | | | | | | | | | | | | | 0 |
| SALES, USE, AND OTHER TAXES | | | | 508 | 2,500 | 31,259 | | | | | | | | | 33,759 |
| INVENTORY PURCHASES | | | | | | | | | | | | | | | 0 |
| SECURED/ RENTAL/ LEASES | 17,492 | | 108,826 | 81,734 | 105,326 | 105,326 | | | | | | | | | 336,970 |
| INSURANCE | | | | 1,100 | 50,000 | 80,000 | | | | | | | | | 131,100 |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | | | 0 |
| OTHER (ATTACH LIST) | 928,747 | 90,024 | 1,121,915 | 128,964 | 149,561 | 261,368 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,461,592 |
| | | | | | | | | | | | | | | | 0 |
| PROFESSIONAL FEES | | | 722,500 | (a) | 642,500 | 667,500 | | | | | | | | | 2,032,500 |
| U.S. TRUSTEE FEES | 1,717 | 0 | 0 | 0 | 50,000 | 50,000 | 0 | | | | | | | | 101,717 |
| COURT COSTS | | | | | | | | | | | | | | | 0 |
| **TOTAL DISBURSEMENTS** | 1,037,401 | 150,423 | 2,163,828 | 393,931 | 1,209,374 | 1,527,169 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,937,771 |
| **NET CASH FLOW** | 0 | 1,579,388 | 0 | -393,931 | 0 | 770,931 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 770,931 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | | | |
| **Cash End of Month** | 0 | 1,579,388 | 0 | 1,185,457 | 0 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 | 770,931 |

**(a)** - $694,980 of budgeted professional fees have been transferred to the Professional Fees acccount as noted on Exhibit B (page 2 of 4).

**In re : JRV Group USA LP**
Debtor

| EXHIBIT A Page 2 of 2 In Lieu of MOR-1 |
| --- |

**Case No. _ 19-11095**

**CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: 5-14-19 through 8-31-19**

| | Budget Month 5/31/2019 | Actual Month 5/31/2019 | Budget Month 6/30/2019 | Actual Month 6/30/2019 | Budget Month 7/31/2019 | Budget Month 8/31/2019 | Month 9/30/2019 | Month 10/31/2019 | Month 11/30/2019 | Month 12/31/2019 | Month 1/31/2020 | Month 2/29/2020 | Month 3/31/2020 | Month 4/30/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OTHER DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Utilities Deposit **(a)** | 0 | | 34,985 | **(a)** | 0 | 0 | | | | | | | | | 34,985 |
| Security | 63,504 | 65,016 | 84,672 | 63,504 | 56,730 | 56,730 | | | | | | | | | 261,636 |
| Contingency | 25,000 | | 25,000 | 380 | 25,000 | 25,000 | | | | | | | | | 100,000 |
| Repurchase Costs | 790,000 | | 790,000 | | 0 | 0 | | | | | | | | | 1,580,000 |
| Scrap Costs | 11,000 | 1,578 | 10,000 | 18,202 | 5,000 | 5,000 | | | | | | | | | 31,000 |
| Tax Return Preparation | | | 25,000 | | 0 | 25,000 | | | | | | | | | 50,000 |
| Adequate Assurance / Interest Payments (Pre-Petition Loans) | 28,854 | 23,077 | 28,525 | 31,242 | 29,476 | 29,476 | | | | | | | | | 116,330 |
| Adequate Assurance / Interest Payments (Net DIP Borrowings) | 5,389 | | 26,234 | 14,385 | 28,355 | 22,662 | | | | | | | | | 82,640 |
| 401k Wind-down | | | 2,500 | | 0 | 2,500 | | | | | | | | | 5,000 |
| Facilities Clean-up: Product, Waste & Other | | | 90,000 | 882 | 0 | 90,000 | | | | | | | | | 180,000 |
| Other Reimbursable Costs | 5,000 | 354 | 5,000 | 369 | 5,000 | 5,000 | | | | | | | | | 20,000 |
| | | | | | | | | | | | | | | | 0 |
| **(a)** - Pursuant to the court approved Utility Order, $9,870 has been transferred to the utility escrow account as noted on Exhibit B (page 3 of 4). | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | 0 |
| **TOTAL DISBURSEMENTS** | 928,747 | 90,024 | 1,121,915 | 128,964 | 149,561 | 261,368 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,461,592 |

