**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] | ) ) | Case No. 19-11095 (CSS) |
| | ) | |
| Debtor. | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[3]**

> **THE BELOW LISTED MATTERS HAVE BEEN ADJOURNED OR RESOLVED. THE COURT HAS CANCELLED THE HEARING.**

**ADJOURNED MATTERS:**

1. Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/13/19] (Docket No. 7)

   Response Deadline: June 13, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee ("UST") and the Official Committee of Unsecured Creditors (the "Committee") to July 5, 2019 at 4:00 p.m. (ET).

   Response(s) Received:

   A. United States Trustee's Objection to Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R.

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

[2] **Amended items appear in bold**.

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 6/13/19] (Docket No. 61)

Related Documents:

A. [Signed] Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/15/19] (Docket No. 29)

B. Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/17/19] (Docket No. 35)

C. United States Trustee's Objection to Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 6/13/19] (Docket No. 61)

Status: By agreement of the Debtor, Committee, and DIP Lender, this matter is being adjourned to the next scheduled omnibus hearing date. The UST does not object to the adjournment.

2. Debtor's Application Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Barnes & Thornburg LLP as Special Government Services, Employment, and Real Estate Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Filed 5/21/10] (Docket No. 39)

Response Deadline: June 13, 2019 at 4:00 p.m. (ET). Extended for the UST and the Committee to July 5, 2019 at 4:00 p.m. (ET).

Response(s) Received: Informal comments from the UST.

Related Documents: None at this time.

Status: By agreement of the Debtor and Committee, this matter is being adjourned to the next scheduled omnibus hearing date.  The UST does not object to the adjournment.

**UNCONTESTED MATTERS UNDER CNO/COC:**

3. Motion of the Debtor for Entry of an Order (A) Enlarging the Period Within Which the Debtor May Remove Actions and (B) Granting Related Relief [Filed 7/31/19] (Docket No. 127)

    Response Deadline: August 14, 2019 at 4:00 p.m. (ET)

    Response(s) Received: None

    Related Documents:

    A. Certification of No Objection Regarding Motion of the Debtor for Entry of an Order (A) Enlarging the Period Within Which the Debtor May Remove Actions and (B) Granting Related Relief [Filed 8/19/19] (Docket No. 138)

    B. **[Signed] Order (A) Enlarging the Period Within Which the Debtor May Remove Actions and (B) Granting Related Relief [Filed 8/20/19] (Docket No. 145)**

    Status: **The order has been entered.  No hearing is necessary.**

4. Debtor's Motion Pursuant to Sections 105(a), 330 and 331 of the Bankruptcy Code for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 7/31/19] (Docket No. 128)

    Response Deadline: August 14, 2019 at 4:00 p.m. (ET)

    Response(s) Received: Informal comments from the UST

    Related Documents:

    A. Certification of Counsel Regarding Debtor's Motion Pursuant to Sections 105(a), 330 and 331 of the Bankruptcy Code for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 8/19/19] (Docket No. 140)

  B. **[Signed] Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 8/20/19] (Docket No. 144)**

 Status: **The order has been entered.  No hearing is necessary.**

5. Joint Motion for the Entry of an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Filed 7/31/19] (Docket No. 129)

 Response Deadline: August 14, 2019 at 4:00 p.m. (ET).

 Response(s) Received: Informal comments from the UST

 Related Documents:

  A. Certification of Counsel Regarding Joint Motion for the Entry of an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Filed 8/19/19] (Docket No. 141)

  B. **[Signed] Order (I) Establishing Bar Dates for Filing Claims and Requests for Administrative Expenses and (II) Approving the Form and Manner of Notice Thereof [Filed 8/20/19] (Docket No. 147)**

 Status: **The order has been entered.  No hearing is necessary.**

6. Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 8/7/19] (Docket No. 134)

 Response Deadline: August 14, 2019 at 4:00 p.m. (ET)

 Response(s) Received: None

 Related Documents:

  A. Certification of No Objection Regarding Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 8/19/19] (Docket No. 139)

  B. **[Signed] Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 8/20/19] (Docket No. 146)**

 Status: **The order has been entered.  No hearing is necessary.**

7. Motion for Entry of an Order: (I) Authorizing Entry Into the Asset Purchase Agreement With Respect to the Sale of Certain of the Debtors Assets, (B) Approving Bid Procedures

for the Sale of Such Assets, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Approving Certain Break-Up Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Such Assets Free and Clear of All Liens, Claims and Encumbrances, and Other Interests, and (III) Granting Related Relief [Filed 7/31/19] (Docket No. 130)

Response Deadline: August 14, 2019 at 4:00 p.m. (ET)

Response(s) Received: None

Related Documents:

A. Certification of No Objection Regarding Motion for Entry of an Order: (I) Authorizing Entry Into the Asset Purchase Agreement With Respect to the Sale of Certain of the Debtors Assets, (B) Approving Bid Procedures for the Sale of Such Assets, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Approving Certain Break-Up Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Such Assets Free and Clear of All Liens, Claims and Encumbrances, and Other Interests, and (III) Granting Related Relief [Filed 8/19/19] (Docket No. 142)

B. **[Signed] Order (A) Authorizing Entry Into the Asset Purchase Agreement With Respect to the Sale of Certain of the Debtor's Assets; (B) Approving Bid Procedures for the Sale of Such Assets; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto; (D) Approving Certain Break-Up Fee and Expense Reimbursement Provisions; and (E) Granting Other Related Relief [Filed 8/20/19] (Docket No. 148)**

Status: **The order has been entered.  No hearing is necessary.**

Dated: August 20, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Jeffrey W. Dulberg (CA Bar No. 181200)
Robert M. Saunders (CA Bar No. 226172)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail: jdulberg@pszjlaw.com
         rsaunders@pszjlaw.com
         crobinson@pszjlaw.com

Attorneys for Debtor and Debtor in Possession