# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JRV GROUP USA L.P., a Delaware limited partnership, | Case No. 19-11095 (CSS) |
| Debtor. | **RE: D.I. 130 & D.I. 169** |

## IMPEX INC.'S STATEMENT IN RESPONSE TO NOTICE OF CANCELLATION OF AUCTION AND SELECTION OF SUCCESSFUL BIDDER WITH RESPECT TO THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS

Impex Inc. ("Impex") files this Statement in Response to Notice of Cancellation of Auction and the Selection of Successful Bidder with Respect to the Sale of Certain of the Debtors' Assets (the "Notice") filed by the above-captioned debtor (the "Debtor").

On September 13, 2019, Impex submitted its bid for the purchase of certain assets of the Debtor (the "Original Bid") to counsel to the Debtor and its financial advisors in accordance with the Bid Procedures Order. The Original Bid provides substantially more consideration to the estate than does the bid of the designated successful bidder under the Notice (the "Successful Bidder"). Specifically, the Original Bid provided an additional $227,250.00 more than the Successful Bidder while making only minimal, non-substantive, changes to the Asset Purchase Agreement used by the Successful Bidder, a redlined copy of which is attached hereto as Exhibit A. Simply, the terms of the offer went unchanged (other than an increase in the price for the assets). All told, the Original Bid proposes $7,812,250 in consideration to be paid to the Debtor with no substantive changes to the terms proposed by the Successful Bidder.

In connection with the Original Bid, Impex delivered to the Debtor (1) a letter from Ally Bank guaranteeing the funds to close, (2) tax returns generated by a Certified Public Account, and (3) a letter agreeing to immediately name the Debtor as an additional insured on Impex's

insurance policy.

After the Original Bid was submitted, the Debtor provided an elaborate punch-list of items to be completed by Impex within a very short timeline. Specifically, the Debtor demanded a deposit of five percent (5%) to be wired to it on a Sunday and demanded a different set of audited financial statements than what was previously provided by Impex's CPA. All of which was demanded Friday evening and to be due on Sunday morning by 10:00 a.m. eastern. The Debtor failed to qualify Impex's bid.

Impex believes that the Original Bid maximizes the benefit to the Debtor's stakeholders and ensures that in no event will the Debtor be worse off under the Original Bid than it would be closing a transaction with the Successful Bidder.

For the foregoing reasons, Impex respectfully requests that the Debtor designate Impex as the Successful Bidder on the terms set forth in the Original Bid.

Dated: September 18, 2019  GELLERT SCALI BUSENKELL & BROWN, LLC
Wilmington, Delaware

/s/ Evan W. Rassman
Michael Busenkell (DE 3933)
Evan W. Rassman (DE 6111)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
erassman@gsbblaw.com

*Attorneys for Impex, Inc.*