# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] | Case No.: 19-11095 (CSS) |
| Debtor. | |
| JRV GROUP USA L.P., | |
| Plaintiff, | |
| v. | |
| TPG PAYROLL & HR SERVICES, INC., | Adv. Proc. No. 19-50284 (CSS) |
| Nohr's RV Center, LLC, | Adv. Proc. No. 19-50366 (CSS) |
| R.V. World, Inc. of Nokomis, | Adv. Proc. No. 19-50368 (CSS) |
| Transport Kings, LLC, | Adv. Proc. No. 19-50369 (CSS) |
| Ty L. Leckner, Showroom Transport, | Adv. Proc. No. 19-50370 (CSS) |
| Van City of Colorado, LLC, | Adv. Proc. No. 19-50371 (CSS) |
| NIRVC Partners, LLC dba National Indoor RV Centers and Nighthawk Remarketing, Inc. dba Credit Union Remarketing Solutions, | Adv. Proc. No. 19-50387 (CSS) |
| Niels Torring, | Adv. Proc. No. 19-50388 (CSS) |
| Daniel J. Manoloff, | Adv. Proc. No. 19-50389 (CSS) |
| Defendants. | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 29, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

*PLEASE TAKE NOTICE: AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELED AT THE DIRECTION OF THE COURT.*

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

[2] **Amended items noted in bold.**

**ADJOURNED MATTERS:**

1.  Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/13/19] (Docket No. 7)

    Response Deadline: June 13, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee ("UST") and the Official Committee of Unsecured Creditors (the "Committee") to July 5, 2019 at 4:00 p.m. (ET).

    Response(s) Received:

    A.  United States Trustee's Objection to Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 6/13/19] (Docket No. 61)

    Related Documents:

    A.  [Signed] Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/15/19] (Docket No. 29)

    B.  Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 5/17/19] (Docket No. 35)

    C.  United States Trustee's Objection to Motion of Debtor for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R.

Bankr. P. 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Approving Use of Cash Collateral of Prepetition Lenders, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Filed 6/13/19] (Docket No. 61)

Status: By agreement of the Debtor, Committee, and DIP Lender, this matter is being adjourned to the next scheduled omnibus hearing date. The UST does not object to the adjournment.

2. Pretrial Conference regarding Adv. Proc. Case No. 19-50284, *JRV Group USA L.P. v. TPG Payroll & HR Services, Inc.*

 Related Documents:

 A. Complaint for (1) Breach of Written Contract, (2) Breach of Fiduciary Duty, (3) Conversion, and (4) Turnover [Filed 8/9/19] (Adv. Docket No. 1)

 B. Clerk's Entry of Default Against Defendant TPG Payroll & HR Services, Inc. [Filed 9/17/19] (Adv. Docket No. 5)

 Status: The Debtor and defendant are actively engaged in settlement discussions as to which the Debtor has set October 31, 2019 as the deadline for certain performances by the defendant. The Debtor is adjourning this matter to the next omnibus hearing date, by which time the Debtor anticipates it will either have filed a motion for default judgment or a settlement stipulation.

**UNCONTESTED MATTERS UNDER CNO/COC:**

3. Debtor's Motion for the Entry of an Order Authorizing the Debtor to (A) Reject Unexpired Nonresidential Real Property Lease for Premises Located At 1945 S. Burgundy Place, Ontario, California as of the Rejection Effective Date Pursuant to 11 U.S.C. Section 365; (B) Abandon Any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. Section 554; and (C) Fix a Bar Date for Claims of Counterparty [Filed 10/15/19] (Docket No. 219)

 Response Deadline: October 22, 2019 at 4:00 p.m. (ET).

 Response(s) Received: Informal comments from the Office of the United States Trustee ("UST").

 Related Documents:

 A. Certification of Counsel Regarding Debtor's Motion for the Entry of an Order Authorizing the Debtor to (A) Reject Unexpired Nonresidential Real Property

        Lease for Premises Located At 1945 S. Burgundy Place, Ontario, California as of the Rejection Effective Date Pursuant to 11 U.S.C. Section 365; (B) Abandon Any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. Section 554; and (C) Fix a Bar Date for Claims of Counterparty [10/24/19] (Docket No. 226)

    B. **[Signed] Order Authorizing the Debtor to (A) Reject Unexpired Nonresidential Real Property Lease for Premises Located At 1945 S. Burgundy Place, Ontario, California as of the Rejection Effective Date Pursuant to 11 U.S.C. Section 365; (B) Abandon Any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. Section 554; and (C) Fix a Bar Date for Claims of Counterparty [10/25/19] (Docket No. 232)**

Status: **The Court has entered the order on this matter and it is now resolved.**

4. Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Further Extending the Time Within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 10/15/19] (Docket No. 220)

   Response Deadline: October 22, 2019 at 4:00 p.m. (ET)

   Response(s) Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Further Extending the Time Within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 10/24/19] (Docket No. 227)

   B. **[Signed] Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Further Extending the Time Within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 10/25/19] (Docket No. 233)**

   Status: **The Court has entered the order on this matter and it is now resolved.**

## **FEE APPLICATIONS:**

5. Approval of Interim Fee Applications of Estate-Compensated Professionals

   Response(s) Received: Informal comments from the UST.

Related Documents:

A. See *Exhibit A*, hereto

B. **Certification of Counsel Regarding Omnibus Order Granting First Interim/Quarterly Fee Applications of Professionals [To Be Filed]**

Status: **After consultation with the Court, a** proposed form of order approving the Applications will be submitted under certification of counsel for the Court's consideration. **No hearing is necessary.**

**PRETRIAL CONFERENCES:**

6.  Pre-trial Conference regarding Adv. Proc. Case Nos. 19-50366, 19-50368, 19-50369, 19-50370, 19-50371, 19-50387, 19-50388, 19-50389.

    Response(s) Received: See attached, *Exhibit B*.

    Related Documents:    None.

    Status: A proposed form of scheduling order for each of the adversary proceedings in which an answer has been filed will be submitted under certification of counsel. No hearing is necessary unless requested by the Court.

Dated: October 28, 2019                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Jeffrey W. Dulberg (CA Bar No. 181200)
Robert M. Saunders (CA Bar No. 226172)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail: jdulberg@pszjlaw.com
           rsaunders@pszjlaw.com
           crobinson@pszjlaw.com

Attorneys for Debtor and Debtor in Possession