**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV GROUP USA L.P., a Delaware limited partnership, | ) ) | Case No. 19-11095 (CSS) |
| | ) | |
| Debtor. | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| November 26, 2019 | 1:00 p.m. Prevailing Eastern Time |
| December 20, 2019 | 10:00 a.m. Prevailing Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 before the Honorable Christopher S. Sontchi.

**Dated: November 7th, 2019
Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:224644.3 47430/002