**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] ) ) ) | Case No. 19-11095 (CSS) |
| ) | **Ref. Docket No. 244** |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL OF JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE SETTLEMENT AMONG THE DEBTOR, THE COMMITTEE, AND THE DIP LENDER PURSUANT TO BANKRUPTCY RULE 9019**

**PLEASE TAKE NOTICE** that the above-captioned debtor, JRV Group USA, L.P., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee"), hereby withdraw, without prejudice, the *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Approve Settlement Among the Debtor, the Committee, and the DIP Lender Pursuant to Bankruptcy Rule 9019* filed on November 14, 2019 at Docket No. 244 (the "Motion").[2]

Dated: November 15, 2019

| PACHULSKI STANG ZIEHL & JONES LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ Colin R. Robinson* | */s/ Ericka F. Johnson* |
| Jeffrey W. Dulberg (CA Bar No. 181200) | Matthew P. Ward (Del. Bar No. 4471) |
| Robert M. Saunders (CA Bar No. 226172) | Ericka F. Johnson (Del. Bar No. 5024) |
| Colin R. Robinson (DE Bar No. 5524) | Nicholas T. Verna (Del. Bar No. 6082) |
| 919 N. Market Street, 17th Floor | 1313 N. Market Street, Suite 1200 |
| P O Box 8705 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899 (Courier 19801) | Telephone: (302) 252-4320 |
| Telephone: (302) 652-4100 | Facsimile: (302) 252-4330 |
| Facsimile: (302) 652-4400 | Email: matthew.ward@wbd-us.com |
| E-mail: jdulberg@pszjlaw.com | Email: ericka.johnson@wbd-us.com |
| rsaunders@pszjlaw.com | Email: nick.verna@wbd-us.com |
| crobinson@pszjlaw.com | |
| | *Counsel to the Official Committee of Unsecured Creditors* |
| *Attorneys for Debtor and Debtor in Possession* | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

[2] The Debtor and Committee intend to file a corrected version of the Motion.

DOCS_DE:224014.2 47430/002