**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re : JRV Group USA LP

**Case No.**    19-11095
**Reporting Period:** 01/01/20-01/31/20

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Exhibit A | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Exhibit B | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | Exhibit C | | |
| Cash disbursements journals | | Exhibit D | | |
| Statement of Operations | MOR-2 | Exhibit E | | |
| Balance Sheet | MOR-3 | Exhibit F | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | N/A | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor    CHIEF RESTRUCTURING
OFFICER

Date    3/10/19

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re : **JRV Group USA LP**                                   Case No.  19-11095
Debtor                                   Reporting Period:  01/01/20-01/31/20

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | This form is not used. Please refer to  Exhibit "A" instead. | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF  ASSETS | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM  DIP ACCTS) | | | | | | | | |
| **TOTAL  RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ |

FORM MOR-1
(04/07)

In re : JRV Group USA LP　　　　　　　　　　　　**Case No.** 　19-11095
　　　　　　　Debtor　　　　　　　　　　**Reporting Period:** 01/01/20-01/31/20

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | **This form is not used. Please refer to Exhibit "B" instead.** | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)

In re : JRV Group USA LP                                    **Case No.** 19-11095
Debtor                                          **Reporting Period:** 01/01/20-01/31/20

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Wire Number | Date | Amount Paid Fees | Amount Paid Expenses | Case Inception to Date Fees | Case Inception to Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Sherwood Partners, Inc. | May 13 to July 31, 2019 | $450,000.00 | JRV Group USA LP | KBL9A9B4FW | 9/27/2019 | $450,000.00 | $0.00 | $450,000.00 | $0.00 |
| Sherwood Partners, Inc. | May 13 to July 31, 2019 (True-up) | $36,269.67 | JRV Group USA LP | NJKMG09FIE | 11/26/2019 | $17,010.00 | $19,259.67 | $467,010.00 | $19,259.67 |
| Sherwood Partners, Inc. | May 13 to July 31, 2019 (20% Holdback) | $97,747.50 | JRV Group USA LP | NJKMG09FIE | 11/26/2019 | $97,747.50 | $0.00 | $564,757.50 | $19,259.67 |
| Sherwood Partners, Inc. | August 1 to 31, 2019 | $122,247.33 | JRV Group USA LP | 88A8Y6UVQG | 12/4/2019 | $117,134.00 | $5,113.33 | $681,891.50 | $24,373.00 |
| Sherwood Partners, Inc. | September 1 to 30, 2019 | $123,594.62 | JRV Group USA LP | 8GN03OG5VV | 12/4/2019 | $119,790.00 | $3,804.62 | $801,681.50 | $28,177.62 |
| Sherwood Partners, Inc. | October 1 to 31, 2019 | $86,883.58 | JRV Group USA LP | EI1MQSZV15 | 1/3/2020 | $85,676.00 | $1,207.58 | $887,357.50 | $29,385.20 |
| | | | | | | | | | |
| Pachulski Stang Ziehl & Jones LLP | May 13 to July 31, 2019 | $550,000.00 | JRV Group USA LP | V90MBG7ML2 | 9/27/2019 | $550,000.00 | $0.00 | $550,000.00 | $0.00 |
| Pachulski Stang Ziehl & Jones LLP | May 13 to July 31, 2019 (True-up) | $155,576.37 | JRV Group USA LP | QWYWEPNRQC | 11/21/2019 | $138,850.20 | $16,726.17 | $688,850.20 | $16,726.17 |
| Pachulski Stang Ziehl & Jones LLP | August 1 to 31, 2019 | $192,791.79 | JRV Group USA LP | L04MON0AY6 | 11/18/2019 | $187,430.40 | $5,361.39 | $876,280.60 | $22,087.56 |
| Pachulski Stang Ziehl & Jones LLP | May 13 to July 31, 2019 (20% Holdback) | $172,212.30 | JRV Group USA LP | QKZTH8ANYS | 11/26/2019 | $172,212.30 | $0.00 | $1,048,492.90 | $22,087.56 |
| Pachulski Stang Ziehl & Jones LLP | September 1 to 30, 2019 | $222,586.84 | JRV Group USA LP | 98AKS45169 | 12/20/2019 | $207,522.00 | $15,064.84 | $1,256,014.90 | $37,152.40 |
| Pachulski Stang Ziehl & Jones LLP | October 1 to 31, 2019 | $110,667.78 | JRV Group USA LP | 7XDQWD6I9V | 1/23/2020 | $97,990.40 | $12,677.38 | $1,354,005.30 | $49,829.78 |
| | | | | | | | | | |
| Rock Creek Advisors, LLC | June 4 to July 31, 2019 | $136,338.35 | JRV Group USA LP | PP89SP9NTS | 10/23/2019 | $131,084.00 | $5,254.35 | $131,084.00 | $5,254.35 |
| Rock Creek Advisors, LLC | June 4 to July 31, 2019 (20% Holdback) | $32,771.00 | JRV Group USA LP | CNH1C38RUD | 11/26/2019 | $32,771.00 | $0.00 | $163,855.00 | $5,254.35 |
| Rock Creek Advisors, LLC | August 1 to October 31, 2019 | $142,917.42 | JRV Group USA LP | CB2COG9FU7 | 1/24/2020 | $142,446.00 | $471.42 | $306,301.00 | $5,725.77 |
| | | | | | | | | | |
| Womble Bond Dickinson LLP | June 4 to July 31, 2019 | $189,260.72 | JRV Group USA LP | RV87Y7FFBX | 11/21/2019 | $187,530.40 | $1,730.32 | $187,530.40 | $1,730.32 |
| | | | | | | | | | |
| BMC Group, Inc. | September 1 to October 31, 2019 | $10,073.35 | JRV Group USA LP | YMU7XRB8BP | 12/9/2019 | $10,073.35 | $0.00 | $10,073.35 | $0.00 |
| BMC Group, Inc. | November 1 to 30, 2019 | $5,058.46 | JRV Group USA LP | TPYNCQBLGT | 1/6/2020 | $5,058.46 | $0.00 | $15,131.81 | $0.00 |
| BMC Group, Inc. | December 1 to 31, 2019 | $3,105.18 | JRV Group USA LP | U5NAU3IL1Z | 1/3/2020 | $3,105.18 | $0.00 | $18,236.99 | $0.00 |
| | | | | | | | | | |
| Barnes & Thornburg LLP | May 13 to October 31, 2019 | $87,965.27 | JRV Group USA LP | M44J629GWL | 12/20/2019 | $86,876.80 | $1,088.47 | $86,876.80 | $1,088.47 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re :  JRV Group USA LP
           Debtor

