# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] | ) ) | Case No. 19-11095 (CSS) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 12th day of March, 2020, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

- *Monthly Operating Report for the Period from January 1, 2020 through January 31, 2020*

Dated: March 12, 2020

    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ Colin R. Robinson*
    Colin R. Robinson (DE Bar No. 5524)
    919 N. Market Street, 17th Floor
    P O Box 8705
    Wilmington, DE 19899 (Courier 19801)
    Telephone:  (302) 652-4100
    Facsimile:   (302) 652-4400
    E-mail:crobinson@pszjlaw.com

    Attorneys for Debtor and Debtor in Possession

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218).  The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA  91761.

JRV Group 2002 Service List FCM
Case No. 19-11095 (CSS)
Document No. 223807
01-Interoffice
06 – Hand Delivery
25 – First Class Mail
14 – Foreign First Class

*(Counsel to Debtors)*
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*INTEROFFICE MAIL*
*(Counsel to Debtors)*
Jeffrey W. Dulberg, Esquire
Robert M. Saunders, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

*HAND DELIVERY*
*(United States Trustee)*
Linda J. Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801

*HAND DELIVERY*
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

*HAND DELIVERY*
Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

*HAND DELIVERY*
*(United States Attorney)*
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to the DIP Lender and the Prepetition Lenders and Corner Flag LLC)*
Paul N. Heath, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger P.A.
920 North King Street
Wilmington, DE 19801

*HAND DELIVERY*
(*Proposed Counsel for the Official Committee of Unsecured Creditors*)
Matthew P. Ward, Esq.
Ericka F. Johnson, Esq.
Nicholas T. Verna, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE 19801

*FIRST CLASS MAIL*
*(United States Attorney General)*
William P. Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554

*FIRST CLASS MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281

*FIRST CLASS MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
(State Attorney General)
Xavier Becerra, Esquire
California Department of Justice
1300 I Street, Suite 1740
Sacramento, CA  95814

*FIRST CLASS MAIL*
Secretary of State - CA
Franchise Tax Board
Bankruptcy, BE MS A345
PO Box 2952
Sacramento, CA  95812-2952

*FIRST CLASS MAIL*
California State Treasurer
915 Capitol Mall, Suite 110
Sacramento, CA  95814

*FIRST CLASS MAIL*
California State Board of Equalization
Special Operations Bankruptcy Team
MIC: 74, PO Box 942879
Sacramento, CA  94279-0074

*FIRST CLASS MAIL*
Securities and Exchange Commission - CA
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071-591

*FIRST CLASS MAIL*
(Debtor)
Sherwood Partners, Inc.
Attn: Michael A. Maidy
3945 Freedom Circle, Suite 560
Santa Clara, CA  95054

*FIRST CLASS MAIL*
*(DIP Lender and the Prepetition Lenders)*
c/o BXV Partners LLC
Attn: Mark Gottlieb
21 Little Falls Drive
Wilmington, DE 19808

*FIRST CLASS MAIL*
*(Counsel to the DIP Lender and the Prepetition Lenders and Corner Flag LLC)*
George E. Zobitz, Esq.
Paul L. Sandler, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*FIRST CLASS MAIL*
*(UCC Party)*
Corner Flag LLC
251 Little Falls Drive
Wilmington, DE 19808

*FIRST CLASS MAIL*
*(UCC Party)*
Beaver Motors, Inc.
19689 Rt. 522
PO Box 126
Beaver Springs, PA 17812

*FIRST CLASS MAIL*
*(UCC Party)*
Erwin Hymer Group Holding USA L.P
a/k/a Erwin Hymer Group USA, L.P.
55 West Monroe Street, Suite 2900
Chicago, IL 60603

*FIRST CLASS MAIL*
*(Counsel to Mercedes-Benz Financial Services USA LLC)*
Kim P. Gage, Esquire
Cooksey Toolen Gage Duffy Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977

*FIRST CLASS MAIL*
*(Interested Party)*
Corre Partners Management LLC
Stephen Lam
12 East 49th Street, 40th Floor
New York, NY 10017

*FIRST CLASS MAIL*
*(Interested Party)*
Kohner, Mann & Kailas, S.C.
Sanuel Wisotskey
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI 53212-1059

*FIRST CLASS MAIL*
*(Interested Party)*
TCF Inventory Finance Inc.
Peter Schmidt
Schaumburg Corporate Center
1475 E. Woodfield Road, Suite 1100
Schaumburg, IL 60173

*FOREIGN FIRST CLASS*
*(Counsel to the DIP Lender and the Prepetition Lenders)*
Alvarez & Marsal Canada Inc.
Alan J. Hutchens
200 Bay Street, Suite 2900
Royal Bank South Tower
Toronto ON M5J 2J1
CANADA

*FOREIGN FIRST CLASS*
*(Counsel to the DIP Lender and the Prepetition Lenders)*
Blake, Cassels & Graydon LLP
Pamela L.J. Huff
Commerce Court West
199 Bay Street, Suite 4600
Toronto, ON M5L 1A9
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Cassels Brock & Blackwell LLP
Monique Sassi
Joseph J. Bellissimo
2100 Scotia Plaza, 40 King Street West
Toronto, Ontario M5H 3C2
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Dentons Canada LLP
Elaine Gray
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON M5K 0A1
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
DS Lawyers Canada LLP
Justin r. Fogarty
8 King Street East, Suite 1804
Toronto, ON M5C 1B5
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Financial Services Commission of Ontario
Anna Vani
5160 Yonge Street
16th Floor
Toronto, Ontario M2N 6L9
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Fogler, Rubinoff LLP
Vern W. DaRae
Suite 3000, P.O. Box 95
Toronto-Dominion Centre
77 King Street West
Toronto, Ontario M5K 1G8
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Gowling Wlg (Canada) LLP
Barristers & Solicitors
Thomas Gertner
1 First Canadian Place
100 King Street West, Suite 1600
Toronto ON  M5X 1G5
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Miller Thomson LLP
Greg Azeff
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario M5H 3S1
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Norton Rose Fulbright Canada LLP
Virginie Gauthier
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, ON M5J 2Z4
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Osler, Hoskin & Harcourt LLP
Tracy Sandler
Box 50, 1 First Canadian Place
100 King Street West, Suite 6200
Toronto, ON M5X 1B8
CANADA

*FOREIGN FIRST CLASS*
*(Interested Party)*
Robins Appleby LLP
Barristers + Solicitors
Dominique Michaud
2600 – 120 Adelaide Street West
Toronto, ON  M5H 1T1
CANADA

***FOREIGN FIRST CLASS***
*(Interested Party)*
Torys LLP
Adam Slavens
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2
CANADA

***FOREIGN FIRST CLASS***
*(Interested Party)*
Wells Fargo
Rick Kanabar
1290 Central Pkwy W, Suite 1100
Mississauga, Ontario L5C 4R3
CANADA