IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| JRV GROUP USA L.P., a Delaware limited partnership,[1] | : | Case No. 19-11095 (CSS) |
| | : | |
| | : | **Related Docket No.: 363** |
| Debtor. | : | |
| | : | **Hearing Date: May 5, 2020 at 10:00 a.m.** |
| | : | **Objection Deadline: April 7, 2020 at 4:00 p.m.** |

**AMENDED NOTICE OF THIRD OMNIBUS (PRIORITY IN EXCESS OF STATUTORY CAP OR AMENDED) OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF <u>BANKRUPTCY PROCEDURE (NON-SUBSTANTIVE OBJECTION)</u>**

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM. SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND BY ANY FURTHER OBJECTION THAT MAY BE FILED.**

PLEASE TAKE NOTICE THAT, on March 17, 2020, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of JRV Group USA L.P. ("<u>JRV</u>" or the "<u>Debtor</u>"), by and through its undersigned counsel, filed the **Third Omnibus (Priority in Excess of Statutory Cap or Amended) Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)** [Docket No. 363] (the "<u>Objection</u>").

PLEASE TAKE FURTHER NOTICE THAT responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on or before **April 7, 2020 at 4:00 p.m. (Prevailing Eastern Time)** (the "<u>Response Deadline</u>"). At the same time, you must also serve a

---

[1] The last four digits of the Debtor's taxpayer identification numbers are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

copy of the response so as to be received by the following by no later than the Response Deadline:

**Womble Bond Dickinson (US) LLP**
Matthew P. Ward, Esq.
Ericka F. Johnson, Esq.
S. Alexander Faris, Esq.
1313 North Market Street, Suite 1200
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 5, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, 824 N. MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801 ONLY IF RESPONSES ARE FILED AND RECEIVED BY THE RESPONSE DEADLINE.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 17, 2020
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ S. Alexander Faris*
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
S. Alexander Faris (Del. Bar No. 6278)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: alexander.faris@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*