# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JRV GROUP USA L.P., a Delaware limited partnership,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-11095 (CSS)<br><br>**Related Docket No.: 357 & 358**<br><br>**Objection Deadline: March 25, 2020, at 4:00 p.m. (ET)**<br>**<u>Revised</u> Hearing Date: May 5, 2020, at 10:00 a.m. (ET)** |

**<u>AMENDED</u> NOTICE OF JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (A) APPROVING THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION ON AN INTERIM BASIS, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION, (C) APPROVING THE FORMS OF BALLOTS AND SOLICITATION MATERIALS, (D) ESTABLISHING THE VOTING RECORD DATE, (E) SCHEDULING A CONFIRMATION HEARING AND DEADLINE FOR FILING OBJECTIONS TO FINAL APPROVAL OF THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION AND CONFIRMATION THEREOF, AND (F) APPROVING THE RELATED FORM OF NOTICE**

PLEASE TAKE NOTICE that, on March 11, 2020, JRV Group USA L.P. (the "**Debtor**"), debtor and debtor in possession in the above-captioned chapter 11 case, and the Official Committee of Unsecured Creditors of the Debtor (the "**Committee**"), filed and served the *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order (A) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final*

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is 1945 Burgundy Place, Ontario, CA 91761.

*Approval of the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation and Confirmation Thereof and (F) Approving the Related Form of Notice* (the "**Motion**")[2] and certain related documents on parties in interest in this bankruptcy case.

PLEASE TAKE FURTHER NOTICE that at the direction of the Court, the hearing on the Motion has been rescheduled from April 1, 2020 at 10:00 a.m. to **May 5, 2020 at 10:00 a.m. (prevailing Eastern Time).** All other deadlines set forth in the original notice accompanying the Motion remain unchanged.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THE ORIGINAL NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 20, 2020

| **PACHULSKI STANG ZIEHL & JONES LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| */s/ Colin R. Robinson* | */s/ Ericka F. Johnson* |
| Jeffrey W. Dulberg (CA Bar No. 181200) | Matthew P. Ward (DE Bar No. 4471) |
| Robert M. Saunders (CA Bar No. 226172) | Ericka F. Johnson (DE Bar No. 5024) |
| Colin R. Robinson (DE Bar No. 5524) | 1313 N. Market Street, Suite 1200 |
| 919 N. Market Street, 17th Floor, | Wilmington, Delaware 19801 |
| P.O. Box 8705 | Telephone: (302) 252-4320 |
| Wilmington, Delaware 19899 (Courier 19801) | Facsimile: (302) 252-4330 |
| Telephone: (302) 652-4100 | Email: matthew.ward@wbd-us.com |
| Facsimile: (302) 652-4400 | Email: ericka.johnson@wbd-us.com |
| E-mail: jdulberg@pszjlaw.com | |
| E-mail: rsaunders@pszjlaw.com | *Attorneys for the Official Committee of* |
| E-mail: crobinson@pszjlaw.com | *Unsecured Creditors* |
| | |
| *Attorneys for Debtor and Debtor in Possession* | |

---

[2] A copy of the Motion may be downloaded and/or viewed free of charge by all parties in interest at the following website maintained by BMC Group: www.bmcgroup.com/jrvgroup. In addition, all parties in interest may obtain copies of the Motion free of charge upon request to BMC Group via email at jrvgroup@bmcgroup.com or via telephone at 888-909-0100.