## <u>CERTIFICATE OF SERVICE</u>

I, Colin R. Robinson, hereby certify that on the 31st day of March, 2020, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 1, 2020, AT 10:00 A.M. (PREVAILING EASTERN TIME)
[HEARING CANCELED]**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

JRV Group-Suppl Service List 4.1.20 Agenda
Doc #227989
01-Electronic Mail


Counsel to  Gerzeny's RV World:
Morris Nichols Arsht & Tunnell LLP
Matthew B. Harvey, Esq.
Email: mharvey@mnat.com

JRV Group 2002 Service List Expedited
Case No. 19-11095 (CSS)
Document no. 223825
02 – Express Mail
12 – Overnight Delivery
01 – Foreign Overnight
39 – Via Email


*(Counsel to Debtor)*
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  crobinson@pszjlaw.com**

*EXPRESS MAIL*
Secretary of State - CA
Franchise Tax Board
Bankruptcy, BE MS A345
PO Box 2952
Sacramento, CA  95812-2952

*EXPRESS MAIL*
California State Board of Equalization
Special Operations Bankruptcy Team
PO Box 942879
Sacramento, CA  94279-0074

*OVERNIGHT DELIVERY*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*OVERNIGHT DELIVERY*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*OVERNIGHT DELIVERY*
(State Attorney General)
Xavier Becerra, Esquire
California Department of Justice
1300 I Street, Suite 1740
Sacramento, CA  95814

*OVERNIGHT DELIVERY*
California State Treasurer
915 Capitol Mall, Suite 110
Sacramento, CA  95814

*OVERNIGHT DELIVERY*
Securities and Exchange Commission - CA
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071-591

*OVERNIGHT DELIVERY*
*(Debtor)*
Sherwood Partners, Inc.
Attn: Michael A. Maidy
3945 Freedom Circle, Suite 560
Santa Clara, CA  95054

*OVERNIGHT DELIVERY*
*(DIP Lender and the Prepetition Lenders)*
c/o BXV Partners LLC
Attn: Mark Gottlieb
21 Little Falls Drive
Wilmington, DE  19808

*OVERNIGHT DELIVERY*
*(UCC Party)*
Corner Flag LLC
251 Little Falls Drive
Wilmington, DE  19808

*OVERNIGHT DELIVERY*
*(UCC Party)*
Beaver Motors, Inc.
19689 Rt. 522
Beaver Springs, PA  17812

***OVERNIGHT DELIVERY***
*(UCC Party)*
Erwin Hymer Group Holding USA L.P
a/k/a Erwin Hymer Group USA, L.P.
55 West Monroe Street, Suite 2900
Chicago, IL  60603

***OVERNIGHT DELIVERY***
*(Interested Party)*
Corre Partners Management LLC
Stephen Lam
12 East 49th Street, 40th Floor
New York, NY  10017

***OVERNIGHT DELIVERY***
*(Interested Party)*
TCF Inventory Finance Inc.
Peter Schmidt
Schaumburg Corporate Center
1475 E. Woodfield Road, Suite 1100
Schaumburg, IL  60173

***FOREIGN OVERNIGHT***
*(Interested Party)*
Wells Fargo
Rick Kanabar
1290 Central Pkwy W, Suite 1100
Mississauga, Ontario L5C 4R3
Canada

***VIA EMAIL***
*(Counsel to Debtors)*
Jeffrey W. Dulberg, Esquire
Robert M. Saunders, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
**Email:  jdulberg@pszjlaw.com;
rsaunders@pszjlaw.com**

***VIA EMAIL***
*(United States Trustee)*
Linda J. Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
**Email:  Linda.casey@usdoj.gov**

***VIA EMAIL***
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

***VIA EMAIL***
Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  Christina.Rojas@state.de.us**

***VIA EMAIL***
*(United States Attorney)*
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

*VIA EMAIL*
*(Counsel to the DIP Lender and the*
*Prepetition Lenders and Corner Flag LLC)*
Richards, Layton & Finger P.A.
920 North King Street
Attn: Paul N. Heath, Esq.
Zachary I. Shapiro, Esq.
Wilmington, DE  19801
**Email:  heath@rlf.com; shapiro@rlf.com**

*VIA EMAIL*
*(United States Attorney General)*
William P. Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*VIA EMAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:**
**DOSDOC_Bankruptcy@state.de.us**

*VIA EMAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*VIA EMAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-**
**ADO@SEC.GOV;**
**secbankruptcy@sec.gov**

*VIA EMAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

*VIA EMAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
**Email:  bankruptcynoticeschr@sec.gov;**
**NYROBankruptcy@SEC.GOV**

