**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JRV GROUP USA L.P., a Delaware ) | Case No. 19-11095 (CSS) |
| limited partnership,[1] ) | |
| ) | **Related to Docket Nos.: 377** |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTH
MONTHLY FEE APPLICATION OF WOMBLE BOND DICKINSON (US) LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received with respect to the *Eighth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period January 1, 2020 Through January 31, 2020* [Docket No. 377] (the "Application"), filed on April 14, 2020. The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 144] (the "Administrative Order") and the notice appended to the Application, objections to the Application were to be filed and served no later than May 5, 2020 at 4:00 p.m. (ET).

---

[1] The last four digits of the Debtor's taxpayer identification numbers are (5218). The service address for the above-captioned Debtor is c/o Sherwood Partners, Inc., 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054.

Pursuant to the Administrative Order, the Debtor is authorized to pay Womble Bond Dickinson (US) LLP $28,492.76 (the sum of $28,457.60, which represents eighty percent (80%) of the fees requested in the Application for the period from January 1, 2020 through January 31, 2020, and $35.16, which represents one-hundred percent (100%) of the expenses requested in the Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: May 7, 2020
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ *Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Nicholas T. Verna (DE Bar No. 6082)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com
      ericka.johnson@wbd-us.com
      nick.verna@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*