**EXHIBIT A**

BALLOT TABULATION REPORT
SUMMARY
JRV GROUP USA L.P.

| Class | Ballot Counts | | | | | | | | Ballot Amounts | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Total Opt Out | | Accepted | | | Rejected | | | Total Counted | | Total Excluded | Total Received |
| 3 | 2 | 100.00% | 0 | 0.00% | 2 | 0 | 2 | 0 | $ | 3,440,000.00 | 100.00% | | | 0.00% | $ | 3,440,000.00 | | | $ 3,440,000.00 |
| 5 | 8 | 66.67% | 4 | 33.33% | 12 | 7 | 19 | 8 | $ | 9,636,250.08 | 99.30% | $ | 67,946.27 | 0.70% | $ | 9,704,196.35 | $ | 12,733,681.22 | $ 22,437,877.57 |
| 6 | 6 | 100.00% | 0 | 0.00% | 6 | 0 | 6 | 0 | $ | 4,524.30 | 100.00% | | | 0.00% | $ | 4,524.30 | | | $ 4,524.30 |

| Class | Description |
|---|---|
| 3 | Allowed Secured Lender Claims |
| 5 | General Unsecured Claims |
| 6 | Convenience Claims |

| Class | Ballot Counts | | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Total Opt Out | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 3 | 2 | 100.00% | 0 | 0.00% | 2 | 0 | 2 | 0 | $ 3,440,000.00 | 100.00% | | 0.00% | $ 3,440,000.00 | | $ 3,440,000.00 |

| | | | | | Accepting | | Rejecting | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ballot ID | Claim # | Creditor Name | | Claim Amount | Amount | Votes | Amount | Votes | Elect as Class 6 | Opt Out | Excluded | Notes |
| 0000021-000 | s16 | CORNER FLAG LLC | | $ 490,000.00 | $ 490,000.00 | 1 | | 0 | | | | |
| 0000018-000 | s12, s13, s14, s15 | JRV GROUP HOLDING USA L P | | $ 2,950,000.00 | $ 2,950,000.00 | 1 | | 0 | | | | |

| | Ballot Counts | | | | | | Ballot Amounts | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Total Opt Out | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 5 | 8   66.67% | 4   33.33% | 12 | 7 | 19 | 8 | $ 9,636,250.08 | 99.30% | $ 67,946.27 | 0.70% | $ 9,704,196.35 | $ 12,733,681.22 | $ 22,437,877.57 |

| Ballot ID | Claim # | Creditor Name | Claim Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Elect as Class 6 | Opt Out | Excluded | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000012-001 | 45 | AMERICAN FASTBACKS INC | $ 5,000,000.00 | | 0 | | 0 | | Yes | x | Not Entitled to Vote; Claim objected to in full for voting purposes, Docket #405 |
| 0000023-001 | 141 | BACKWOODS PROMOTIONS, INC. | $ 3,277.26 | $ 3,277.26 | 1 | | 0 | | | | |
| 0000024-002 | s130 | BACKWOODS PROMOTIONS, INC. | $ 3,150.00 | | 0 | | 0 | | | x | Not Entitled to Vote; Ballot is for a Scheduled Claim that was superseded by a Filed Claim (#141) for which a ballot was also cast. |
| 0000020-001 | 43 | BEAVER MOTORS INC | $ 1,459,039.85 | | 0 | | 0 | | Yes | x | Failed to indicate acceptance or rejection |
| 0000019-001 | s127 | BEAVER MOTORS, INC. | $ 4,000.00 | | 0 | | 0 | | Yes | x | Failed to indicate acceptance or rejection |
| 0000009-000 | 119 | D&H RV CENTER | $ 192,737.00 | $ 192,737.00 | 1 | | 0 | | | | |
| 0000027-001 | 26 | ERWIN HYMER GROUP SE | $ 9,349,844.40 | $ 9,349,844.40 | 1 | | 0 | | | | Per an agreement with the Committee, the Erwin Hymer Group SE claim #26 is to be treated as a Class 5 claim for voting purposes. |
| 0000008-000 | 122 | FOOTHILL AUTO BODY | $ 22,000.00 | $ 22,000.00 | 1 | | 0 | | | | |
| 0000006-000 | s28 | LARIOS, SR., SERGIO | $ 2,985.58 | | 0 | $ 2,985.58 | 1 | | | | |
| 0000004-001 | 39 | LASER TECH | $ 30,122.65 | $ 30,122.65 | 1 | | 0 | | | | |
| 0000014-000 | 71 | MITCHELL, CYNTHIA | $ 1,551.37 | | 0 | $ 1,551.37 | 1 | Yes | | | |
| 0000015-000 | 72 | MITCHELL, KEN | $ 48,809.14 | | 0 | $ 48,809.14 | 1 | Yes | | | |
| 0000017-001 | 30 | PLASTIC MATERIALS, INC. (PMI) | $ 6,837.37 | | 0 | | 0 | | | x | Failed to indicate acceptance or rejection |
| 0000016-000 | 77 | QUEZADA, TONY | $ 14,600.18 | | 0 | $ 14,600.18 | 1 | Yes | | | |
| 0000026-000 | 131 | RV WORLD INC OF NOKOMIS | $ 1,260,654.00 | | 0 | | 0 | | Yes | x | Not Entitled to Vote; Claim objected to in full for voting purposes, Docket #405 |
| 0000005-000 | s29 | SERGIO LARIOS | $ 2,156.25 | $ 2,156.25 | 1 | | 0 | | | | |
| 0000013-001 | 46 | THALER DESIGN LLC DBA ACTION CAMPER | $ 5,000,000.00 | | 0 | | 0 | | Yes | x | Not Entitled to Vote; Claim objected to in full for voting purposes, Docket #405 |
| 0000025-000 | 42 | TJ TECHNOLOGIES | $ 27,923.70 | $ 27,923.70 | 1 | | 0 | | | | |
| 0000003-000 | 35 | TROY BECKTEL | $ 8,188.82 | $ 8,188.82 | 1 | | 0 | | | | |

| | Ballot Counts | | | | | | | Ballot Amounts | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Total Opt Out | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 6 | 6 | 100.00% | 0 | 0.00% | 6 | 0 | 6 | 0 | $ 4,524.30 | 100.00% | | 0.00% | $ 4,524.30 | | $ 4,524.30 |

| | | | | Accepting | | Rejecting | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ballot ID | Claim # | Creditor Name | Claim Amount | Amount | Votes | Amount | Votes | Elect as Class 6 | Opt Out | Excluded | Notes |
| 0000010-000 | s140 | ALLIED NATIONWIDE SECURITY, INC. | $ 23,979.90 | $ 1,000.00 | 1 | | 0 | x | | | |
| 0000007-000 | 23 | BYSON MANUFACTURING, INC | $ 1,821.71 | $ 1,000.00 | 1 | | 0 | x | | | |
| 0000011-000 | s118 | CIPOLLO MODELING | $ 400.00 | $ 400.00 | 1 | | 0 | | | | |
| 0000022-000 | s111 | DURAN`S QUALITY PAINT | $ 6,870.45 | $ 1,000.00 | 1 | | 0 | x | | | |
| 0000002-000 | 19 | ORVAC ELECTRONIC, INC. | $ 124.30 | $ 124.30 | 1 | | 0 | | | | |
| 0000001-000 | 32 | SEI CHO | $ 1,000.00 | $ 1,000.00 | 1 | | 0 | | | | |