

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

_____

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, May 7, 2020**, the following legal advertisement – **JRV GROUP USA L.P.**– was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
May 7, 2020

## NFL | BACKUP QB RANKINGS

# Dalton, Winston boost new teams

**Nate Davis**
USA TODAY

With the NFL draft complete and few prominent free agents still searching for jobs, rosters around the league are tentatively set heading into training camp.

Naturally, no positional depth chart invites more scrutiny than quarterback – especially at a time when several superstar passers are changing addresses while four first-rounders are on the way to their environs. While unemployed 2015 NFL MVP Cam Newton could alter the landscape depending on where he lands – 2012 Super Bowl MVP Joe Flacco is also waiting for his phone to ring – here's how the quarterback depth charts rank league-wide, worst to first, after the draft:

**32. Seahawks:** Undrafted Anthony Gordon, who took over for Gardner Minshew II at Washington State last season, is the only quarterback on this roster not named Russell Wilson. Hard to believe Seattle won't eventually reach out to a veteran such as Josh McCown, Blake Bortles or last year's backup, Geno Smith.

**31. Titans:** Logan Woodside and rookie Cole McDonald offer little in the way of significant upside or NFL experience behind Ryan Tannehill.

**30. Jaguars:** Joshua Dobbs (who at least started in the Southeastern Conference at Tennessee) and rookie Jake Luton offer little in the way of significant upside or NFL experience behind Minshew.

**29. Bengals:** Ryan Finley was basically horrendous in three starts as a rookie in 2019 while temporarily replacing Andy Dalton. Still, with Dalton gone, Finley might have the inside track over untested Jake Dolegala for the No. 2 job with top draft pick Joe Burrow's path to the starting gig now clear.

**28. Rams:** Barring the return of Bortles, they don't have anyone on the roster aside from starter Jared Goff who's thrown a regular-season pass in the NFL. But worth noting John Wolford started for the Arizona Hotshots of the defunct Alliance of American Football last year.

**27. Vikings:** They'd probably love to see one of their greenhorns, Jake Browning or Nate Stanley, displace veteran Sean Mannion.

**26. Broncos:** Journeyman Jeff Driskel is 1-7 as an NFL starter but at least provides experience in several systems and plus athleticism behind Drew Lock. Brett Rypien and Riley Neal hope to unseat Driskel.

**25. Jets:** After going 0-3 without Sam Darnold last season – and losing that trio of games by a collective 84-23 – Gang Green don't appear significantly improved, barring an unforeseen breakout by fourth-rounder James Morgan. David Fales or Mike White will likely start the season as Darnold's primary backup.

**24. Cardinals:** Journeyman Brett Hundley (67.6 career passer rating) is the apparent fallback if something happens to Kyler Murray.

**23. Bills:** Rookie Jake Fromm was a fifth-round pick last month, but his intangibles and impressive track record at Georgia could allow him to beat out Matt Barkley – he's kicked around the league for seven years despite his own physical shortcomings. Practice squad veteran Davis Webb is in the mix.

**22. Texans:** Probably goes without saying, but they're sunk without Deshaun Watson. AJ McCarron, who nearly won a playoff game for Cincinnati in 2015, should beat out youngsters Alex McGough and just-signed rookie Nick Tiano.

**21. Buccaneers:** If Tom Brady goes down, does anyone believe Blaine Gabbert or Ryan Griffin is capable of an extended salvage operation?

**20. Lions:** Chase Daniel has made a ridiculous amount of money considering he has started five NFL games in a decade. Still, this team needed a better contingency plan after finishing 0-8 last season without Matthew Stafford.

**19. Giants:** Eli Manning is retired, but youngster Daniel Jones has decent understudies given the arrival of longtime clipboard carrier Colt McCoy and Tuesday's pickup of ex-Cowboy Cooper Rush, whose best attribute is his familiarity with the offense new coordinator Jason Garrett is likely to bring from Dallas.

**18. Steelers:** Glass half full? The Mason Rudolph-Duck Hodges combo nearly helped them limp into the playoffs last year. Glass half empty? The duo is sufficiently flawed that it would come as little surprise if Paxton Lynch and/or J.T. Barrett climb the depth chart to backstop now healthy Ben Roethlisberger.

