**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JRV GROUP USA L.P., a Delaware limited partnership,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-11095 (CSS)<br><br>**Related to Docket Nos.: 484** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTEENTH
MONTHLY FEE APPLICATION OF WOMBLE BOND DICKINSON (US) LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
<u>CREDITORS FOR THE PERIOD JULY 1, 2020 THROUGH AUGUST 4, 2020</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received with respect to the *Fourteenth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2020 Through August 4, 2020* [Docket No. 484] (the "<u>Application</u>"), filed on August 21, 2020. The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 144] (the "<u>Administrative Order</u>") and the notice appended to the Application, objections to the Application were to be filed and served no later than September 11, 2020 at 4:00 p.m. (ET).

Pursuant to the Administrative Order, the Debtor is authorized to pay Womble Bond Dickinson (US) LLP $39,968.70 (the sum of $39,835.20, which represents eighty percent (80%) of the fees requested in the Application for the period from July 1, 2020 through August 4, 2020,

---

[1]     The last four digits of the Debtor's taxpayer identification numbers are (5218). The service address for the above-captioned Debtor is c/o Sherwood Partners, Inc., 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054.

and $133.50, which represents one-hundred percent (100%) of the expenses requested in the Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: September 14, 2020
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ Ericka F. Johnson
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Nicholas T. Verna (DE Bar No. 6082)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:   (302) 252-4320
Facsimile:    (302) 252-4330
Email:        matthew.ward@wbd-us.com
                ericka.johnson@wbd-us.com
                nick.verna@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*