**EXHIBIT A**

| PROFESSIONAL AND ROLE IN CASE | FINAL APPLICATION PERIOD | APPROVED COMPENSATION | APPROVED EXPENSES | TOTAL APPROVED COMPENSATION & EXPENSES | OUTSTANDING RETAINER TO BE APPLIED |
|---|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP** Counsel to the Debtor and Debtor in Possession | May 13, 2019 – August 5, 2020 | $2,234,225.25 | $68,550.34 | $2,302,775.59 | $0.00 |
| **Barnes & Thornburg LLP** Special Counsel to the Debtor and Debtor in Possession | May 13, 2019 – August 18, 2020 | $168,948.50 | $1,119.34 | $170,067.84 | $0.00 |
| **Sherwood Partners, Inc.** Provider of CRO and related services to the Debtor and Debtor in Possession | May 13, 2019 – August 5, 2020 | $1,359,672.50 | $29,385.20 | $1,389,057.70 | $54,250.59 |
| **BMC Group, Inc.** Administrative Agent to the Debtor and Debtor in Possession | April 1, 2020 – August 5, 2020 | $11,044.50 | $22.50 | $11,067.00 | $0.00 |
| **Womble Bond Dickinson (US) LLP** Counsel to the Official Committee of Unsecured Creditors | June 4, 2019 – August 4, 2020 | $713,699.50 | $5,740.99 | $719,440.49 | $0.00 |
| **Rock Creek Advisors, LLC** Financial Advisor to the Official Committee of Unsecured Creditors | June 4, 2019 – August 4, 2020 | $496,647.50 | $10,468.59 | $507,116.09 | $0.00 |
| **TOTALS:** | | **$4,984,237.75** | **$115,286.96** | **$5,099,524.71** | **$54,250.59** |