**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JRV Group USA L.P., a Delaware limited partnership,[1] | ) ) ) ) | Case No.: 19-11095 (CSS) |
| Debtor. | ) ) ) ) | **Related Docket No.: 545** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE LIQUIDATION TRUSTEE FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9006 EXTENDING THE CLAIMS OBJECTION DEADLINE**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the relief requested pursuant to the *Motion of the Liquidation Trustee for Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending the Claims Objection Deadline* [Docket No. 545] (the "Motion"), filed on July 14, 2021. Pursuant to the notice appended to the Motion, responses or objections to the Motion were due on or before July 28, 2021 at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Motion has been filed.

The undersigned respectfully submits that the proposed order annexed to the Motion, and attached hereto, may be entered by the Court without further notice or hearing.

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The service address for the above- captioned Debtor is c/o Sherwood Partners, Inc., 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054.

WBD (US) 53069081v1

Dated: July 29, 2021

**WOMBLE BOND DICKINSON (US) LLP**

<u>*/s/ Ericka F. Johnson*</u>
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  matthew.ward@wbd-us.com
　　　　　ericka.johnson@wbd-us.com

*Counsel for the Liquidation Trustee*

2