**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JRV Group USA L.P., a Delaware limited partnership,[1] | Case No.: 19-11095 (CSS) |
| Debtor. | **Related Docket Nos.: 545, ___** |

**ORDER GRANTING MOTION OF THE LIQUIDATION**
**TRUSTEE FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND**
**BANKRUPTCY RULE 9006 EXTENDING THE CLAIMS OBJECTION DEADLINE**

Upon the motion (the "Motion")[2] of the Liquidation Trustee for entry of an order under

Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 extending the Claim Objection

Deadline; and the Court having determined that the relief requested in the Motion is in the best

interests of these bankruptcy estates, the Liquidation Trust, creditors, and other parties in

interest; and it appearing that proper and adequate notice of the Motion has been given under the

circumstances and that no other or further notice is necessary; and upon the record herein; and

after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The service address for the above-captioned Debtor is c/o JRV RC Trust Co. LLC, 555 5th Ave., FL 14, New York, NY 10017.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

1.      The Motion is GRANTED.

2.      The Claims Objection Deadline is extended for the Liquidation Trustee and any other party in interest through and including November 15, 2021.

3.      Entry of this Order is without prejudice to the rights of the Liquidation Trustee to seek further extensions of the Claims Objection Deadline.