**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JRV GROUP USA L.P., a Delaware limited partnership,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 19-11095 (CSS) |

**CERTIFICATE OF SERVICE RE:**

| | |
|---|---|
| Docket No. 548 | ORDER GRANTING MOTION OF THE LIQUIDATION TRUSTEE FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9006 EXTENDING THE CLAIMS OBJECTION DEADLINE |

I, Bradford Daniel, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.  On July 30, 2021, at the direction of Womble Bond Dickinson (US) LLP, Counsel to the Liquidation Trustee, copies of the document listed above were served on the parties listed in the attached Exhibit A via the modes of service indicated thereon:

| | |
|---|---|
| Exhibit A | The Core/2002 Parties referenced in Service List Nos. 75170 and 75171. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 2nd day of August, 2021 at New York, New York.

                                                          /s/ Bradford Daniel
                                                         Bradford Daniel

---

1 The Debtor's last four digits of its taxpayer identification number are (5218). The headquarters and service address for the above-captioned Debtor is c/o Sherwood Partners, Inc., 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054.

# JRVGroup

**Total number of parties: 69**

## Exhibit A - JRV Group

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75170 | ALVAREZ & MARSAL CANADA INC., ALAN J. HUTCHENS, 200 BAY STREET, SUITE 2900, ROYAL BANK SOUTH TOWER, TORONTO, ON, M5J 2J1 CANADA | US Mail (1st Class) |
| 75170 | ALVAREZ & MARSAL CANADA INC., DOUG MCINTOSH, 200 BAY STREET, SUITE 2900, ROYAL BANK SOUTH TOWER, TORONTO, ON, M5J 2J1 CANADA | US Mail (1st Class) |
| 75170 | BARNES & THORNBURG LLP, TIMO REHBOCK, (RE: DEBTOR & DEBTOR IN POSSESSION), ONE NORTH WACKER DRIVE, SUITE 4400, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 75170 | BEAVER MOTORS, INC., 19689 RT 522, PO BOX 126, BEAVER SPRINGS, PA, 17812 | US Mail (1st Class) |
| 75170 | BLAKE, CASSELS & GRAYDON LLP, PAMELA L J HUFF, COMMERCE COURT WEST, 199 BAY STREET, SUITE 4600, TORONTO, ON, M5L 1A9 CANADA | US Mail (1st Class) |
| 75170 | BLANEY MCMURTRY LLP, JOHN C WOLF, BARRISTERS & SOLICITORS, 2 QUEEN STREET EAST, SUITE 1500, TORONTO, ON, M5C 3G5 CANADA | US Mail (1st Class) |
| 75170 | BMC GROUP, INC, ATTN: T FEIL, 3732 W. 120TH STREET, HAWTHORNE, CA, 90250 | US Mail (1st Class) |
| 75170 | CA DEPARTMENT OF MOTOR VEHICLES, INSPECTOR OFFICE, 473 E. CARNEGIE DR., SUITE 150, SAN BERNARDINO, CA, 92408 | US Mail (1st Class) |
| 75170 | CA DEPARTMENT OF MOTOR VEHICLES, DIANNE STRANGE, SUP. INSPECTOR, INSPECTOR OFFICE REGION 4, 1365 N. GRAND AVE., STE 102, COVINA, CA, 91724 | US Mail (1st Class) |
| 75170 | CA STATE BOARD OF EQUALIZATION, SPECIAL OPERATIONS BANKRUPTCY TEAM, MIC: 74, PO BOX 942879, SACRAMENTO, CA, 94279-0074 | US Mail (1st Class) |
