# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| JRV Group USA L.P., a Delaware limited partnership,[1] | ) Case No.: 19-11095 (CSS) ) |
| | ) **Related Docket No.: 549** |
| Debtor. | ) |

## CERTIFICATE OF NO OBJECTION REGARDING LIQUIDATION TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (A) FURTHER ENLARGING THE PERIOD WITHIN WHICH THE LIQUIDATION TRUSTEE MAY REMOVE ACTIONS AND (B) GRANTING RELATED RELIEF

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the relief requested pursuant to the *Liquidation Trustee's Motion for Entry of an Order (A) Further Enlarging the Period Within Which the Liquidation Trustee May Remove Actions and (B) Granting Related Relief* [Docket No. 549] (the "Motion"), filed on August 6, 2021. Pursuant to the notice appended to the Motion, responses or objections to the Motion were due on or before August 20, 2021 at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Motion has been filed.

The undersigned respectfully submits that the proposed order annexed to the Motion, and attached hereto as Exhibit A, may be entered by the Court without further notice or hearing.

---

[1] The Debtor's last four digits of its taxpayer identification number are (5218). The service address for the above- captioned Debtor is c/o Sherwood Partners, Inc., 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054.

WBD (US) 53334988v1

Dated: August 23, 2021

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Ericka F. Johnson*
        Matthew P. Ward (DE Bar No. 4471)
        Ericka F. Johnson (DE Bar No. 5024)
        1313 N. Market Street, Suite 1200
        Wilmington, Delaware 19801
        Telephone: (302) 252-4320
        Facsimile: (302) 252-4330
        E-mail: matthew.ward@wbd-us.com
                ericka.johnson@wbd-us.com

        *Counsel for the Liquidation Trustee*