**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JRV Group USA L.P., | ) | Case No.: 19-11095 (KBO) |
| a Delaware limited partnership,[3] | ) |  |
|  | ) |  |
| Debtor. | ) | **Re: D.I. 706, 708** |
|  | ) |  |
|  | ) |  |

**FINAL DECREE AND ORDER (I) CLOSING THE CHAPTER 11 CASE, (II)
AUTHORIZING THE DESTRUCTION OF ALL BOOKS AND RECORDS,
(III) DISCHARGING THE LIQUIDATION TRUSTEE, AND
(IV) TERMINATING CLAIMS AND NOTICING SERVICES**

This matter coming before the Court on the *Liquidation Trustee's Motion for Entry of a Final Decree and Order (I) Closing the Chapter 11 Case, (III) Authorizing the destruction of all Books and Records, (III) Discharging the Liquidation Trustee, and (IV) Terminating Claims and Noticing Services* (the "Motion")[4] filed by the Liquidation Trustee of the Liquidation Trust for the Debtor; and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Motion being in the

---

[3] The Debtor's last four digits of its taxpayer identification number are (5218).  The service address for the above captioned Debtor is c/o RC Trust Co. LLC, 555 5th Ave., FL 14, New York, NY 10017.

[4] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

best interests of the Debtor, the Liquidation Trustee and any parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The chapter 11 case of JRV Group USA L.P., a Delaware limited partnership (Case No. 19-11095 (KBO)) is hereby CLOSED effective as of the date of the entry of this Final Decree and Order.

3.      The entry of this Final Decree and Order is without prejudice to the rights of the Debtor, the Liquidation Trustee, the U.S. Trustee, or any other party in interest to seek to reopen this Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code.

4.      The Liquidation Trustee shall file and serve on the U.S. Trustee any remaining quarterly reports and pay any quarterly fees due and owing pursuant to 28 U.S.C. § 1930(a)(6) in this Chapter 11 Case within thirty (30) days of the entry of this Final Decree and Order.  Entry of this Final Decree and Order is without prejudice to the rights of the U.S. Trustee to reopen this Chapter 11 Case to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation reports.

5.      The Clerk of the Court shall enter this Final Decree and Order on the docket of this Chapter 11 Case, and thereafter such docket shall be marked as "Closed."

6.      The Liquidation Trustee is authorized to abandon and destroy its remaining Books and Records.

7.      Subject to the performance of any obligations of BMC pursuant to this Final Decree and Order, BMC's services as claims, noticing, and administrative agent for this Chapter 11 Case

are hereby terminated, and BMC shall be deemed formally discharged as claims and noticing agent and administrative agent for this Chapter 11 Case without further order of this Court.

8.     Pursuant to Local Rule 2002-1(e)(ix), within twenty-eight (28) days of the entry of this Final Decree and Order, BMC shall: (i) forward to the Clerk of the Court an electronic version of all imaged claims; (ii) upload the creditor mailing list into CM/ECF; and (iii) docket a final claims register.

9.     Upon completion of any remaining tasks as described in the Motion, the Liquidation Trustee, its predecessors, successors, affiliates, officers, directors, agents, attorneys, advisors and other representatives shall (a) have complied with all of their obligations regarding the Combined Plan and Disclosure Statement, (b) be fully and finally released and discharged of and from any duties, obligations, accountings or other matters of any nature with respect to the Combined Plan and Disclosure Statement, and (c) have no further responsibilities or obligations in connection with the Combined Plan and Disclosure Statement upon completion of any remaining tasks as described in the Motion.

10.    The Liquidation Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree and Order in accordance with the Motion.

11.    This Court shall retain jurisdiction to hear and determine any matters or disputes related to this Chapter 11 Case, including, without limitation, any matters or disputes relating to the effect of the discharge and/or injunction provisions contained in the Combined Plan and Disclosure Statement and/or the Confirmation Order.

12.    Notwithstanding Bankruptcy Rule 6004(h) of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

**Dated: March 19th, 2026**
**Wilmington, Delaware**

KAREN B. OWENS
CHIEF JUDGE

2