*JRV Group USA L.P.*
*Bank Reconciliation - East West Bank Operating Account* ▮▮▮ *3356*
*06.30.19*

| EXHIBIT B Page 1 of 4 |
|:---:|

*Bank Balance 06.30.19*      480,416.50

Outstanding Checks

*Adjusted Balance 06.30.19*      480,416.50

*General Ledger Balance 06.30.19*      480,416.50

Adjustments

     0.00

Adjustments      0.00

*Ending Adjusted General Ledger Balance 06.30.19*      480,416.50  **NOTE A**

**NOTE A:** Excludes petty cash of $190.74

*JRV Group USA LP*
*Bank Reconciliation - East West Bank Professional Fees Account* ▮▮▮▮ *3363*
*06.30.19*

| EXHIBIT B Page 2 of 4 |
|---|

| | | |
|---|---|---|
| **Bank Balance 06.30.19** | 694,980.00 | |
| Outstanding Checks | | |
| | | |
| **Adjusted Balance 06.30.19** | | **694,980.00** |
| | | |
| **General Ledger Balance 06.30.19** | 694,980.00 | |
| Adjustments | | |
| | 0.00 | |
| Adjustments | 0.00 | |
| **Ending Adjusted General Ledger Balance 06.30.19** | | **694,980.00** |

*JRV Group USA LP*
*Bank Reconciliation - East West Bank Utility Account* ████ *3377*
*06.30.19*

## EXHIBIT B Page 3 of 4

*Bank Balance 06.30.19*                          9,870.00

Outstanding Checks

                                                _____

*Adjusted Balance 06.30.19*                                      9,870.00


*General Ledger Balance 06.30.19*                 9,870.00

Adjustments _____

                                      _____
                                           0.00
Adjustments                                0.00
                                                _____

*Ending Adjusted General Ledger Balance 06.30.19*                9,870.00

*JRV Group USA L.P.*
*Bank Reconciliation - East West Bank Tax Account* ████ *3370*
*06.30.19*

| **EXHIBIT B Page 4 of 4** |
|:---:|

| | | |
|---|---|---|
| *Bank Balance 06.30.19* | *0.00* | |
| Outstanding Checks | | |
| | ——————— | |
| *Adjusted Balance 06.30.19* | | *0.00* |
| | | |
| *General Ledger Balance 06.30.19* | *0.00* | |
| Adjustments | | |
| | 0.00 | |
| Adjustments | 0.00 | |
| *Ending Adjusted General Ledger Balance 06.30.19* | | *0.00* |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 5
STARTING DATE: June 01, 2019
ENDING DATE: June 30, 2019
Total days in statement period: 30

█3356
( 2)

**EXHIBIT C Page 1 of 12**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION-OPER
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