**Case No.**  19-11095
**Reporting Period:** 01/01/20-01/31/20

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | |
| Less:  Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | This form is not used. Please refer to  Exhibit "E" instead. | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re : JRV Group USA LP

                    Debtor

**Case No.** 19-11095
**Reporting Period:** 01/01/20-01/31/20

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | **This form is not used. Please refer to Exhibit "F" instead.** | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | | |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | | |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re :  JRV Group USA LP                                                 **Case No.**  19-11095
                    Debtor                                               **Reporting Period:**    01/01/20-01/31/20

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | | | | | $ - |
| FICA-Employee | | | | | | |
| FICA-Employer | | **Debtor did not incur any tax related liabilities during the Reporting Period.** | | | | |
| Unemployment | | | | | | $ - |
| Income | 0 | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | **0** | | | | | $ - |
| **State and Local** | | | | | | |
| Withholding | 0 | | | | | $ - |
| Sales | 0 | | | | | |
| Excise | 0 | | | | | |
| Unemployment | 0 | | | | | $ - |
| Real Property | 0 | | | | | |
| Personal Property | 0 | | | | | |
| Other:_____ | 0 | | | | | |
|   Total State and Local | **0** | | | | | $ - |
| **Total Taxes** | **0** | | | | | $ - |

(a) - Debtor has provided prior payroll tax withholding amounts to its prior payroll provider, The Platinum Group ("TPG").  Note: the Debtor has initiated litigation against TPG regarding certain withholdings that have not been received by Federal and state taxing authorities.

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | **There are no unpaid postpetition debts.** | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

(a) - As per above, Debtor has paid post-petition payroll taxes to its prior payroll provider.  Debtor is currently in litigation with that provider in regards to clarifying whether provider has (or intends to) forward such monies to taxing authorities.  Debtor has received consent from Secured Creditor to pay such amounts again if necessary.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re : JRV Group USA LP
Debtor

Case No.  19-11095
Reporting Period: 01/01/20-01/31/20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $2,826,601 | NOTE A |
| + Amounts billed during the period | 0 | |
| - Amounts collected during the period | 0 | |
| Total Accounts Receivable at the end of the reporting period | $2,826,601 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | $2,826,601 | |
| Total Accounts Receivable | $2,826,601 | |
| Amount considered uncollectible (Bad Debt) | TBD | |
| Accounts Receivable (Net) | TBD | |

NOTE A: The Debtor has reviewed its intercompany receivables and payables between itself and affiliates.  The amount shown above is from the Debtor's records and can not be verified with certainty.

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | √ | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | √ |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | √ |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | √ | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | √ |

1. As per Court Order, Debtor was authorized to sell certain of its assets to Ken Garff Automotive, LLC d/b/a Ken Garff Automotive Group, Ken Garff Enterprises, LLC and Garff-Warner Dodge, LLC d/b/a Ken Garff West Valley Dodge Chrysler Jeep Ram, each, a Utah limited liability company, jointly and severally.

3. The Debtor's payroll provider (Gusto) represents that it filed the Q3 2019 Form 941 in January 2020 due to an inability to properly file through its on-line system as a result of certain employee Federal tax exemptions that were erroneously taken.  The Debtor has been unable to obtain third-party verification to confirm such filing.