*VIA EMAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

*VIA EMAIL*
*(Counsel to the DIP Lender and the*
*Prepetition Lenders and Corner Flag LLC)*
Cravath, Swaine & Moore LLP
825 Eighth Avenue
George E. Zobitz, Esq.
Paul L. Sandler, Esq.
New York, NY  10019
**Email:  jzobitz@cravath.com;**
**psandler@cravath.com**

*VIA EMAIL*
*(Counsel to Mercedes-Benz Financial*
*Services USA LLC)*
Kim P. Gage, Esquire
Cooksey Toolen Gage Duffy Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA  92626-1977
**Email:  kgage@cookseylaw.com**

*VIA EMAIL*
*(Interested Party)*
Kohner, Mann & Kailas, S.C.
Sanuel Wisotskey
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI  53212-1059
**Email:  swisotzkey@kmksc.com**

*VIA EMAIL*
*(Counsel to the DIP Lender and the
Prepetition Lenders)*
Alvarez & Marsal Canada Inc.
Alan J. Hutchens
200 Bay Street, Suite 2900
Royal Bank South Tower
Toronto ON M5J 2J1
CANADA
**Email:
ahutchens@alvarezandmarsal.com**

*VIA EMAIL*
*(Counsel to the DIP Lender and the
Prepetition Lenders)*
Blake, Cassels & Graydon LLP
Pamela L.J. Huff
Commerce Court West
199 Bay Street, Suite 4600
Toronto, ON M5L 1A9
Canada
**Email:  pamela.huff@blakes.com**

*VIA EMAIL*
*(Interested Party)*
Cassels Brock & Blackwell LLP
Monique Sassi
Joseph J. Bellissimo
2100 Scotia Plaza, 40 King Street West
Toronto, Ontario M5H 3C2
CANADA
**Email:  msassi@casselsbrock.com;
jbellissimo@casselsbrock.com**

*VIA EMAIL*
*(Interested Party)*
Dentons Canada LLP
Elaine Gray
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON M5K 0A1
CANADA
**Email:  elaine.gray@dentons.com**

*VIA EMAIL*
*(Interested Party)*
DS Lawyers Canada LLP
Justin r. Fogarty
8 King Street East, Suite 1804
Toronto, ON M5C 1B5
CANADA
**Email:  jfogarty@dsavocats.ca**

*VIA EMAIL*
*(Interested Party)*
Financial Services Commission of Ontario
Anna Vani
5160 Yonge Street
16th Floor
Toronto, Ontario M2N 6L9
CANADA
**FAX 416-590-7070**

*VIA EMAIL*
*(Interested Party)*
Fogler, Rubinoff LLP
Vern W. DaRae
Suite 3000, P.O. Box 95
Toronto-Dominion Centre
77 King Street West
Toronto, Ontario M5K 1G8
CANADA
**Email:  vdare@foglers.com**

*VIA EMAIL*
*(Interested Party)*
Gowling Wlg (Canada) LLP
Barristers & Solicitors
Thomas Gertner
1 First Canadian Place
100 King Street West, Suite 1600
Toronto ON  M5X 1G5
CANADA
**Email:  thomas.gertner@gowlingwlg.com**

*VIA EMAIL*
*(Interested Party)*
Miller Thomson LLP
Greg Azeff
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario M5H 3S1
CANADA
**Email:  gazeff@millerthomson.com**

*VIA EMAIL*
*(Interested Party)*
Norton Rose Fulbright Canada LLP
Virginie Gauthier
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, ON M5J 2Z4
CANADA
**Email:
virginie.gauthier@nortonrosefulbright.com**

*VIA EMAIL*
*(Interested Party)*
Osler, Hoskin & Harcourt LLP
Tracy Sandler
Box 50, 1 First Canadian Place
100 King Street West, Suite 6200
Toronto, ON M5X 1B8
CANADA
**Email:  tsandler@osler.com**

*VIA EMAIL*
*(Interested Party)*
Robins Appleby LLP
Barristers + Solicitors
Dominique Michaud
2600 – 120 Adelaide Street West
Toronto, ON  M5H 1T1
CANADA
**Email:  dmichaud@robapp.com**

*VIA EMAIL*
*(Interested Party)*
Adam Slavens
Torys LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2
CANADA
**Email:  aslavens@torys.com**

*VIA EMAIL*
*(Proposed Counsel for the Official
Committee of Unsecured Creditors)*
Matthew P. Ward, Esq.
Ericka F. Johnson, Esq.
Nicholas T. Verna, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE 19801
**Email: matthew.ward@wbd-us.com;
ericka.johnson@wbd-us.com;
nick.verna@wbd-us.com**