**17. Falcons:** It's been eight years since Matt Schaub, 38, was a Pro Bowler in Houston. Still, even though he's four years older than starter Matt Ryan, Schaub looked surprisingly spry in spot duty last year and doesn't seem to have a legitimate challenger.

**16. Panthers:** Could XFL star P.J. Walker make a bid to end Teddy Bridgewater's reign before it begins? It's a situation worth monitoring.

**15. Packers:** They made the controversial decision to move up for Jordan Love in the first round of the draft, a clear signal general manager Brian Gutekunst believes the Utah State product can one day supplant Aaron Rodgers. Whether Love is immediately ready to wrest the backup job from Tim Boyle remains to be seen.

**14. Chiefs:** Even with Matt Moore unsigned, they have interesting options if Patrick Mahomes goes down again. Chad Henne boasts 53 NFL starts, while XFL standout Jordan Ta'amu and former five-star recruit Shea Patterson are in deep reserve.

**13. Ravens:** Robert Griffin III hasn't shown much since his electric 2012 rookie campaign in Washington. Still, he is healthy again and has a skill set that could enable him to effectively operate an offense tailored to reigning dual-threat MVP Lamar Jackson. Second-year Penn State product Trace McSorley might also be capable of filling in in a pinch.

**12. Eagles:** Nate Sudfeld, en-



Quarterback Andy Dalton started all nine seasons when he was with the Bengals, and now the three-time Pro Bowler has joined the Cowboys. SAM GREENE/THE CINCINNATI ENQUIRER

tering his fourth season with Philadelphia, is well regarded and probably the team's best option at this point to execute game plans designed for Carson Wentz. Second-rounder Jalen Hurts has exciting potential, but he'll likely need time to prove he's ready for the QB2 role.

**11. Patriots:** Assuming Jarrett Stidham is anointed to replace Brady, New England should have one of the game's more accomplished backups in Brian Hoyer, who managed to go 10-6 during two years in Cleveland – quite an accomplishment – before leading Houston to a division title in 2015.

**10. 49ers:** Neither C.J. Beathard nor Nick Mullens is a household name. But both have shown enough ability over the years to emerge as an eventual trade target for a team that unexpectedly finds itself depleted under center.

**9. Redskins:** One of the few fluid situations in the league, new coach Ron Rivera recently equivocated about his interest in reuniting with Newton. For now, another of Rivera's ex-Panthers, Kyle Allen – he looked solid in relief of Newton last year before a rude awakening in the season's second half – projects as the primary alternative to Dwayne Haskins Jr. But the other wild card here is Alex Smith, who's still trying to come back from his devastating 2018 leg injury. At minimum, he's a trusted source for the kids to lean on. Best case, he's a former Pro Bowler who could raise the overall level of competition.

**8. Bears:** Super Bowl LII MVP Nick Foles might be the greatest "career backup" in NFL history. Yet even money Foles beats out nominal starter Mitch Trubisky for the top job, which would leave the streaky No. 2 pick of the 2017 draft in a lame-duck situation that could be difficult to navigate.

**7. Chargers:** Given their divergent scouting reports, only time will tell if first-rounder Justin Herbert is as good a prospect as Tua Tagovailoa, though his entry into the league should be optimized by the Bolts' superior supporting cast. Former North Dakota State star Easton Stick could find himself relegated to the practice squad this year.

**6. Raiders:** The No. 2 pick of the 2015 draft, Marcus Mariota underachieved in Tennessee before being replaced by Tannehill but was undermined by injuries and a coaching staff that was in near-constant flux during his time in Nashville. Mariota still has the goods to be this year's version of Tannehill if he settles in behind precariously perched Derek Carr.

**5. Browns:** Case Keenum, who worked with new coach Kevin Stefanski in Minnesota, might be one of the offseason's shrewdest signings if he can help to quickly bring Baker Mayfield up to speed on the playbook. Garrett Gilbert, the presumptive MVP of the AAF in 2019, is 28 but still tantalizing.

**4. Colts:** Hard to devise a much better formula for a quarterback room than one led by a Hall of Fame-caliber starter (Philip Rivers) in front of a reliable backup (Jacoby Brissett) and two intriguing prospects (Jacob Eason and Chad Kelly) who need ample time to learn if they're to fulfill their potential.