| 75170 | CALIFORNIA DEPARTMENT OF JUSTICE, XAVIER BECERRA, ESQUIRE, 1300 I STREET, SUITE 1740, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 75170 | CALIFORNIA STATE TREASURER, 915 CAPITOL MALL, SUITE 11 0, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 75170 | CASSELS BROCK & BLACKWELL LLP, JOSEPH J BELLISSIMO, 2100 SCOTIA PLAZA, 40 KING ST WEST, TORONTO, ON, M5H 3C2 CANADA | US Mail (1st Class) |
| 75170 | CHRIMA METAL FABRICATION, MS. DENISE CHASE, 559 DOURO STREET, STRATFORD, ON, N5A 0E3 CANADA | US Mail (1st Class) |
| 75170 | CITY OF ONTARIO, 303 EAST B STREET, ONTARIO, CA, 91764 | US Mail (1st Class) |
| 75170 | CITY OF RIVERSIDE, 3900 MAIN ST, RIVERSIDE, CA, 92522 | US Mail (1st Class) |
| 75170 | COOKSEY TOOLEN GAGE DUFFY WOOG, KIM P GAGE, 535 ANTON BOULEVARD, SUITE 1000, COSTA MESA, CA, 92626-1977 | US Mail (1st Class) |
| 75170 | COOKSEY, TOOLEN, GAGE, DUFFY & WOOG, KIM GAGE, (RE: MERCEDES-BENZ FIN. SERVICES USA LLC), 535 ANTON BLVD, 10TH FL, STE 100, COSTA MESA, CA, 92626 | US Mail (1st Class) |
| 75170 | CORNER FLAG LLC, 251 LITTLE FALLS DRIVE, WILMINGTON, DE, 19808 | US Mail (1st Class) |
| 75170 | CORRE PARTNERS MANAGEMENT LLC, STEPHEN LAM, 12 EAST 49TH STREET, 40TH FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 75171 | CRAVATH, SWAINE & MOORE LLP, G.ZOBITZ/A.GERTEN, (RE: CORNER FLAG LLC), JZOBITZ@CRAVATH.COM | E-mail |
| 75171 | CRAVATH, SWAINE & MOORE LLP, G.ZOBITZ/A.GERTEN, (RE: CORNER FLAG LLC), AGERTEN@CRAVATH.COM | E-mail |
| 75170 | CRAVATH, SWAINE & MOORE LLP, GEORGE E ZOBITZ AND PAUL L SANDLER, (RE: DIP LENDER & PREPETITION LENDERS), 825 EIGHTH AVENUE, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 75170 | DELAWARE DEPARTMENT OF JUSTICE, KATHY JENNINGS, ESQUIRE, CARVEL STATE OFFICE BLDG, 6TH FL, 820 N. FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 75170 | DELAWARE DIVISION OF REVENUE, CHRISTINA ROJAS, CARVEL STATE OFFICE BLDG, 8TH FL, 820 N. FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 75170 | DELAWARE SECRETARY OF TREASURY, 820 SILVER LAKE BLVD, SUITE 100, DOVER, DE, 19904 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75170 | DENTONS CANADA LLP, ELAINE GRAY, 77 KING STREET WEST, SUITE 400, TORONTO-DOMINION CENTRE, TORONTO, ON, M5K 0A1 CANADA | US Mail (1st Class) |
| 75170 | DIP LENDER AND PREPETITION LENDERS, ATTN: MARK GOTTLIEB, C/O BXV PARTNERS LLC, 21 LITTLE FALLS DRIVE, WILMINGTON, DE, 19808 | US Mail (1st Class) |
| 75170 | DS LAWYERS CANADA LLP, JUSTIN R FOGARTY, 8 KING STREET EAST, SUITE 1804, TORONTO, ON, M5C 1B5 CANADA | US Mail (1st Class) |
| 75170 | ERWIN HYMER GROUP HOLDING USA L P, 55 WEST MONROE STREET, SUITE 2900, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 75170 | ERWIN HYMER GROUP USA, L P, 55 WEST MONROE STREET, SUITE 2900, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 75170 | FINANCIAL SERVICES COMM. OF ONTARIO, ANNA VANI, 5160 YONGE STREET, 16TH FLOOR, TORONTO, ON, M2N 6L9 CANADA | US Mail (1st Class) |