Access your personal account wherever
you go with Mobile Banking! You can
receive text alerts whenever a transaction
is made or review your balance on your
mobile device. Visit
eastwestbank.com/mobile or your local
branch for details.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | █3356 | Beginning balance | | $1,578,244.25 |
| Enclosures | 2 | Total additions | ( 0) | .00 |
| Low balance | $480,416.50 | Total subtractions | ( 60) | 1,097,827.75 |
| Average balance | $1,150,498.62 | Ending balance | | $480,416.50 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 06-10 | 3,203.16 | 1002 | 06-21 | 243.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-03 | Outgoing Wire | Corner Rag LLC | 1,471.93 |
| 06-03 | Outgoing Wire | Corner Rag LLC | 4,008.47 |
| 06-03 | Outgoing Wire | Pro Enterprise LLC | 17,438.00 |
| 06-03 | Outgoing Wire | Vogel Family Properties, LLC | 24,088.20 |
| 06-03 | Outgoing Wire | Vogel Engineers, Inc. | 30,714.79 |
| 06-03 | Preauth Debit | TWCABLE NATIONAL CABLE SVCS 190603 | 1,225.19 |
| 06-03 | Preauth Debit | FRONTIER ONLINE E-BILL 190603 | 1,306.46 |
| 06-05 | Outgoing Wire | 5 Star Janitorial, Inc | 500.00 |
| 06-05 | Outgoing Wire | Syndeo LLC dba Bro advoice | 644.76 |
| 06-05 | Outgoing Wire | Montway, Inc. | 929.00 |
| 06-05 | Outgoing Wire | Montway, Inc. | 1,689.00 |
| 06-05 | Outgoing Wire | Uline | 2,634.63 |
| 06-05 | Onln Bkg Trfn D | TO ACC 05500013377 | 9,890.00 |
| 06-05 | Preauth Debit | CHOICE ADMIN ONLN PMNT 190605 | 17,179.76 |
| 06-10 | Outgoing Wire | Matt Fosdick dba Snap-On Tools | 8,828.59 |
| 06-10 | Outgoing Wire | Knowles Security, Inc. | 21,168.00 |
| 06-10 | Onln Bkg Trfn D | TO ACC 05500013370 | 507.50 |
| 06-10 | Onln Bkg Trfn D | TO ACC 05500013363 | 5,000.00 |
| 06-10 | Onln Bkg Trfn D | TO ACC 05500013363 | 6,250.00 |
| 06-10 | Onln Bkg Trfn D | TO ACC 05500013363 | 37,500.00 |
| 06-10 | Onln Bkg Trfn D | TO ACC 05500013363 | 50,000.00 |
| 06-10 | Onln Bkg Trfn D | TO ACC 05500013363 | 75,000.00 |
| 06-10 | Preauth Debit | JRV Group USA LP Exp Report 190610 | 3,959.24 |



**EAST WEST BANK** Your financial bridge℠

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

JRV GROUP USA LP

**EXHIBIT C Page 2 of 12**

ACCOUNT STATEMENT
Page   2   of   5
STARTING DATE: June 01, 2019
ENDING DATE: June 30, 2019
████3356

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-14 | Preauth Debit | NATPAY-11977623 BILLING 190614 11977623 | 285.00 |
| 06-14 | Preauth Debit | NATPAY-11977623 TRUST 190614 11977623 | 1,231.65 |
| 06-14 | Preauth Debit | NATPAY-11977623 TAX 190614 11977623 | 22,573.86 |
| 06-14 | Preauth Debit | NATPAY-11977623 NET-PAY 190614 11977623 | 58,541.24 |
| 06-18 | Outgoing Wire | Ultimate Internet Access | 899.00 |
| 06-18 | Outgoing Wire | Syndeo LLC dba Bro advoice | 1,174.24 |
| 06-18 | Outgoing Wire | Knowles Security, Inc. | 21,168.00 |
| 06-18 | Analysis Servic | ANALYSIS ACTIVITY FOR 05/19 | 340.28 |
| 06-18 | Preauth Debit | JRV Group USA LP Exp Report 190618 | 756.10 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 5,000.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 5,000.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 6,250.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 6,250.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 37,500.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 37,500.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 50,000.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 50,000.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 75,000.00 |
| 06-24 | Onln Bkg Trfn D | TO ACC 05500013363 | 75,000.00 |
| 06-26 | Outgoing Wire | Knowles Security, Inc. | 21,168.00 |
| 06-27 | Outgoing Wire | The Platinum Group (TPG) | 285.00 |
| 06-27 | Outgoing Wire | The Platinum Group (TPG) | 1,228.37 |
| 06-27 | Outgoing Wire | JRV Group Holding USA LP | 3,562.50 |
| 06-27 | Outgoing Wire | Corner Reg LLC | 3,879.17 |
| 06-27 | Outgoing Wire | JRV Group Holding USA LP | 3,958.33 |
| 06-27 | Outgoing Wire | JRV Group Holding USA LP | 3,958.33 |
| 06-27 | Outgoing Wire | JRV Group Holding USA LP | 11,875.00 |
| 06-27 | Outgoing Wire | Corner Reg LLC | 12,913.03 |
| 06-27 | Outgoing Wire | The Platinum Group (TPG) | 23,200.65 |
| 06-27 | Outgoing Wire | The Platinum Group (TPG) | 58,200.32 |
| 06-28 | Onln Bkg Trfn D | TO ACC 05500013363 | 5,000.00 |
| 06-28 | Onln Bkg Trfn D | TO ACC 05500013363 | 6,250.00 |
| 06-28 | Onln Bkg Trfn D | TO ACC 05500013363 | 37,500.00 |
| 06-28 | Onln Bkg Trfn D | TO ACC 05500013363 | 50,000.00 |
| 06-28 | Onln Bkg Trfn D | TO ACC 05500013363 | 75,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 1,578,244.25 | 06-14 | 1,170,475.82 | 06-26 | 777,227.20 |
| 06-03 | 1,497,991.21 | 06-18 | 1,146,138.20 | 06-27 | 654,166.50 |
| 06-05 | 1,464,524.06 | 06-21 | 1,145,895.20 | 06-28 | 480,416.50 |
| 06-10 | 1,253,107.57 | 06-24 | 798,395.20 | | |