**In re : JRV Group USA LP**
**Debtor**

**EXHIBIT A Page 1 of 2 In Lieu of MOR-1**

**CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: 5-14-19 through 1-31-20**

| | Budget Month 5/31/2019 | Actual Month 5/31/2019 | Budget Month 6/30/2019 | Actual Month 6/30/2019 | Budget Month 7/31/2019 | Actual Month 7/31/2019 | Budget Month 8/31/2019 | Actual Month 8/31/2019 | Budget Month 9/30/2019 | Actual Month 9/30/2019 | Budget Period Thereafter (a) | Actual Month 10/31/2019 | Actual Month 11/30/2019 | Actual Month 12/31/2019 | Actual Month 1/31/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | 0 | 0 | 0 | 1,579,388 | 0 | 1,185,457 | 0 | 1,778,763 | 770,931 | 2,826,514 | 9,086,668 | 9,086,668 | 9,040,214 | 7,462,773 | 3,489,055 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | | |
| LOANS AND ADVANCES (b) | 1,037,401 | 1,631,119 | 2,163,828 | | 77,474 | 943,620 | | 625,261 | | | | | | | |
| SALE OF ASSETS (c) | | | | 1,131,900 | 100,000 | 2,298,100 | 777,890 | 8,237,450 | 7,606,750 | 514,420 | 244,000 | -269,580 | 118,500 | 65,500 |
| OTHER (d) | | | | | | | | 9,744 | | 24,452 | 78,834 | 5,657 | | 67,138 | 130,236 |
| -Transfer of Cash Balances- Pre-petition | | 98,692 | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | 1,037,401 | 1,729,811 | 2,163,828 | 0 | 1,209,374 | 1,043,620 | 2,298,100 | 1,412,895 | 8,237,450 | 7,631,202 | 593,254 | 249,657 | -269,580 | 185,638 | 195,736 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| NET PAYROLL (e) | 89,444 | 60,399 | 209,486 | 182,726 | 209,486 | 219,144 | 331,716 | 103,434 | 89,130 | 154,051 | 400,782 | -7,872 | 0 | 0 | 0 |
| PAYROLL TAXES | | | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | | | | 508 | 2,500 | | 31,259 | 12,362 | | 8,900 | 50,000 | | 1,600 | | |
| INVENTORY PURCHASES | | | | | | | | | | | | | | | |
| RENT & UTILITIES | 17,492 | | 108,826 | 81,734 | 105,326 | 68,681 | 105,326 | 70,167 | 65,613 | 63,495 | 37,960 | 38,507 | 951 | 2,003 | 0 |
| INSURANCE | | | 1,100 | | 50,000 | 25,556 | 80,000 | | | | 100,000 | | | | |
| SELLING (TRANSPORT) | | | | | | | | 23,730 | 76,000 | 7,720 | 116,000 | 2,730 | 1,350 | 3,600 | 3,600 |
| OTHER (ATTACH LIST) | 928,747 | 90,024 | 1,121,915 | 128,964 | 149,561 | 132,058 | 261,368 | 155,453 | 207,024 | 136,881 | 2,484,077 | 126,408 | 405,466 | 387,285 | 302,005 |
| DIP LOAN REPAYMENT | | | | | | | | | | | 3,200,000 | | 3,200,000 | | |
| PROFESSIONAL FEES (f) | | | 722,500 | | 642,500 | | 667,500 | | 1,315,000 | 1,000,000 | 2,670,000 | 136,338 | 876,629 | 566,467 | 348,632 |
| U.S. TRUSTEE FEES | 1,717 | | 0 | | 50,000 | 4,875 | 50,000 | | 0 | | 110,000 | | 21,865 | | |
| COURT COSTS | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 1,037,401 | 150,423 | 2,163,828 | 393,931 | 1,209,374 | 450,314 | 1,527,169 | 365,144 | 1,802,768 | 1,371,047 | 9,168,820 | 296,112 | 1,307,861 | 4,159,356 | 654,238 |
| **NET CASH FLOW** | 0 | 1,579,388 | 0 | -393,931 | 0 | 593,306 | 770,931 | 1,047,751 | 6,434,682 | 6,260,155 | -8,575,566 | -46,454 | -1,577,441 | -3,973,718 | -458,502 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | | | |
| **Cash End of Month** | 0 | 1,579,388 | 0 | 1,185,457 | 0 | 1,778,763 | 770,931 | 2,826,514 | 7,205,613 | 9,086,668 | 511,103 | 9,040,214 | 7,462,773 | 3,489,055 | 3,030,553 |

**Cash End of Month Balance Details:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| East West Bank-Operating Account | 1,578,244 | 480,417 | 247,845 | 1,014,623 | 676,927 | 522,812 | 5,697,000 | 2,306,187 | 2,214,057 Exhibit B (page 1) |
| East West Bank-Professional Fee Account | 0 | 694,980 | 1,314,980 | 1,314,980 | 314,980 | 178,642 | 1,657,012 | 1,090,545 | 741,872 Exhibit B (page 2) |
| East West Bank-Utility Deposit Account | 0 | 9,870 | 9,870 | 9,870 | 9,870 | 9,870 | 9,870 | 9,870 | 9,870 Exhibit B (page 3) |
| East West Bank-Tax Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 Exhibit B (page 4) |
| East West Bank-Landlord Escrow Account | 0 | 0 | 98,700 | 98,700 | 98,700 | 98,700 | 98,700 | 82,263 | 64,563 Exhibit B (page 5) |
| East West Bank-Buyer Deposit Escrow Account | 0 | 0 | 100,000 | 379,250 | 7,986,000 | 8,230,000 | 0 | 0 | 0 Exhibit B (page 6) |
| Petty Cash Fund | 1,144 | 191 | 191 | 191 | 191 | 191 | 191 | 191 | 191 |
| East West Bank - Outstanding Checks | 0 | 0 | 7,177.38 | 8,900 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **1,579,388** | **1,185,457** | **1,778,763** | **2,826,514** | **9,086,668** | **9,040,214** | **7,462,773** | **3,489,055** | **3,030,553** |

(a) - Thereafter column includes period from October 1st through estimated transfer to the Liquidation Trust.