**3. Dolphins:** No. 5 overall pick Tagovailoa is the future – quite possibly representing a bright one – but that fate might be on hold for another year as he continues recovering from the hip injury that derailed his final season at Alabama. Josh Rosen, the draft's 10th overall pick in 2018 by Arizona, remains a compelling prospect and possible trade bait. But after his arrival last year, he was unable to overtake grizzled veteran Ryan Fitzpatrick.

**2. Cowboys:** The signing of Dalton, a three-time Pro Bowler, not only means a first-rate insurance policy, but new Dallas head coach Mike McCarthy also now has a steady hand on deck for training camp in the event starter Dak Prescott wages a holdout deep into the summer.

**1. Saints:** Jameis Winston's arrival makes this the first team to have a pair of 5,000-yard passers on its roster. Winston, who led the NFL in passing yards (5,109) in 2019, has obvious flaws in his game, namely his proclivity for turnovers (league-worst 30 interceptions in 2019). But given time to recalibrate his estimable tools under Sean Payton's watch, maybe it's Winston – and not highly compensated gadget guy Taysom Hill, who threw six passes last year – who emerges as Drew Brees' eventual successor.

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: JRV GROUP USA L.P., a Delaware limited partnership,  ) Chapter 11
Debtor.  ) Case No. 19-11095 (CSS)

NOTICE OF (I) ESTABLISHMENT OF SOLICITATION AND VOTING PROCEDURES AND (II) FINAL HEARING ON CONFIRMATION OF AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
PLEASE TAKE NOTICE OF THE FOLLOWING:

On April 24, 2020, the above-captioned debtor and debtor in possession (the "**Debtor**") and the Official Committee of Unsecured Creditors of the Debtor (the "**Committee**") jointly filed *The Debtor and Official Committee of Unsecured Creditors of JRV Group USA L.P.'s Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 385] (as may be amended, modified and/or supplemented, the "**Combined Plan and Disclosure Statement**").[1]

Pursuant to an order, dated April 24, 2020 [Docket No. 388] (the "**Interim Approval and Procedures Order**"), the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") approved the Combined Plan and Disclosure Statement on an interim basis for solicitation purposes only.

A combined hearing (the "**Confirmation Hearing**") to consider (a) final approval of the Combined Plan and Disclosure Statement as containing adequate information within the meaning of Section 1125 of the Bankruptcy Code and (b) confirmation of the Combined Plan and Disclosure Statement will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, **on June 11, 2020 at 2:00 p.m. (Eastern Time)**. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtor and/or the Committee in open court of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE COMBINED PLAN AND DISCLOSURE STATEMENT**

*Voting Record Date*. The Voting Record Date is **April 1, 2020**. Only the Holders of Claims in Classes 3, 5 and 6, as of the Voting Record Date, are entitled to vote on the Combined Plan and Disclosure Statement.

*Voting Deadline*. The deadline for voting on the Combined Plan and Disclosure Statement is **June 1, 2020 at 5:00 p.m. (ET)** (the "**Voting Deadline**"). If you hold a Claim against the Debtor and are entitled to vote to accept or reject the Combined Plan and Disclosure Statement, you should have received a Ballot and corresponding voting instructions. For your vote to be counted, you must: (a) follow such voting instructions carefully, (b) complete the required information on the Ballot; and (c) sign, date and return your completed Ballot so that it is **actually received** by the Debtor's balloting agent, BMC Group (the "**Balloting Agent**"), according to and as set forth in detail in the voting instructions on or before the Voting Deadline.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE COMBINED PLAN AND DISCLOSURE STATEMENT**

SECTION 17 OF THE COMBINED PLAN AND DISCLOSURE STATEMENT CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE COMBINED PLAN AND DISCLOSURE STATEMENT CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED EVEN IF YOU ARE UNIMPAIRED UNDER THE COMBINED PLAN AND DISCLOSURE STATEMENT. IF YOU ARE