| 75170 | FOGLER, RUBINOFF LLP, VERN W DARAE, TORONTO-DOMINION CNTR, 77 KING ST W, SUITE 3000, PO BOX 95, TORONTO, ON, M5K 1G8 CANADA | US Mail (1st Class) |
| 75170 | FRANCHISE TAX BOARD, SECRETARY OF STATE - CA, BANKRUPTCY, BE MS A345, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 75170 | GOWLING WLG (CANADA) LLP, THOMAS GERTNER, BARRISTERS & SOLICITORS; STE 1600, 1 1ST CANADIAN PL, 100 KING ST W, TORONTO, ON, M5X 1G5 CANADA | US Mail (1st Class) |
| 75170 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPS, 2970 MARKET ST MS 5-Q30133 BOX 7346, PHILADELPHIA, PA, 19101 | US Mail (1st Class) |
| 75170 | JRV GROUP USA L P, ATTN: ANDREW DE CAMARA, CRO, (RE: DEBTOR), 1945 BURGUNDY PLACE, ONTARIO, CA, 91761 | US Mail (1st Class) |
| 75170 | JRV GROUP USA L.P., C/O SHERWOOD PARTNERS, INC., 3945 FREEDOM CIRCLE, STE 560, SANTA CLARA, CA, 95054 | US Mail (1st Class) |
| 75170 | KOHNER, MANN & KAILAS, S C, SANUEL WISOTSKEY, 4650 N PORT WASHINGTON RD, WASHINGTON BLDG , 2ND FLOOR, MILWAUKEE, WI, 53212-1059 | US Mail (1st Class) |
| 75170 | MILLER THOMSON LLP, GREG AZEFF, SCOTIA PLZ, 40 KING ST W., STE 5800, PO BOX 1011, TORONTO, ON, M5H 3S1 CANADA | US Mail (1st Class) |
| 75170 | NORTON ROSE FULBRIGHT CANADA LLP, VIRGINIE GAUTHIER, ROYAL BANK PLAZA, SOUTH TOWER, 200 BAY STREET, SUITE 3800, TORONTO, ON, M5J 2Z4 CANADA | US Mail (1st Class) |
| 75170 | OFFICE OF GENERAL COUNSEL, U.S. DEPARTMENT OF THE TREASURY, 1500 PENNSYLVANIA A VENUE, NW, WASHINGTON, DC, 20220 | US Mail (1st Class) |
| 75170 | OFFICE OF THE CHIEF COUNSEL, PENSION BENEFIT GUARANTY CORP, 1200 K STREET, NW, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 75170 | OFFICE OF THE US ATTORNEY GENERAL, WILLIAM P. BARR, ESQUIRE, U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE, NW, ROOM 4400, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 75171 | OFFICE OFTHE UNITED STATES TRUSTEE, LINDA J. CASEY, ESQUIRE, LINDA.CASEY@USDOJ.GOV | E-mail |
| 75170 | OSLER, HOSKIN & HARCOURT LLP, TRACY SANDLER, BOX 50, 1 FIRST CANADIAN PLACE, 100 KING STREET WEST, SUITE 6200, TORONTO, ON, M5X 1B8 CANADA | US Mail (1st Class) |
| 75171 | PACHULSKI STANG ZIEHL & JONES LLP, COLIN R. ROBINSON, ESQUIRE, CROBINSON@PSZJLAW.COM | E-mail |
| 75170 | PACHULSKISTANGZIEHLJONES LLP, JEFFREY DULBERG;ROBERT SAUNDERS, 10100 SANTA MONICA BLVD 13TH FL, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 75170 | RICHARDS, LAYTON & FINGER P A, PAUL N HEATH AND ZACHARY I SHAPIRO, (RE: DIP LENDER & PREPETITION LENDERS), 920 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 75171 | RICHARDS, LAYTON & FINGER, P.A., PAUL N. HEATH & ZACHARY I. SHAPIRO, (RE: CORNER FLAG LLC), HEATH@RLF.COM | E-mail |