**EAST WEST BANK** Your financial bridge℠

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT
Page   3   of   5
STARTING DATE: June 01, 2019
ENDING DATE: June 30, 2019
████3356

JRV GROUP USA LP

**EXHIBIT C Page 3 of 12**

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EXHIBIT C Page 4 of 12**



06/10/2019     1001     $3,203.16



06/10/2019     1001     $3,203.16



06/21/2019     1002     $243.00



06/21/2019     1002     $243.00

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**EXHIBIT C Page 5 of 12**

**ENTER**
Ending Balance of
this Statement…………….............   $_____

**ENTER**
Present Balance in
your checkbook…………………   $_____

**Add** Deposits not shown
on this Statement   $_____
_____

**Subtract** any service
charges, finance or
any other charges…………………   $_____

Sub Total……….   $_____

Sub Total …………   $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned ………………………………   $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..   $_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..   $_____
_____
_____

**Total** amount of outstanding
checks……………………………   $_____

Balance………..............................**   $_____

Balance……......................................   $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 3
STARTING DATE: June 01, 2019
ENDING DATE: June 30, 2019
Total days in statement period: 30
█████13363
( 0 )

**EXHIBIT C Page 6 of 12**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION PRO FEES
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

Access your personal account wherever you go with Mobile Banking! You can receive text alerts whenever a transaction is made or review your balance on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | ███3363 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | (20) | 695,000.00 |
| Average balance | $220,074.67 | Total subtractions | (1) | 20.00 |
| | | Ending balance | | $694,980.00 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 06-10 | Onln Bkg Trft C | FR ACC 05500013356 | 5,000.00 |
| | 06-10 | Onln Bkg Trft C | FR ACC 05500013356 | 6,250.00 |
| | 06-10 | Onln Bkg Trft C | FR ACC 05500013356 | 37,500.00 |
| | 06-10 | Onln Bkg Trft C | FR ACC 05500013356 | 50,000.00 |
| | 06-10 | Onln Bkg Trft C | FR ACC 05500013356 | 75,000.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 5,000.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 5,000.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 6,250.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 6,250.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 37,500.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 37,500.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 50,000.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 50,000.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 75,000.00 |
| | 06-24 | Onln Bkg Trft C | FR ACC 05500013356 | 75,000.00 |
| | 06-28 | Onln Bkg Trft C | FR ACC 05500013356 | 5,000.00 |
| | 06-28 | Onln Bkg Trft C | FR ACC 05500013356 | 6,250.00 |
| | 06-28 | Onln Bkg Trft C | FR ACC 05500013356 | 37,500.00 |
| | 06-28 | Onln Bkg Trft C | FR ACC 05500013356 | 50,000.00 |
| | 06-28 | Onln Bkg Trft C | FR ACC 05500013356 | 75,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-18 | Analysis Servic | ANALYSIS ACTIVITY FOR 05/19 | 20.00 |

EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

JRV GROUP USA LP

**EXHIBIT C Page 7 of 12**

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | 0.00 | 06-18 | 173,730.00 | 06-28 | 694,980.00 |
| 06-10 | 173,750.00 | 06-24 | 521,230.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**EXHIBIT C Page 8 of 12**

**ENTER**
Ending Balance of
this Statement…………………........... $_____

**ENTER**
Present Balance in
your checkbook…………………. $_____

**Add** Deposits not shown
on this Statement                    $_____
                                    _____
                                    _____
                        Sub Total……… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

                        Sub Total ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ………………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                                    _____
                                    _____
                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
                                    _____
                                    _____
                                    _____

**Total** amount of outstanding
checks………………………………… $_____

Balance…………...........................** $_____

Balance……........................................ $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   2
STARTING DATE: June 01, 2019
ENDING DATE: June 30, 2019
Total days in statement period: 30
13377
( 0)

**EXHIBIT C Page 9 of 12**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION UTILITIE
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

Access your personal account wherever
you go with Mobile Banking! You can
receive text alerts whenever a transaction
is made or review your balance on your
mobile device. Visit
eastwestbank.com/mobile or your local
branch for details.