(b) - Reflects approved Interim DIP Funding of $3.2 million.

(c) - Relates to Buyer Deposits of $100,000 in July and $279,250 in August, as required per the Ken Garff Automotive APA (dated July 26, 2019).  August also includes the net sales proceeds of $498,640 from machinery & equipment and parts auctions that were held during the week of 8/12/19.  September reflects the Garff purchase price proceeds received at closing of $7.6 million.  October relates to 11 additional dealer jeeps that were returned to the Debtor and sold to Ken Garff Automotive.  November reflects offsetting Asset Consultant Fee related to the September Garff sale proceeds.  December reflects 4 returned dealer Jeeps that were sold to Garff for a net purchase price of $98,500 plus one repurchased consumer Jeep sold to Garff for $20,000.  January reflects 3 repurchased consumer Jeeps that were sold to Garff for a net purchase price of $65,500.

(d) - Debtor received refunds in August relating to post-petition property insurance coverage, State Compensation Insurance Fund and certain vendor refunds.  Debtor received certain insurance premium refunds relating to its general liability and medical insurance policies during September and October 2019.  December reflects reimbursement from Garff for base rent and certain operating costs relating to the continued use of the Brickell facility.  Debtor received an initial payment of $130,000 in January 2020 from TPG relating to unpaid taxes.  Debtor's counsel is continuing to work with TPG's counsel to try to finalize and recoup all unpaid taxes, interest and penalties.

(e) - Actual Net Payroll for October reflects reimbursement from current payroll provider to adjust for certain duplicate ACH debits which were partially offset by monthly payroll and benefits for the Debtor's two remaining employees.

(f) - Certain professional fees totaling $2,928,068 were paid during the five months ended January 2020 pursuant to court approved fee applications (see MOR 1b for details).

FORM IR-1    (4/07)

In re : **JRV Group USA LP**
Debtor

**EXHIBIT A Page 2 of 2 In Lieu of MOR-1**

### CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: 5-14-19 through 1-31-20

| | Budget Month 5/31/2019 | Actual Month 5/31/2019 | Budget Month 6/30/2019 | Actual Month 6/30/2019 | Budget Month 7/31/2019 | Actual Month 7/31/2019 | Budget Month 8/31/2019 | Actual Month 8/31/2019 | Budget Month 9/30/2019 | Actual Month 9/30/2019 | Budget Period Thereafter | Actual Month 10/31/2019 | Actual Month 11/30/2019 | Actual Month 12/31/2019 | Actual Month 1/31/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OTHER DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Utilities Deposit **(a)** | 0 | | 34,985 | **(a)** | 0 | | 0 | | 0 | | 0 | | | | |
| Security | 63,504 | 65,016 | 84,672 | 63,504 | 56,730 | 65,124 | 56,730 | 56,448 | 56,448 | 43,344 | 48,384 | 51,408 | 0 | 0 | 0 |
| Contingency **(b)** | 25,000 | | 25,000 | 380 | 25,000 | 6,191 | 25,000 | 39,055 | 25,000 | 13,502 | 75,000 | 12,940 | 161 | 430 | 40 |
| Repurchase Costs **(c)** | 790,000 | | 790,000 | | 0 | | 0 | | | | 2,125,000 | | 342,186 | 311,918 | 256,124 |
| Other Disposition Costs | 11,000 | 1,578 | 10,000 | 18,202 | 5,000 | 974 | 5,000 | 615 | 10,000 | | | | 4,500 | 2,820 | 0 |
| Tax Return Preparation | | | 25,000 | | | | 25,000 | | 15,000 | 8,474 | 20,000 | | | | |
| Adequate Assurance / Interest Payments (Pre-Petition Loans) | 28,854 | 23,077 | 28,525 | 31,242 | 29,476 | 28,141 | 29,476 | 28,141 | 27,233 | 27,233 | 83,516 | 28,141 | 27,233 | 28,141 | 28,141 |
| Adequate Assurance / Interest Payments (Net DIP Borrowings) | 5,389 | | 26,234 | 14,385 | 28,355 | 18,075 | 22,662 | 22,383 | 25,343 | 25,333 | 26,178 | 26,178 | 25,333 | 20,267 | 0 |
| 401k Wind-down | | | 2,500 | | 0 | | 2,500 | | 2,500 | | 2,500 | | | 375 | 0 |
| Facilities Clean-up: Product, Waste & Other **(d)** | | | 90,000 | 882 | 0 | 11,350 | 90,000 | 8,698 | 25,000 | 14,082 | 36,000 | 1,963 | 0 | 17,208 | 17,700 |
| Other Reimbursable Costs **(e)** | 5,000 | 354 | 5,000 | 369 | 5,000 | 2,204 | 5,000 | 113 | 20,500 | 4,912 | 67,500 | 5,777 | 6,052 | 6,126 | 0 |
| | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 928,747 | 90,024 | 1,121,915 | 128,964 | 149,561 | 132,058 | 261,368 | 155,453 | 207,024 | 136,881 | 2,484,077 | 126,408 | 405,466 | 387,285 | 302,005 |

(a) - Pursuant to the court approved Utility Order, $9,870 has been transferred to the utility escrow account as noted on Exhibit B (page 3 of 6).