THE HOLDER OF A CLAIM IN CLASSES 3, 5, OR 6, UNDER CERTAIN CIRCUMSTANCES, YOU MAY ELECT TO OPT OUT OF THE COMBINED PLAN AND DISCLOSURE STATEMENT'S THIRD-PARTY RELEASE BY (I) NOT VOTING OR (II) VOTING TO REJECT THE PLAN AND CHECKING THE APPLICABLE BOX ON YOUR BALLOT IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED THEREIN. IF YOU ARE THE HOLDER OF AN UNIMPAIRED CLAIM OR A CLAIM IN CLASSES 7 OR 8 AND YOU DO NOT AFFIRMATIVELY OPT OUT OF THE THIRD-PARTY RELEASE BY TIMELY OBJECTING THERETO, THEN YOU WILL BE BOUND BY SUCH RELEASES. IF YOU VOTE TO ACCEPT THE COMBINED PLAN AND DISCLOSURE STATEMENT, YOU MAY NOT OPT OUT OF THE THIRD – PARTY RELEASE.

*Objection Deadline*. The deadline for filing objections to the Combined Plan and Disclosure Statement is **June 4, 2020 at 4:00 p.m. (ET)** (the "**Objection Deadline**"). Any objection to the Combined Plan and Disclosure Statement must be filed and served in accordance with the Interim Approval and Procedures Order by no later than the Objection Deadline. **OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH IN THE INTERIM APPROVAL AND PROCEDURES ORDER MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**ADDITIONAL INFORMATION**

*Obtaining Solicitation Materials*. If you would like to obtain solicitation materials, including the Combined Plan and Disclosure Statement, or if you have questions regarding the procedures relating to the Combined Plan and Disclosure Statement, you may contact the Debtor's Balloting Agent by phone at 888-909-0100, or by email at jrvgroup@bmcgroup.com. You may also obtain copies of any pleadings filed in the chapter 11 case for a fee via PACER at: http://www.deb.uscourts.gov or free of charge at https://www.bmcgroup.com/jrvgroup. Please be advised that the Balloting Agent is authorized to answer questions and provide additional copies of solicitation materials but may **not** advise you as to whether you should vote to accept or reject the Combined Plan and Disclosure Statement or otherwise provide you with legal advice.

ON MARCH 7, 2019, THE DEBTOR COMMENCED A VOLUNTARY RECALL OF CERTAIN MODIFIED JEEP WRANGLERS ("MODIFIED VEHICLES") THAT WERE IN THE POSSESSION OF CONSUMERS AND DEALERS BY MAKING A FILING WITH THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION. IN MARCH 2019, THE DEBTOR SENT RECALL NOTICES TO CONSUMERS AND DEALERS. THE DEBTOR ALSO SENT RECALL NOTICES TO THE DEALERS' FLOOR PLAN FINANCING LENDERS (TO THE EXTENT KNOWN) AND TO WEBSITES KNOWN BY THE DEBTOR TO HAVE ADVERTISED MODIFIED VEHICLES FOR SALE. MOREOVER, DURING THE PENDENCY OF THIS CHAPTER 11 CASES, THE DEBTOR, THE CREDITORS' COMMITTEE AND THE DEBTOR'S SECURED LENDERS HAVE ENGAGED IN COMPREHENSIVE EFFORTS TO ADVANCE PUBLIC SAFETY THROUGH THE REPURCHASE OR TURNOVER OF AS MANY MODIFIED VEHICLES AS POSSIBLE. ACCORDINGLY, THE RISK OF SALE OF SUCH VEHICLES IS NOW KNOWN TO CONSUMERS AND DEALERS. ANY DEALER WHO CONTINUES TO SELL ANY MODIFIED VEHICLES IN ITS POSSESSION DOES SO AT ITS OWN RISK AND WILL BE LIABLE FOR ANY DAMAGE WHICH DOES OR OTHER DAMAGE CAUSED BY SUCH NEGLIGENT BEHAVIOR. ANY PARTY IN POSSESSION OF MODIFIED VEHICLES IS ENCOURAGED TO CONTACT KEN GARFF WEST VALLEY CHRYSLER JEEP DODGE RAM FIAT AT 801-955-7448 (ASK FOR BEN PACE, GENERAL SALES MANAGER) TO DETERMINE WHETHER THE PURCHASER IS INTERESTED IN PURCHASING SUCH MODIFIED VEHICLE.

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is c/o Sherwood Partners, Inc., 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

**Put your brand in front of millions of readers around the U.S.!**
**Advertise Today! 1-800-397-0070**