| 75171 | RICHARDS, LAYTON & FINGER, P.A., PAUL N. HEATH & ZACHARY I. SHAPIRO, (RE: CORNER FLAG LLC), SHAPIRO@RLF.COM | E-mail |
| 75170 | ROBINS APPLEBY LLP, DOMINIQUE MICHAUD, BARRISTERS & SOLICITORS, 2600 – 120 ADELAIDE STREET WEST, TORONTO, ON, M5H 1T1 CANADA | US Mail (1st Class) |
| 75170 | ROCK CREEK ADVISORS LLC, 800 CONNECTICUT AVE. NW, SUITE 800, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 75170 | SAN BERNARDINO CTY FIRE PROTECT DIS, 157 W. FIFTH STREET SECOND FLOOR, SAN BERNARDINO, CA, 92415 | US Mail (1st Class) |
| 75170 | SAN BERNARDINO CTY TAX COLLECTOR, 268 W. HOSPITALITY LANE, FIRST FL, SAN BERNARDINO, CA, 92415-0360 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75170 | SECURITIEDS & EXCHANGE COMMISSION, SHARON BINGER, REGIONAL DIRECTOR, PHILADELPHIA REGIONAL OFFICE, 1 PENN CTR STE 520 1617 JFK BLVD, PHILADELPHIA, PA, 191 03 | **US Mail (1st Class)** |
| 75170 | SECURITIES & EXCHANGE COMMISSION, OFFICE OF GENERAL COUNSEL, 100 F STREET, NE, WASHINGTON, DC, 20554 | **US Mail (1st Class)** |
| 75170 | SECURITIES & EXCHANGE COMMISSION, ANDREW CALAMARI, REGIONAL DIRECTOR, NEW YORK REGIONAL OFFICE, BROOKFIELD PL STE 400 200 VESEY ST, NEW YORK, NY, 10281 | **US Mail (1st Class)** |
| 75170 | SECURITIES AND EXCHANGE COMM - CA, ATTN: BANKRUPTCY COUNSEL, 444 SOUTH FLOWER STREET, SUITE 900, LOS ANGELES, CA, 90071-591 | **US Mail (1st Class)** |
| 75170 | SHERWOOD PARTNERS, INC., ATTN: MICHAEL A MAIDY, 3945 FREEDOM CIRCLE, SUITE 560, SANTA CLARA, CA, 95054 | **US Mail (1st Class)** |
| 75170 | SOUTH COAST AQMD, 21865 COPLEY DRIVE, DIAMOND BAR, CA, 91765 | **US Mail (1st Class)** |
| 75170 | STATE OF DELAWARE, DIV OF CORPORATIONS -FRANCHISE TAX, JOHNTOWNSEND BLDG, STE4, 401 FED ST, PO BOX 898 (ZIP 19903), DOVER, DE, 19901 | **US Mail (1st Class)** |
| 75170 | TCF INVENTORY FINANCE INC., PETER SCHMIDT, SCHAUMBURG CORPORATE CENTER, 1475 E WOODFIELD ROAD, SUITE 1100, SCHAUMBURG, IL, 60173 | **US Mail (1st Class)** |
| 75170 | TORYS LLP, ADAM SLAVENS, 79 WELLINGTON ST. W , SUITE 3000, BOX 270, TD CENTRE, TORONTO, ON, M5K 1N2 CANADA | **US Mail (1st Class)** |
| 75171 | UNITED STATES ATTORNEY`S OFFICE, DAVID C. WEISS, USADE.ECFBANKRUPTCY@USDOJ.GOV | **E-mail** |
| 75170 | WELLS FARGO, RICK KANABAR, 1290 CENTRAL PKWY W, SUITE 1100, MISSISSAUGA, ON, L5C 4R3 CANADA | **US Mail (1st Class)** |
| 75171 | WOMBLE BOND DICKINSON (US) LLP, M. WARD; E. JOHNSON; N. VERNA, (RE: OFFICIAL COM OF UNSECURED CREDITORS), MATTHEW.WARD@WBD-US.COM | **E-mail** |
| 75171 | WOMBLE BOND DICKINSON (US) LLP, M. WARD; E. JOHNSON; N. VERNA, (RE: OFFICIAL COM OF UNSECURED CREDITORS), ERICKA.JOHNSON@WBD-US.COM | **E-mail** |
| 75171 | WOMBLE BOND DICKINSON (US) LLP, M. WARD; E. JOHNSON; N. VERNA, (RE: OFFICIAL COM OF UNSECURED CREDITORS), NICK.VERNA@WBD-US.COM | **E-mail** |

**Subtotal for this group: 69**