## Standard Business Checking

| Account number | 3377 | Beginning balance | | $0.00 |
|---|---|---|---|---|
| Low balance | $0.00 | Total additions | (1) | 9,890.00 |
| Average balance | $8,562.67 | Total subtractions | (1) | 20.00 |
| | | Ending balance | | $9,870.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 06-05 | Onln Bkg Trft C | FR ACC 05500013356 | 9,890.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-18 | Analysis Servic | ANALYSIS ACTIVITY FOR 05/19 | 20.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 0.00 | 06-05 | 9,890.00 | 06-18 | 9,870.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

**EXHIBIT C Page 10 of 12**

**ENTER**
Ending Balance of
this Statement………………............    $_____

**Add** Deposits not shown
on this Statement                              $_____
_____
_____
            Sub Total………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

Balance……….............................**        $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

            **Sub Total** …………    $_____

**Add** Monthly Interest
Earned ……………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..    $_____
_____
_____
_____

Balance……....................................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  2
STARTING DATE: June 01, 2019
ENDING DATE: June 30, 2019
Total days in statement period: 30
3370
( 0)

**EXHIBIT C Page 11 of 12**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION TAX ACCT
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

Access your personal account wherever you go with Mobile Banking! You can receive text alerts whenever a transaction is made or review your balance on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3370 | Beginning balance | | $0.00 |
| Low balance | $-20.00 | Total additions | (2) | 527.50 |
| Average balance | $50.08 | Total subtractions | (2) | 527.50 |
| | | Ending balance | | $.00 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 06-10 | Onln Bkg Trft C | FR ACC 05500013356 | 507.50 |
| | 06-19 | Credit Memo | REV FEE | 20.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-13 | Preauth Debit | DE eCorp Tax E-CHECK 190613 1222071386 | 507.50 |
| 06-18 | Analysis Servic | ANALYSIS ACTIVITY FOR 05/19 | 20.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 0.00 | 06-13 | 0.00 | 06-19 | 0.00 |
| 06-10 | 507.50 | 06-18 | -20.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement.............................  $_____

**EXHIBIT C Page 12 of 12**

**ENTER**
Present Balance in
your checkbook......................  $_____

**Add** Deposits not shown
on this Statement   $_____
  _____
  _____
            Sub Total.........  $_____

**Subtract** any service
charges, finance or
any other charges......................  $_____

**Subtract** Checks Issued
but not on Statement

            Sub Total ............  $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ....................................  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)....................  $_____
  _____
  _____
  _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)....................  $_____
  _____
  _____
  _____

**Total** amount of outstanding
checks................................  $_____

**Balance**...............................**  $_____

**Balance**............................................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**JRV Group USA LP**                    **Case No.**  19-11095
Cash Disbursement Journal              Reporting Period: 6/1/19-6/30/19