(b) - August expenditures relate to publication costs for claims bar date notice ($26,000), BMC services not subject to court approval ($12,800) and bank fees. September includes equipment purchases ($8,300) and certain dealer settlements for approximately $5,000. October reflects BMC services not subject to court approval ($10,100) and certain other asset disposition costs. November includes certain payroll service fees of $161. December reflects bank fees ($45) and payroll service fees ($385). January reflects bank fees ($40).

(c) - Pursuant to the court approved order authorizing the repurchase of certain recalled consumer Jeeps, 4 consumer Jeeps were repurchased in November 2019, 4 consumer Jeeps were repurchased in December 2019 and 4 consumer Jeeps were repurchased in January 2020.

(d) - Pursuant to the court approved stipulation between the Debtor and Pro Enterprises LLC, certain monies were transferred to the Landlord escrow account, as noted on Exhibit B (page 5 of 6). August expenditures relate to final subcontractor billing for the close-out of the Jasmine facility. September payments relate to certain subcontractor close-out costs at the Brickell and Burgundy locations. October reflects certain inventory destruction and additional Brickell close-out costs. December reflects payment of certain other close-out costs, including additional Brickell and Burgundy clean-up costs incurred by GHD Services and its subcontractor. January reflects final payment to GHD for Brickell and Burgundy clean-up and close-out costs.

(e) - Relates to certain accounting and operations consultant fees.

FORM IR-1

*JRV Group USA LP*
*Bank Reconciliation - East West Bank Operating Account*      *3356*
*01.31.2020*

## EXHIBIT B Page 1 of 6

*Bank Balance 01.31.2020*                                    2,214,056.87

Outstanding Checks

                                                             0.00

*Adjusted Balance 01.31.2020*                                           2,214,056.87

*General Ledger Balance 01.31.2020*                          2,214,056.87

Adjustments

                                                             0.00
Adjustments                                                  0.00

*Ending Adjusted General Ledger Balance 01.31.2020*                     2,214,056.87  NOTE A
                                                                       0.00

**NOTE A:** Excludes petty cash of $190.74

*JRV Group USA LP*
**Bank Reconciliation - East West Bank Professional Fees Account**     *3363*
*01.31.2020*

**EXHIBIT B Page 2 of 6**

| | | |
|---|---|---|
| ***Bank Balance 01.31.2020*** | 741,872.47 | |
| Outstanding Checks | | |
| ***Adjusted Balance 01.31.2020*** | | 741,872.47 |
| ***General Ledger Balance 01.31.2020*** | 741,872.47 | |
| Adjustments | | |
| | 0.00 | |
| Adjustments | 0.00 | |
| ***Ending Adjusted General Ledger Balance 01.31.2020*** | | 741,872.47 |

*JRV Group USA LP*
*Bank Reconciliation - East West Bank Utility Account*    *3377*
*01.31.2020*

**EXHIBIT B Page 3 of 6**

| | | |
|---|---|---|
| *Bank Balance 01.31.2020* | *9,870.00* | |
| Outstanding Checks | | |
| *Adjusted Balance 01.31.2020* | | *9,870.00* |
| *General Ledger Balance 01.31.2020* | *9,870.00* | |
| Adjustments | | |
| | 0.00 | |
| Adjustments | 0.00 | |
| *Ending Adjusted General Ledger Balance 01.31.2020* | | *9,870.00* |

*JRV Group USA LP*
**Bank Reconciliation - East West Bank Tax Account**          *3370*
*01.31.2020*

**EXHIBIT B Page 4 of 6**

| | | |
|---|---|---|
| **Bank Balance 01.31.2020** | *0.00* | |
| Outstanding Checks | | |
| **Adjusted Balance 01.31.2020** | | *0.00* |
| **General Ledger Balance 01.31.2020** | *0.00* | |
| Adjustments | | |
| | 0.00 | |
| Adjustments | 0.00 | |
| **Ending Adjusted General Ledger Balance 01.31.2020** | | *0.00* |

*JRV Group USA LP*
*Bank Reconciliation - East West Bank Landlord Escrow Account*          *3811*
*01.31.2020*

## EXHIBIT B Page 5 of 6

| | | |
|---|---|---|
| *Bank Balance 01.31.2020* | 64,563.21 | |
| Outstanding Checks | | |
| *Adjusted Balance 01.31.2020* | | 64,563.21 |
| *General Ledger Balance 01.31.2020* | 64,563.21 | |
| Adjustments | | |
| | 0.00 | |
| Adjustments | 0.00 | |
| *Ending Adjusted General Ledger Balance 01.31.2020* | | 64,563.21 |