## EXHIBIT D Page 1 of 1

| Account | Date | Party | Amount | Category |
|---|---|---|---|---|
| Operating | 6/3/2019 | Corner Flag LLC | $ 4,008.47 | Interest Payments (Pre-Petition Loans) |
| Operating | 6/3/2019 | Corner Flag LLC | $ 1,471.93 | Interest Payments (Net DIP Borrowings) |
| Operating | 6/3/2019 | Frontier Communication | $ 1,306.46 | Rent & Utilities |
| Operating | 6/3/2019 | Spectrum/Time Warner Cable | $ 1,225.19 | Rent & Utilities |
| Operating | 6/3/2019 | Vogel Engineers, Inc. | $ 30,714.79 | Rent & Utilities |
| Operating | 6/3/2019 | Vogel Family Properties, LLC | $ 24,088.20 | Rent & Utilities |
| Operating | 6/3/2019 | Pro Enterprise LLC | $ 17,438.00 | Rent & Utilities |
| Operating | 6/5/2019 | Broadvoice | $ 644.76 | Rent & Utilities |
| Operating | 6/5/2019 | Uline | $ 2,634.63 | Additional Equipment |
| Operating | 6/5/2019 | 5 Star Janitorial | $ 500.00 | Rent & Utilities |
| Operating | 6/5/2019 | Motway, Inc. | $ 929.00 | Additional Equipment |
| Operating | 6/5/2019 | Motway, Inc. | $ 1,689.00 | Additional Equipment |
| Operating | 6/5/2019 | California Choice | $ 17,179.76 | Benefits |
| Operating | 6/10/2019 | Knowles Security, Inc. | $ 21,168.00 | Security |
| Operating | 6/10/2019 | Snap-on Tools | $ 8,828.59 | Additional Equipment |
| Operating | 6/10/2019 | Juan Antonio Gonzalez | $ 3,656.53 | Rent & Utilities |
| Operating | 6/10/2019 | Henry Cruz | $ 302.71 | Other Reimbursable Costs |
| Tax | 6/10/2019 | Delaware (2018 LP Tax) | $ 507.50 | Property Taxes & Other Taxes |
| Operating | 6/11/2019 | Big Tex Trailer - California | $ 3,203.16 | Additional Equipment |
| Operating | 6/14/2019 | The Platinum Group | $ 58,541.24 | Payroll & Taxes |
| Operating | 6/14/2019 | The Platinum Group | $ 22,573.86 | Payroll & Taxes |
| Operating | 6/14/2019 | The Platinum Group | $ 1,231.65 | Payroll & Taxes |
| Operating | 6/14/2019 | The Platinum Group | $ 285.00 | Payroll & Taxes |
| Petty Cash | 6/15/2019 | Sergio Larios Jr. | $ 79.07 | Additional Equipment |
| Petty Cash | 6/15/2019 | Sergio Larios Jr. | $ 708.37 | Additional Equipment |
| Petty Cash | 6/15/2019 | Susan Connor | $ 39.98 | Other Reimbursable Costs |
| Petty Cash | 6/15/2019 | Gustavo Mauri | $ 126.06 | Facilities Clean-up: Product, Waste & Other |
| Operating | 6/18/2019 | Knowles Security, Inc. | $ 21,168.00 | Security |
| Operating | 6/18/2019 | Broadvoice | $ 1,174.24 | Rent & Utilities |
| Operating | 6/18/2019 | Ultimate Internet Access | $ 899.00 | Rent & Utilities |
| Operating | 6/18/2019 | Gustavo Mauri | $ 756.10 | Facilities Clean-up: Product, Waste & Other |
| Operating | 6/19/2019 | East West Bank | $ 380.28 | Contingency (Bank Fees) |
| Operating | 6/24/2019 | Culligan | $ 243.00 | Rent & Utilities |
| Operating | 6/26/2019 | Knowles Security, Inc. | $ 21,168.00 | Security |
| Operating | 6/27/2019 | The Platinum Group | $ 58,200.32 | Payroll & Taxes |
| Operating | 6/27/2019 | The Platinum Group | $ 23,200.65 | Payroll & Taxes |
| Operating | 6/27/2019 | The Platinum Group | $ 1,228.37 | Payroll & Taxes |
| Operating | 6/27/2019 | The Platinum Group | $ 285.00 | Payroll & Taxes |
| Operating | 6/27/2019 | Corner Flag LLC | $ 3,879.17 | Interest Payments (Pre-Petition Loans) |
| Operating | 6/27/2019 | Corner Flag LLC | $ 12,913.03 | Interest Payments (Net DIP Borrowings) |
| Operating | 6/27/2019 | JRV Group Holding USA LP | $ 3,958.33 | Interest Payments (Pre-Petition Loans) |
| Operating | 6/27/2019 | JRV Group Holding USA LP | $ 11,875.00 | Interest Payments (Pre-Petition Loans) |
| Operating | 6/27/2019 | JRV Group Holding USA LP | $ 3,958.33 | Interest Payments (Pre-Petition Loans) |
| Operating | 6/27/2019 | JRV Group Holding USA LP | $ 3,562.50 | Interest Payments (Pre-Petition Loans) |
| | | | **$393,931.23** | |