*JRV Group USA LP*
*Bank Reconciliation - East West Bank Buyers Deposit Escrow Account*        *3832*
*01.31.2020*

## EXHIBIT B Page 6 of 6

*Bank Balance 01.31.2020*                                          *0.00*

Outstanding Checks

*Adjusted Balance 01.31.2020*                                                  *0.00*


*General Ledger Balance 01.31.2020*                               *0.00*

Adjustments

                                                                  0.00
Adjustments                                                       0.00

*Ending Adjusted General Ledger Balance 01.31.2020*                            *0.00*

EAST WEST BANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   3
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
Total days in statement period: 31
3356
( 5)

**EXHIBIT C Page 1 of 8**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION-OPER
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA  91761-2317

The East West Bank Visa® Gift Card is
the perfect present for any occasion. It's
accepted at millions of locations
worldwide and enjoy the protection you
expect from Visa®. Visit your local branch
for details.

## Commercial Analysis Checking

| Account number | 3356 | Beginning balance | | $2,306,186.74 |
|---|---|---|---|---|
| Enclosures | 5 | Total additions | (4) | 282,619.21 |
| Low balance | $2,195,483.22 | Total subtractions | (15) | 374,749.08 |
| Average balance | $2,263,124.82 | Ending balance | | $2,214,056.87 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-02 | Pre-Auth Credit | GUSTO TAX 118277 200102 6semjo5ija3 | 235.63 |
| | 01-09 | Onln Bkg Trft C | FR ACC 05500013363 | 86,883.58 |
| | 01-10 | Wire Trans-IN | TPG PAYROLL & HR S ERVIC ES INC | 130,000.00 |
| | 01-17 | Pre-Auth Credit | GARFF WARNER DOD CASH DISB 200117 | 65,500.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1049 | 01-10 | 34,821.48 | 1052 | 01-22 | 1,000.00 |
| 1050 | 01-14 | 750.00 | 1053 | 01-27 | 750.00 |
| 1051 | 01-23 | 1,100.00 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 01-03 | Outgoing Wire | Sherwood Partners, LLC | 86,883.58 |
| 01-09 | Outgoing Wire | Consumer | 52,154.17 |
| 01-09 | Outgoing Wire | Consumer | 58,784.98 |
| 01-13 | Outgoing Wire | | 57,357.18 |
| 01-28 | Outgoing Wire | JRV Group Holding USA LP | 3,681.25 |
| 01-28 | Outgoing Wire | Corner Flag LLC | 4,008.47 |
| 01-28 | Outgoing Wire | JRV Group Holding USA LP | 4,090.28 |
| 01-28 | Outgoing Wire | JRV Group Holding USA LP | 4,090.28 |
| 01-28 | Outgoing Wire | JRV Group Holding USA LP | 12,270.83 |
| 01-30 | Outgoing Wire | Pachulski Stang Zi ehl & Jones CTA | 53,006.58 |

 EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

JRV GROUP USA LP

ACCOUNT STATEMENT
Page   2   of   3
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
3356

**EXHIBIT C Page 2 of 8**

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 2,306,186.74 | 01-13 | 2,233,304.56 | 01-27 | 2,295,204.56 |
| 01-02 | 2,306,422.37 | 01-14 | 2,232,554.56 | 01-28 | 2,267,063.45 |
| 01-03 | 2,219,538.79 | 01-17 | 2,298,054.56 | 01-30 | 2,214,056.87 |
| 01-09 | 2,195,483.22 | 01-22 | 2,297,054.56 | | |
| 01-10 | 2,290,661.74 | 01-23 | 2,295,954.56 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Checking Account                3356
Statement Date        01/31/2020
Page                      3  of  3

**EXHIBIT C Page 3 of 8**



| | | |
|---|---|---|
| 01/10/2020 | 1049 | $34,821.48 |

| | | |
|---|---|---|
| 01/22/2020 | 1052 | $1,000.00 |



| | | |
|---|---|---|
| 01/10/2020 | 1049 | $34,821.48 |



| | | |
|---|---|---|
| 01/22/2020 | 1052 | $1,000.00 |



| | | |
|---|---|---|
| 01/14/2020 | 1050 | $750.00 |



| | | |
|---|---|---|
| 01/27/2020 | 1053 | $750.00 |



| | | |
|---|---|---|
| 01/14/2020 | 1050 | $750.00 |

| | | |
|---|---|---|
| 01/27/2020 | 1053 | $750.00 |



| | | |
|---|---|---|
| 01/23/2020 | 1051 | $1,100.00 |

| | | |
|---|---|---|
| 01/23/2020 | 1051 | $1,100.00 |

19 of 27

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
Total days in statement period: 31
3363
( 0)

**EXHIBIT C Page 4 of 8**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION PRO FEES
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