**JRV Group USA LP**
**CONSOLIDATED INCOME STATEMENT**
**Unaudited**

**EXHIBIT E Page 1 of 1**

|  | June 2019 | Cumulative (Petition to Date) |
|---|---|---|
| Sales | - | - |
| Cost of Goods Sold | - | - |
| Gross Profit | - | - |
| Salary and wages | 173,754 | 236,832 |
| Employee benefits | 17,180 | 17,180 |
| Rent and utilities | 75,984 | 75,984 |
| Depreciation and amortization | 105,621 | 166,690 |
| Ads and promo | - | - |
| Travel and transport | 551 | 670 |
| Security  Service | 63,504 | 128,520 |
| Other operating costs | 45,155 | 47,353 |
| Interest expense | 45,627 | 68,704 |
| Operating Expenses | 527,375 | 741,931 |
| Income (Loss) from Operations | (527,375) | (741,931) |
| Other Income (Charges) | - | - |
| Income (Loss) Before Income Tax | (527,375) | (741,931) |
| Provision for Income Tax-current | - | - |
| **Net Income (Loss)** | (527,375) | (741,931) |

**JRV Group USA LP**
**CONSOLIDATED BALANCE SHEET**
**Unaudited**

**EXHIBIT F Page 1 of 1**

| | 6/30/2019 | 5/13/2019 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | 1,185,457 | 98,692 |
| Receivables Jeeps | 2,826,601 | 2,826,601 |
| Receivables Best Time | 395,000 | 395,000 |
| Receivables Related | 20,074 | 20,074 |
| Inventory | 15,903,466 | 15,903,466 |
| Prepaid Expenses | 333,940 | 367,101 |
| Other Current Assets | 17,127 | 18,056 |
| **Total Current Assets** | 20,681,665 | 19,628,990 |
| | | |
| **Property,  Plant and Equipment** | | |
| Furniture, Fixtures and Equipment | 3,199,704 | 3,196,501 |
| Construction in progress | 277,714 | 277,714 |
| Accumulated Depreciation | (554,112) | (463,361) |
| **Property,  Plant and Equipment-Net** | 2,923,307 | 3,010,854 |
| | | |
| **Other Assets** | | |
| Intercompany Receivables | 6,744,860 | 6,744,860 |
| Investment in Best RV | 600,000 | 600,000 |
| Other Assets | 2,164,147 | 2,240,085 |
| **Total Noncurrent Assets** | 9,509,008 | 9,584,945 |
| | | |
| **TOTAL ASSETS** | **33,113,979** | **32,224,789** |
| | | |
| **LIABILITIES AND PARTNERS' CAPITAL** | | |
| | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Short Term Loan- Corner Flag LLC | 1,631,119 | - |
| | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| **Current Liabilities** | | |
| Accounts Payable | 1,112,937 | 1,112,937 |
| Accrued Liabilities | 1,574,668 | 1,574,666 |
| Loan to EHG Germany | 9,039,479 | 9,039,479 |
| Short Term Loan- Corner Flag LLC | 490,000 | 490,000 |
| Miscellaneous Payable | 2,965,000 | 1,500,000 |
| Short Term Loan-JRV Group Holding USA LP | 1,500,000 | 2,965,000 |
| | 16,682,084 | 16,682,082 |
| | | |
| **Noncurrent Liabilities** | | |
| Intercompany Payables-Due to EHG NA | 14,687,085 | 14,687,085 |
| Loan from German bank - LBBW | 23,000,000 | 23,000,000 |
| | 37,687,085 | 37,687,085 |
| | | |
| **Total Liabilities** | **56,000,288** | **54,369,167** |
| | | |
| **Partners' Capital (deficit)** | | |
| Partners Capital, beginning | (22,144,378) | (11,411,016) |
| Net income <loss> for the period | (741,931) | (10,733,361) |
| **Total Partners' Capital (deficit)** | **(22,886,309)** | **(22,144,377)** |
| | | |
| **Total Liabilities and Partner's Capital** | **33,113,979** | **32,224,789** |