The East West Bank Visa® Gift Card is
the perfect present for any occasion. It's
accepted at millions of locations
worldwide and enjoy the protection you
expect from Visa®. Visit your local branch
for details.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3363 | Beginning balance | | $1,090,544.89 |
| Low balance | $741,872.47 | Total additions | (1) | 142,877.42 |
| Average balance | $965,747.92 | Total subtractions | (6) | 491,549.84 |
| | | Ending balance | | $741,872.47 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-24 | Wire Trans-IN | FEDERAL RESERVE BANK | 142,877.42 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 01-06 | Outgoing Wire | BMC Group, Inc | 5,058.46 |
| 01-09 | Onln Bkg Trfn D | TO ACC 05500013356 | 86,883.58 |
| 01-23 | Outgoing Wire | BMC Group, Inc | 3,105.18 |
| 01-23 | Outgoing Wire | Pachulski Stang Ziehl & Jones | 110,667.78 |
| 01-24 | Outgoing Wire | Rock Creek Advisors, LLC | 142,917.42 |
| 01-27 | Outgoing Wire | Rock Creek Advisors, LLC | 142,917.42 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 1,090,544.89 | 01-09 | 998,602.85 | 01-24 | 884,789.89 |
| 01-06 | 1,085,486.43 | 01-23 | 884,829.89 | 01-27 | 741,872.47 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT

Page   1   of   1
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
Total days in statement period: 31
3377
( 0)

**EXHIBIT C Page 5 of 8**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION UTILITIE
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

The East West Bank Visa® Gift Card is
the perfect present for any occasion. It's
accepted at millions of locations
worldwide and enjoy the protection you
expect from Visa®. Visit your local branch
for details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 3377 | Beginning balance | $9,870.00 |
| Low balance | $9,870.00 | Total additions ( 0) | .00 |
| Average balance | $9,870.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $9,870.00 |

\*\* No activity this statement period \*\*

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT

Page   1   of   1
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
Total days in statement period: 31
3370
( 0)

**EXHIBIT C Page 6 of 8**

JRV GROUP USA LP
CHAPTER 11 DEBTOR IN POSSESSION TAX ACCT
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA  91761-2317

The East West Bank Visa® Gift Card is
the perfect present for any occasion. It's
accepted at millions of locations
worldwide and enjoy the protection you
expect from Visa®. Visit your local branch
for details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 3370 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | ( 0) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | $.00 |

\*\* No activity this statement period \*\*

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
Total days in statement period: 31
3811
( 0)

**EXHIBIT C Page 7 of 8**

JRV GROUP USA LP (LANDLORD ESC ACCT)
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

The East West Bank Visa® Gift Card is
the perfect present for any occasion. It's
accepted at millions of locations
worldwide and enjoy the protection you
expect from Visa®. Visit your local branch
for details.

## Commercial Analysis Checking

| Account number | 3811 | Beginning balance | | $82,262.95 |
|---|---|---|---|---|
| Low balance | $64,563.21 | Total additions | (0) | .00 |
| Average balance | $77,124.32 | Total subtractions | (1) | 17,699.74 |
| | | Ending balance | | $64,563.21 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 01-23 | Outgoing Wire | GHD Services, Inc. | 17,699.74 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 82,262.95 | 01-23 | 64,563.21 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: January 01, 2020
ENDING DATE: January 31, 2020
Total days in statement period: 31
3832
( 0 )

**EXHIBIT C Page 8 of 8**

JRV GROUP USA LP (BUYER DEPOSIT)
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-11095
1945 BURGUNDY PL
ONTARIO CA 91761-2317

The East West Bank Visa® Gift Card is
the perfect present for any occasion. It's
accepted at millions of locations
worldwide and enjoy the protection you
expect from Visa®. Visit your local branch
for details.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3832 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | (0) | .00 |
| Average balance | $0.00 | Total subtractions | (0) | .00 |
| | | Ending balance | | $.00 |

** No activity this statement period **

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*JRV Group USA LP*
Cash Disbursements Journal

**Case No.**  19-11095
Reporting Period: 01/01/20-01/31/20

**EXHIBIT D Page 1 of 1**

| Account | Date | C | Party | Amount | | Category |
|---|---|---|---|---|---|---|
| Prof Fee | 1/3/2020 | | Sherwood Partners | $ | 86,883.58 | Professional Fees |
| Prof Fee | 1/6/2020 | | BMC Group, Inc. | $ | 5,058.46 | Professional Fees |
| Operating | 1/9/2020 | | Consumer | $ | 58,784.98 | Retail Repurchase |
| Operating | 1/9/2020 | | Consumer | $ | 52,154.17 | Retail Repurchase |
| Operating | 1/10/2020 | | Consumer | $ | 34,821.48 | Retail Repurchase |
| Operating | 1/13/2020 | | Consumer | $ | 57,357.18 | Retail Repurchase |
| Operating | 1/14/2020 | | LJ Transportation LLC | $ | 750.00 | Retail Transport |
| Operating | 1/22/2020 | | Tow Max Transport Corp | $ | 1,000.00 | Retail Transport |
| Prof Fee | 1/23/2020 | | BMC Group, Inc. | $ | 3,105.18 | Professional Fees |
| Prof Fee | 1/23/2020 | | Pachulski Stang Ziehl & Jones | $ | 110,667.78 | Professional Fees |
| Landlord Escr | 1/23/2020 | | GHD Services, Inc. | $ | 17,699.74 | Facilities Clean-up |
| Operating | 1/24/2020 | | Pramco Transport, Inc. | $ | 1,100.00 | Retail Transport |
| Prof Fee | 1/24/2020 | | East West Bank | $ | 40.00 | Contingency - Bank Fees |
| Prof Fee | 1/24/2020 | | Rock Creek Advisors. LLC | $ | 142,917.42 | Professional Fees |
| Operating | 1/27/2020 | | CCA Logistics, Inc. | $ | 750.00 | Retail Transport |
| Operating | 1/28/2020 | | Corner Flag LLC | $ | 4,008.47 | Interest Payments (Pre-Petition Loans) |
| Operating | 1/28/2020 | | JRV Group Holding USA LP | $ | 12,270.83 | Interest Payments (Pre-Petition Loans) |
| Operating | 1/28/2020 | | JRV Group Holding USA LP | $ | 4,090.28 | Interest Payments (Pre-Petition Loans) |
| Operating | 1/28/2020 | | JRV Group Holding USA LP | $ | 3,681.25 | Interest Payments (Pre-Petition Loans) |
| Operating | 1/28/2020 | | JRV Group Holding USA LP | $ | 4,090.28 | Interest Payments (Pre-Petition Loans) |
| Operating | 1/30/2020 | | Consumer | $ | 53,006.58 | Retail Repurchase |
| | | | **Total** | **$654,237.66** | | |

**JRV Group USA LP**
**CONSOLIDATED INCOME STATEMENT**
**Unaudited**

**EXHIBIT E Page 1 of 1**

|  | January 2020 | Cumulative (Petition to Date) |
|---|---|---|
| Sales | - | 7,986,000 |
| Cost of Goods Sold | - | 15,615,466 |
| Gross Profit | - | (7,629,466) |
| Salary and wages |  | 598,253 |
| Employee benefits | - | 64,371 |
| Rent and utilities | - | 325,820 |
| Depreciation and amortization | - | 516,271 |
| Professional Fees | 348,632 | 2,928,068 |
| Travel and transport | - | 1,925 |
| Security service | - | 344,844 |
| Other operating costs | 301,667 | 1,745,238 |
| Interest expense | 28,141 | 401,445 |
| Operating expenses | 678,441 | 6,926,235 |
| Income (Loss) from Operations | (678,441) | (14,555,701) |
| Other Income (Charges) | 195,736 | (3,486,768) |
| Income (Loss) Before Income Tax | (482,705) | (18,042,469) |
| Provision for Income Tax-current | - | - |
| **Net Income (Loss)** | (482,705) | (18,042,469) |

**JRV Group USA LP**
**CONSOLIDATED BALANCE SHEET**
**Unaudited**

| EXHIBIT F Page 1 of 1 |
|---|

|  | 1/31/2020 | 5/13/2019 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | 3,030,553 | 98,692 |
| Receivables Jeeps | 2,826,601 | 2,826,601 |
| Receivables Best Time | 395,000 | 395,000 |
| Receivables Related | 20,074 | 20,074 |
| Inventory | 288,000 | 15,903,466 |
| Prepaid Expenses | 156,740 | 367,101 |
| Other Current Assets | 14,910 | 18,056 |
| **Total Current Assets** | 6,731,878 | 19,628,990 |
| | | |
| **Property,  Plant and Equipment** | | |
| Furniture, Fixtures and Equipment | - | 3,196,501 |
| Construction in progress | - | 277,714 |
| Accumulated Depreciation | - | (463,361) |
| **Property,  Plant and Equipment-Net** | - | 3,010,854 |
| | | |
| **Other Assets** | | |
| Intercompany Receivables | 6,744,860 | 6,744,860 |
| Investment in Best RV | 600,000 | 600,000 |
| Other Assets | 15,197 | 2,240,085 |
| **Total Noncurrent Assets** | 7,360,057 | 9,584,945 |
| | | |
| **TOTAL ASSETS** | **14,091,936** | **32,224,789** |

**LIABILITIES AND PARTNERS' CAPITAL**

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable | 1,112,937 | 1,112,937 |
| Accrued Liabilities | 1,484,282 | 1,574,666 |
| Loan to EHG Germany | 9,039,479 | 9,039,479 |
| Short Term Loan- Corner Flag LLC | 490,000 | 490,000 |
| Miscellaneous Payable | 1,500,000 | 1,500,000 |
| Short Term Loan-JRV Group Holding USA LP | 2,965,000 | 2,965,000 |
| | 16,591,697 | 16,682,082 |
| | | |
| **Noncurrent Liabilities** | | |
| Intercompany Payables-Due to EHG NA | 14,687,085 | 14,687,085 |
| Loan from German bank - LBBW | 23,000,000 | 23,000,000 |
| | 37,687,085 | 37,687,085 |
| | | |
| **Total Liabilities** | **54,278,782** | **54,369,167** |
| | | |
| **Partners' Capital (deficit)** | | |
| Partners' Capital, beginning | (22,144,378) | (11,411,016) |
| Net income <loss> for the period | (18,042,469) | (10,733,361) |
| Total Partners' Capital (deficit) | (40,186,846) | (22,144,377) |
| | | |
| **Total Liabilities and Partners' Capital** | **14,091,936** | **32,224,789** |